| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: <br> **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**     **Westmount Group, Inc.**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     4 6 – 1 5 0 8 7 2 7

4. **Debtor's address**

   **Principal place of business**

   **810 N. Kansas Street**
   Number   Street

   **El Paso    TX   79902**
   City    State   ZIP Code

   **El Paso**
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City    State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Westmount Group, Inc.** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Westmount Group, Inc.**     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ (MM/DD/YYYY) Case number _____
   District _____ When _____ (MM/DD/YYYY) Case number _____
   District _____ When _____ (MM/DD/YYYY) Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When _____ (MM/DD/YYYY)
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When _____ (MM/DD/YYYY)
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number   Street

    _____
    City    State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Westmount Group, Inc.** _____ Case number (if known) _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/23/2021**
MM / DD / YYYY

X **/s/ Keyvan Parsa** _____
Signature of authorized representative of debtor
**Keyvan Parsa**
Printed name
**President**
Title

Debtor **Westmount Group, Inc.** Case number (if known) _____

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | X **/s/ Stephen W. Sather** <br> Signature of attorney for debtor | Date | **08/23/2021** <br> MM / DD / YYYY |

**Stephen W. Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expwy., Suite 400**
Number     Street

_____

**Austin**                                                             **TX**            **78731**
City                                                                       State           ZIP Code

**(512) 476-9103**                                              **ssather@bn-lawyers.com**
Contact phone                                                   Email address

**17657520**                                                        **TX**
Bar number                                                         State

**Fill in this information to identify the case and this filing:**

Debtor Name: **Westmount Group, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/23/2021**         X **/s/ Keyvan Parsa**
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

**Keyvan Parsa**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Westmount Group, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Weststar Title, LLC c/o James W. Brewer 221 N. Kansas, Ste 1700 El Paso, TX 79901 | | Lawsuit | Contingent Disputed | | | $700,000.00 |
| 2 | Albert Flores c/o E.P. Bud Kirk 600 Sunland Park Drive Bldg 4, Suite 400 El Paso, TX 79912 | | Lawsuit | Contingent Disputed | | | $373,000.00 |
| 3 | Ulrick Moise Palacio de Paquimé, C. Durango 2047 32575 Cd Juarez, Chih. Mexico | | Lendor | | | | $0.00 |
| 4 | Shabnam Izadpanahi 36 Micmac Crescent North York, ON M2H2K2 | | Lender | | | | $0.00 |
| 5 | Manny Jemente Acala Investments 6044 Gateway Blvd East El Paso TX 79905 | | Lendor | | | | $0.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor **Westmount Group, Inc.**　　　　　　　　Case number (if known) ＿＿＿＿＿＿＿＿＿
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  Fidelity National Title Insurance Co c/o Shakira Kelley 6900 Dallas Parkway, Ste 610 Plano, TX 75024 | | Lawsuit | Disputed | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Westmount Group, Inc.**                      CASE NO

                                                                 CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/23/2021                                    Signature   **/s/ Keyvan Parsa**
                                                                              *Keyvan Parsa*
                                                                              *President*

Date                                                  Signature

```
Albert Flores
c/o E.P. Bud Kirk
600 Sunland Park Drive
Bldg 4, Suite 400
El Paso, TX 79912

Fidelity National Title Insurance Co
c/o Shakira Kelley
6900 Dallas Parkway, Ste 610
Plano, TX 75024


Keyvan Parsa
7604 Plaza Redonda
El Paso TX 79912


Manny Jemente
Acala Investments
6044 Gateway Blvd East
El Paso TX 79905


Shabnam Izadpanahi
36 Micmac Crescent
North York, ON M2H2K2


Ulrick Moise
Palacio de Paquimé, C. Durango 2047
32575 Cd Juarez, Chih. Mexico


Wells Fargo Business
PO Box 6995
Portland OR 97228-6995


Weststar Title, LLC
c/o James W. Brewer
221 N. Kansas, Ste 1700
El Paso, TX 79901
```