UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case Number 21-30633-hcm |
| | ) | |
| WESTMOUNT GROUP, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that James W. Brewer of the law firm of **Kemp Smith LLP**, El Paso, Texas, hereby enters an appearance in this chapter 11 case as the attorney for **WestStar Title, LLC**, a creditor in this case. WestStar Title, LLC requests that copies of all notices, filings and papers filed or served in this case be given to and served upon:

James W. Brewer
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the Bankruptcy Rules; including without limitation, notices and copies of any orders, motions, demands, complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telecopiers,

1

41E2142

telegraph, telex or otherwise, which affects or seeks to affect the above-captioned case.

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for WestStar Title, LLC

By: _____
James W. Brewer
State Bar No. 02965200
james.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice was delivered by first class U.S. mail to the parties on the attached list on August 24, 2021.

_____
James W. Brewer

2

41E2142

```
Label Matrix for local noticing      Westmount Group, Inc.              U.S. BANKRUPTCY COURT
0542-3                                810 N. Kansas Street               511 E. San Antonio Ave., Rm. 444
Case 21-30633-hcm                     El Paso, TX 79902-5207             EL PASO, TX 79901-2417
Western District of Texas
El Paso
Tue Aug 24 08:53:18 CDT 2021

Albert Flores                         Fidelity National Title Insurance Co   Keyvan Parsa
c/o E.P. Bud Kirk                     c/o Shakira Kelley                     7604 Plaza Redonda
600 Sunland Park Drive                6900 Dallas Parkway, Ste 610           El Paso TX 79912-8402
Bldg 4, Suite 400                     Plano, TX 75024-7164
El Paso, TX 79912-5115

Manny Jemente                         Shabnam Izadpanahi                 Ulrick Moise
Acala Investments                     36 Micmac Crescent                 Palacio de Paquim,
6044 Gateway Blvd East                North York, ON M2H2K2              C. Durango 2047
El Paso TX 79905-2023                                                    32575 Cd Juarez,
                                                                         Chih. Mexico

United States Trustee - EP12          Wells Fargo Business               Weststar Title, LLC
U.S. Trustee's Office                 PO Box 6995                        c/o James W. Brewer
615 E. Houston, Suite 533             Portland OR 97228-6995             221 N. Kansas, Ste 1700
P.O. Box 1539                                                            El Paso, TX 79901-1401
San Antonio, TX 78295-1539

Stephen W. Sather                     End of Label Matrix
Barron & Newburger, P.C.              Mailable recipients    12
7320 N MoPac Expy                     Bypassed recipients     0
Suite 400                             Total                  12
Austin, TX 78731-2347
```