UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
SHANE P. TOBIN
TRIAL ATTORNEY
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-30633-HCM |
| WESTMOUNT GROUP, INC. | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**BRAD W. ODELL**
**1500 BROADWAY, SUITE 700**
**LUBBOCK, TX 79401**
Email: bodell@mhba.com          PH 806-765-7491

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: August 26, 2021

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By:    */s/ Shane P. Tobin*
       Shane P. Tobin
       Trial Attorney
       CA State Bar No. 317282
       903 San Jacinto Blvd., Room 230
       Austin, Texas 78701
       Telephone: (512) 916-5328
       Fax: (512) 916-5331
       Shane.P.Tobin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list (not attached to service copies) by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on August 26, 2021.

By: */s/ Shane P. Tobin*
Shane P. Tobin
Trial Attorney
CA State Bar No. 317282
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Telephone: (512) 916-5328
Fax: (512) 916-5331
Shane.P.Tobin@usdoj.gov