# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

IN RE:

WESTMOUNT GROUP, INC

CASE NO: 21-30633-HCM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 5

On 8/26/2021, I did cause a copy of the following documents, described below,

Notice    ECF Docket Reference No. 5

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/26/2021

/s/ Shane P. Tobin
Shane P. Tobin   317282
Trial Attorney
UNITED STATES TRUSTEES OFFICE
615 E. HOUSTON ST., ROOM 533
SAN ANTONIO, TX  78205
210 472 4640

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br>WESTMOUNT GROUP, INC | CASE NO: 21-30633-HCM<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 5 |

On 8/26/2021, a copy of the following documents, described below,

Notice   ECF Docket Reference No. 5

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/26/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Shane P. Tobin
UNITED STATES TRUSTEES OFFICE
615 E. HOUSTON ST., ROOM 533
SAN ANTONIO, TX  78205

PARTIES LISTED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS US MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05423<br>CASE 21-30633-HCM<br>WESTERN DISTRICT OF TEXAS<br>EL PASO<br>THU AUG 26 12-26-42 CDT 2021 | WESTMOUNT GROUP INC<br>810 N KANSAS STREET<br>EL PASO TX 79902-5207 | ~~US BANKRUPTCY COURT~~<br>~~511 E SAN ANTONIO AVE RM 444~~<br>~~EL PASO TX 79901-2417~~ |
| ALBERT FLORES<br>CO EP BUD KIRK<br>600 SUNLAND PARK DRIVE<br>BLDG 4 SUITE 400<br>EL PASO TX 79912-5115 | FIDELITY NATIONAL TITLE INSURANCE CO<br>CO SHAKIRA KELLEY<br>6900 DALLAS PARKWAY STE 610<br>PLANO TX 75024-7164 | KEYVAN PARSA<br>7604 PLAZA REDONDA<br>EL PASO TX 79912-8402 |
| MANNY JEMENTE<br>ACALA INVESTMENTS<br>6044 GATEWAY BLVD EAST<br>EL PASO TX 79905-2023 | CANADA<br>SHABNAM IZADPANAHI<br>36 MICMAC CRESCENT<br>NORTH YORK ON M2H2K2 | MEXICO<br>ULRICK MOISE<br>PALACIO DE PAQUIM<br>C DURANGO 2047<br>32575 CD JUAREZ<br>CHIH MEXICO |
| UNITED STATES TRUSTEE   EP12<br>US TRUSTEES OFFICE<br>615 E HOUSTON SUITE 533<br>PO BOX 1539<br>SAN ANTONIO TX 78295-1539 | WELLS FARGO BUSINESS<br>PO BOX 6995<br>PORTLAND OR 97228-6995 | WESTSTAR TITLE LLC<br>CO KEMP SMITH LLP<br>ATTN- JAMES W BREWER<br>221 N KANSAS STE 1700<br>EL PASO TEXAS 79901-1401 |
| WESTSTAR TITLE LLC<br>CO JAMES W BREWER<br>221 N KANSAS STE 1700<br>EL PASO TX 79901-1401 | BRAD W ODELL<br>MULLIN HOARD  BROWN LLP<br>1500 BROADWAY SUITE 700<br>LUBBOCK TX 79401-3169 | STEPHEN W SATHER<br>BARRON  NEWBURGER PC<br>7320 N MOPAC EXPY<br>SUITE 400<br>AUSTIN TX 78731-2347 |

ADDRESSES WHICH ARE NOT ON THE FOLLOWING LIST HAVE BEEN SERVED VIA NOTICE ISSUED BY THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (Debtor) | (Creditor) | (U.S. Trustee) |
|---|---|---|
| Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902<br>Tax ID / EIN: 46-1508727<br>represented by:<br>Stephen W. Sather<br>Barron & Newburger, P.C.<br>7320 N MoPac Expy<br>Suite 400<br>Austin, TX 78731<br><br>ssather@bn-lawyers.com | WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901<br>represented by:<br>James W. Brewer<br>Kemp Smith LLP<br>P.O. Drawer 2800<br>El Paso, TX 79999-2800<br><br>jbrewer@kempsmith.com | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539<br><br>USTPRegion07.SN.ECF@usdoj.gov |

(Trustee)
Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401

bodell@mhba.com