# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

Bankruptcy Case No.: 21−30633−hcm

Chapter 11 Subchapter V

IN RE: **Westmount Group, Inc.** , Debtor(s)

## ORDER ESTABLISHING DATE FOR STATUS HEARING

The above referenced debtor filed a petition for relief under Chapter 11 and has elected to be treated under Subchapter V as a small business debtor. The Court finds that, pursuant to 11 U.S.C. § 1188, the following Order should be entered.

IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN THAT:

1 . **Status Hearing Set For 10/20/2021 at 01:30 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#** as required by 11 U.S.C. § 1188(a). The debtor, counsel for the debtor and the trustee should attend the status conference.

2. The debtor shall file with the court and serve upon the trustee and all parties in interest, a report that details the efforts the debtor has taken and will undertake to attain a consensual plan of reorganization, such report should be filed not later than 14 days before the date of the status conference, as required by 11 U.S.C. § 1188(c).

3. The Clerk of the Court shall cause a copy of this order to be served upon the debtor, the trustee, and all creditors and parties in interest set forth on the mailing matrix in this case.

Dated:  8/24/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: RondaFarrar

**[Status Hearing Order (SV)]** [OsthrgSubv]

United States Bankruptcy Court

Western District of Texas

In re:

Westmount Group, Inc.

    Debtor

Case No. 21-30633-hcm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: 192sv | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18214453 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Drive, Bldg 4, Suite 400, El Paso, TX 79912-5115 |
| 18214454 | + | Fidelity National Title Insurance Co, c/o Shakira Kelley, 6900 Dallas Parkway, Ste 610, Plano, TX 75024-7164 |
| 18214455 | + | Keyvan Parsa, 7604 Plaza Redonda, El Paso TX 79912-8402 |
| 18214456 | + | Manny Jemente, Acala Investments, 6044 Gateway Blvd East, El Paso TX 79905-2023 |
| 18214457 | | Shabnam Izadpanahi, 36 Micmac Crescent, North York, ON M2H2K2 |
| 18214458 | | Ulrick Moise, Palacio de Paquim,, C. Durango 2047, 32575 Cd Juarez,, Chih. Mexico |
| 18214459 | | Wells Fargo Business, PO Box 6995, Portland OR 97228-6995 |
| 18214528 | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, Texas 79901-1401 |
| 18214460 | + | Weststar Title, LLC, c/o James W. Brewer, 221 N. Kansas, Ste 1700, El Paso, TX 79901-1401 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen W. Sather | |
| | on behalf of Debtor Westmount Group  Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com |

District/off: 0542-3                    User: admin                              Page 2 of 2
Date Rcvd: Aug 24, 2021                 Form ID: 192sv                           Total Noticed: 11

United States Trustee - EP12
                          USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 2