IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| WESTMOUNT GROUP, INC. | § | No. 21-30633-HCM-11 |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE
## AS COUNSEL FOR ALBERT FLORES

To:   <u>All Parties in Interest Appearing on Certificate of Service below</u>:

E.P. Bud Kirk, 600 Sunland Park Drive, Bldg. Four, Suite 400, El Paso, Texas 79912, files this Notice of Appearance as Counsel for ALBERT FLORES in these proceedings, and requests, under Bankruptcy Rules 2002, 3017, 9007, and 9010(b), that he receive copies of all papers hereafter served or required to be served in this case, at the office address and telephone number set forth herein.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.   Said copies shall be addressed as follows:

E.P. BUD KIRK
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, Texas   79912
(915) 584-3773
(915) 581-3452 facsimile
<u>budkirk@aol.com</u>

Respectfully submitted this _3/5‡_ day of August, 2021.

/s/ _(signature)_

E.P. BUD KIRK
Texas State Bar No.   11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, Texas   79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for ALBERT FLORES

## CERTIFICATE OF SERVICE

I do hereby certify that on this _3/‡_ day of August, 2021, I did cause a copy of the foregoing Notice of Appearance as Counsel for Albert Flores to be mailed to United States Trustee, 615 E. Houston, Ste. 533, P.O. Box 1539, San Antonio, TX   78295-1539;  to Brad W. Odell, Subchapter V Trustee, 1500 Broadway, Ste. 700, Lubbock, TX   79401-3169; to Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207;  to Stephen W. Sather, 7320 N MoPac Expy, Ste. 400, Austin, TX  78731;  to City of El Paso, c/o Don Stecker, 112 E. Pecan St., Ste. 2200, San Antonio, TX   78205-1588;  to  Weststar Title, LLC, c/o James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX  79901-1401;  and to all parties in interest in this case, as shown on the attached list.

/s/ _(signature)_

E.P. BUD KIRK

4063.007-MC-083121

Fidelity National Title Insurance Co.
c/o Shakira Kelley
6900 Dalls Parkway, Ste. 610
Plano, TX   75024-7164

Keyvan Parsa
7604 Plaza Redonda
El Paso, TX   79912-8402

Manny Jemente
Acala Investments
6044 Gateway Blvd. East
El Paso, TX   79905-2023

Shabnam Izadpanahi

36 Micmac Crescent
North York, ON   M2H2K2

Ulrick Moise
Palacio de Paquim
C. Durango 2047
32575 CD Juarez
Chih. Mexico

Wells Fargo Business
P.O. Box 6995
Portland, OR   97228-6995