THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re:<br><br>**WESTMOUNT GROUP, INC.**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 21-30633<br><br>Chapter 11 |

## NOTICE WITH REGARD TO SECTION 1116

TO THE HONORABLE JUDGE OF SAID COURT:

Westmount Group, Inc. (the "***Debtor***") hereby files this Notice with Regard to Section 1116.

1. Please take notice that Debtor does not have any documents responsive to Section 1116.

Dated: September 13, 2021

Respectfully submitted,

BARRON & NEWBURGER, P.C.

*/s/ Stephen W. Sather*_____
Gregory M. Friedman (SBN 24116394)
Stephen W. Sather (SBN 17657520)
7320 N. Mopac Expy., Ste 400
Austin, Texas 78731
Tel (512) 476-9103
Fax (512) 279-0310
gfriedman@bn-lawyers.com
ssather@bn-lawyers.com

***ATTORNEYS FOR DEBTOR***