**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | |
| **WESTMOUNT GROUP, INC.** | § § | **Case No. 21-30633** |
| **Debtor.** | § § § § | **Chapter 11** |

### ORDER GRANTING APPLICATION FOR AUTHORITY TO EMPLOY BARRON & NEWBURGER PC COUNSEL FOR DEBTOR EFFECTIVE JULY 29, 2021

CAME ON TO BE CONSIDERED the Application for Authority to Employ Barron & Newburger, P.C. as Counsel for Debtor. The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED that the Debtor is hereby authorized to employ Barron & Newburger, P.C. as its counsel.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731