**EXHIBIT "4"**

## COMMERCIAL AFFIDAVIT AS TO DEBTS AND LIENS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | GF # 200959-COM |
| COUNTY OF El Paso | § | |

BEFORE ME, the undersigned authority, on this day, personally appeared the undersigned (hereinafter called Affiant) (whether one or more) and each on his oath, deposes and says, as follows:

1. Affiant is the owner or authorized signatory for the owner of the following described property, to-wit:

   Tract 3, J.L. JOHANNSEN SURVEY NUMBER 185, in the City of El Paso, El Paso County, Texas, according to the resurvey of said J.L. JOHANNSEN SURVEY NUMBER 185 made by El Paso County, Texas, for tax purposes, and containing 12.08 acres of land, more or less.

2. Affiant is desirous of selling the above described property and has requested WestStar Title, LLC, agent for Fidelity National Title Insurance Company, to issue a title policy guarantying the title of same to his purchaser.

3. In connection with the issuance of such policy, Affiant makes the following statement of facts:

   a. That Affiant owes no past due Federal or State taxes and that there are no delinquent Federal assessments presently existing against Affiant, and that no Federal or State Liens have been filed against Affiant.

   b. That there are no delinquent State, County, City, School District, Water District or other governmental agency taxes due or owing against said property and that no tax suit has been filed by any State, County, Municipal Water District or other governmental agency for taxes levied against said property.

   c. All labor and material used in the construction of improvements or repairs, if any, on the above described property have been paid for and there are now no unpaid labor or material claims against the improvements or repairs, if any, or the property upon which same are situated, and Affiant hereby declares that all sums of money due for the erection of improvements or repairs, if any, have been fully paid and satisfied and there are no Mechanic's or Materialmen's liens against the hereinabove property.

   d. That no paving assessments or lien has been filed against the hereinabove described property, and Affiant owes no paving charges.

   e. That there are no judgment liens filed against Affiant.

   f. That there are no suits pending against Affiant in Federal or State Court.

   g. That Affiant knows of no adverse claim to the hereinabove described property and that so far as Affiant knows there are no encroachments or boundary conflicts.

h. That there are no outstanding loans, recorded or unrecorded, except as follows:

_____

_____

i. That Affiant has not heretofore sold, granted an option to purchase, contracted to sell or conveyed any part of said property other than in connection with this sale. That Affiant has not entered into any leases, recorded or unrecorded, or vendor contracts in connection with said property, except as follows:

_____

_____

j. No unpaid debts for electric or plumbing fixtures, water heaters, floor furnaces, air conditioners, radio or television antennae, carpeting, rugs, lawn sprinkling systems, venetian blinds, window shades, draperies, electric appliances, fences street paving, or any personal property or fixtures that are located on the subject property described above, and that no such items have been purchased on time payment contracts, and there are no security interests on such property secured by financing statements, security agreement or otherwise except the following:

**Secured Party**                               **Approximate Amount**

_____        _____

_____        _____

k. No loans of any kind on such property except the following:

**Creditor**                                    **Approximate Amount**

_____        _____

_____        _____

4. Affiant recognizes that but for the making of the hereinabove statements of fact relative the hereinabove described property WestStar Title, LLC would not issue a title policy on said property and that such statements have been made as a material inducement for the issuance of such policy.

**WITNESS my hand this the July 1, 2020**

Montoya Park Place Inc,
a Texas corporation

By: _____
Albert Flores, Shareholder, Director

By: _____
Keyvan Parsa, Shareholder, Director

SWORN TO AND SUBSCRIBED BEFORE ME, by Albert Flores and Keyvan Parsa, Shareholders and Directors of the said Montoya Park Place Inc., a Texas corporation, at El Paso, El Paso County, Texas, this _1_ day of __July__, 2020.

TRAVIS JOEL SMITH
Notary Public, State of Texas
Comm. Expires 11-13-2020
Notary ID 129202101

NOTARY PUBLIC STATE OF TEXAS

**THE STATE OF TEXAS** §
§
**COUNTY OF El Paso** §

This instrument was acknowledged before me on this _1_ day of __July__, 2020, by Albert Flores and Keyvan Parsa, Shareholders and Directors of the said Montoya Park Place Inc., a Texas corporation

TRAVIS JOEL SMITH
Notary Public, State of Texas
Comm. Expires 11-13-2020
Notary ID 129202101

NOTARY PUBLIC STATE OF TEXAS