# EXHIBIT "5"

# SELLER'S STATEMENT

Date: July 1, 2020

GFNo: 200959-COM

| Sale From: | Montoya Park Place Inc., a Texas corporation<br>810 N Kansas St<br>El Paso, TX 79902 | To: | IDEA Public Schools, a Texas non-profit corporation<br>2115 W. Pike<br>Weslaco, TX 78596 |
|---|---|---|---|

Property: J.L. JOHANNSEN SURVEY NO. 185, ABST 2789 TR 3 (12.1644 AC), El Paso County, TX
5980 Johannsen Rd
El Paso, TX 79932

| | | |
|---|---|---|
| Sales Price | | $1,950,000.00 |
| Reimbursements/Credits | | |
| **Total Reimbursements/Credits** | | $0.00 |
| **Gross Amount Due to Seller** | | $1,950,000.00 |

**Less: Charges and Deductions**

| | | |
|---|---|---|
| Commissions | | $97,500.00 |
| Selling Agent Commission to Dan Olivas & Associates | $97,500.00 | |
| Title Insurance to Weststar Title, LLC | | $9,689.00 |
| Simultaneous w/MP to Weststar Title, LLC | $9,689.00 | |
| Title Company Fees | | $352.90 |
| Escrow Fee to Weststar Title, LLC | $300.00 | |
| Tax Certificate Fee to Data Trace | $50.90 | |
| State of Texas GARC Fee to Weststar Title fbo TTIGA | $2.00 | |
| City property taxes | From 1/1/2020 thru 7/1/2020 | $8,162.70 |
| Seller reimbursement to the buyer for survey costs | | $5,000.00 |
| **Total Charges and Deductions** | | $120,704.60 |
| **Net Amount Due to Seller** | | $1,829,295.40 |

Printed at: 06/30/2020 (12:06 pm)

*Compliments of* **WestStar Title, LLC**

**GFNo: 200959-COM**                                                            Page 2

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes WestStar Title, LLC to make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

WestStar Title, LLC

By _____
    Travis Smith

Montoya Park Place Inc,
a Texas corporation

By: _____
    Albert Flores, Shareholder, Director

By: _____
    Keyvan Parsa, Shareholder, Director