# EXHIBIT "6"

Doc# 20180080252

$437,500.00

THE STATE OF TEXAS §
COUNTY OF EL PASO §

**NOTICE OF CONFIDENTIALITY RIGHTS:**
If You Are a Natural Person, you may remove or strike any of the following information from this instrument before it is filed for record in the public records: your social security number or your driver's license number.

## PROMISSORY NOTE

On or before April 8, 2018 and for value received, JOHANNSEN DEVELOPMENT GROUP, INC., a Texas corporation, promises to pay, without grace, to the order of ALBERTO FLORES, individually and as Executor of the Estate of RAMON G. FLORES, Deceased, the principal sum of $437,500.00 without interest at 3605 Arcadia, El Paso, Texas 79902 or such other place as is designated in writing by the Holder.

JOHANNSEN DEVELOPMENT GROUP, INC. shall have the right to pre-pay on the balance at any time before maturity, without penalty.

The Maker agrees that in the event of any sale, contract to sell, conveyance or transfer of title of the herein described property, or in the event of any lease of said property containing an option to purchase or any lease for a longer term than two years, or in the event of the granting of an option to buy the herein described property, then and in any of such events, at the option of the Holder hereof, the due date of this Note shall accelerate and the unpaid balance of the principal on this Note, shall immediately become due and payable, and the liens herein mentioned, either or both, shall become subject to foreclosure proceedings as the Holder might elect.

This Note is secured by a Vendor's Lien and Deed of Trust, both of even date herewith, on the real property, together will all improvements thereon, described as follows:

> Tract 3 (containing 12.1644 acres, more or less) J.L. JOHANNSEN SURVEY NUMBER 185, in the City of El Paso, El Paso County, Texas, according to the resurvey of said J.L. JOHANNSEN SURVEY NUMBER 185 made by El Paso County Texas for tax purposes.

If the payment due hereunder is not made on or before date of this Note's maturity, then a late charge of 5% will be added to the past due payment. If the past due payment, plus late charges, is not made within an additional ten days, then interest shall thereafter accrue on the unpaid balance at the rate of one-and-a-half percent per month.

If this Note is placed in the hands of an attorney for collection, or if it is collected through bankruptcy, probate, or other Court proceedings, the undersigned agree to pay a reasonable attorney's fee, in addition to all other sums due or owing hereon.

The Maker JOHANNSEN DEVELOPMENT GROUP, INC., and endorsers of this Note severally waive demand, presentment, notice of dishonor, diligence in collecting, grace, notice, and protest, and agree to all extensions and partial payments without prejudice to the Holder.

Executed at El Paso, Texas this 7TH day of SEPTEMBER, 2017.

JOHANNSEN DEVELOPMENT GROUP, INC.
a Texas corporation
By: _____
Name: Debi Jordan
Title: President

2



Doc# 20180080252
#Pages 2  #NPages 1
10/18/2018 4:49:01 P
Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees $30.00

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of Real Property in El Paso County.

EL PASO COUNTY, TEXAS