**EXHIBIT "10"**

21-30633-hcm Doc#17-10 Filed 09/17/21 Entered 09/17/21 16:06:14 Exhibit 10 Pg 2 of 4
El Paso County - 327th District Court
Filed 1/4/2021 3:39 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV2997

## THE DISTRICT COURT
## OF EL PASO COUNTY, TEXAS
## 327TH JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| ALBERT FLORES, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2020DCV2997 |
| KEYVAN PARSA, and MONTOYA PARK PLACE, INC. | § § § | |
| Defendants. | § § | |

### AGREED TEMPORARY RESTRAINING ORDER

On December 14, 2020 came to be considered Plaintiff's Motion for Temporary Restraining Order and Injunctive Relief in the above captioned matter. Defendants KEYVAN PARSA, and MONTOYA PARK PLACE, INC. have now retained the legal services of attorney CARLOS A. MIRANDA, III of the firm of Miranda & Maldonado, P.C. in this matter, and the parties have presented to the Court this form of Agreed Temporary Restraining Order, providing as follows:

Until such time as a hearing can be held on whether this Temporary Restraining Order should be made into a Temporary Injunction, Defendants KEYVAN PARSA, and MONTOYA PARK PLACE, INC. are hereby RESTRAINED from, and are ORDERED not to engage in, any of the following activities:

1. Spending any of the proceeds of the sale of Tract 3, Johannsen Subdivision which took place at WESTSTAR TITLE COMPANY in El Paso, Texas on June 30-July 1, 2020.

2. Transferring or in any manner alienating any of the proceeds of the sale of Tract 3, Johannsen Subdivision.

3. Spending, transferring, or alienating in any manner mutations of the proceeds of Tract 3, Johannsen Subdivision.

4. Continuing to maintain secrecy as to the locations of any proceeds, or mutations of the proceeds, of Tract 3, Johannsen Subdivision, in Mexico, or in any other foreign country, or in the United States.

5. Issuing or transferring in any way either new or existing shares in MONTOYA PARK PLACE, INC.

It has been further Agreed that the bond required of Plaintiff ALBERT FLORES for this Temporary Restraining Order shall be the cash amount of $5,000.00, to be paid into the registry of this Court forthwith; the condition of the bond to be that FLORES will abide the decision which may be made in this cause, and that FLORES will pay all sums of money and costs that may be adjudged against him if the restraining order or temporary injunction shall be dissolved in whole or in part. Tex. R. Civ. P. 684.

A separate Order shall issue, upon the date and time of the hearing to determine whether this Temporary Restraining Order shall be made into a Temporary Injunction.

Signed this 18 day of Dec_____, 2020.

_____
JUDGE PRESIDING

**AGREED AND ACCEPTED:**

/s/ *[signature]*

**E.P. BUD KIRK**
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com
Attorney for ALBERT FLORES

*CAM*

**CARLOS A. MIRANDA, Esq.**
State Bar No. 14199582
5915 Silver Springs, Bldg. 7
El Paso, TX 79913
(915) 587-5000
(915) 587-5001 facsimile
cmiranda@eptxlawyers.com

Attorney for KEYVAN PARSA,
and MONTOYA PARK PLACE, INC.