**EXHIBIT "11"**

Filed 1/27/2021 9:32 AM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV2997

IN THE DISTRICT COURT
OF EL PASO COUNTY, TEXAS
327TH JUDICIAL DISTRICT COURT

| | |
|---|---|
| ALBERT FLORES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 2020DCV2997 |
| § | |
| KEYVAN PARSA, § | |
| and MONTOYA PARK PLACE, INC. § | |
| § | |
| Defendants. § | |

## AGREED TEMPORARY INJUNCTION

On January 15, 2020 came to be considered Plaintiff's Motion for Temporary Injunctive Relief in the above captioned matter. Defendants KEYVAN PARSA, and MONTOYA PARK PLACE, INC. appeared through their attorney CARLOS A. MIRANDA, III of the firm of Miranda & Maldonado, P.C., and ALBERT FLORES appeared through his attorney E.P. BUD KIRK. And ALBERT FLORES, KEYVAN PARSA, and MONTOYA PARK PLACE, INC. represented to the court that they wish to extend the Agreed Temporary Restraining Order which this Court approved on January 4, 2021, *into a Temporary Injunction*, as follows:

Defendants KEYVAN PARSA, and MONTOYA PARK PLACE, INC. are hereby RESTRAINED from, and are ORDERED not to engage in, any of the following activities:

1. Spending any of the proceeds of the sale of Tract 3, Johannsen Subdivision which took place at WESTSTAR TITLE COMPANY in El Paso, Texas on June 30-July 1, 2020.

2. Transferring or in any manner alienating any of the proceeds of the sale of Tract 3, Johannsen Subdivision.

3. Spending, transferring, or alienating in any manner mutations of the proceeds of Tract 3, Johannsen Subdivision.

4. Continuing to maintain secrecy as to the locations of any proceeds, or mutations of the proceeds, of Tract 3, Johannsen Subdivision, in Mexico, or in any other foreign country, or in the United States.

5. Issuing or transferring in any way either new or existing shares in MONTOYA PARK PLACE, INC.

It has been further Agreed that the bond required of Plaintiff ALBERT FLORES for this Temporary Injunction Order shall remain the cash amount of $5,000.00, paid into the registry of this Court; the condition of the bond to be that FLORES will abide the decision which may be made in this cause, and that FLORES will pay all sums of money and costs that may be adjudged against him if the temporary injunction shall be dissolved in whole or in part. Tex. R. Civ. P. 684 et seq.

This Temporary Injunction is without prejudice to any separate request for injunctive relief which may be later filed by the intervening party WESTSTAR TITLE COMPANY.

This temporary injunction shall persist until modified or dissolved or made permanent by this Court, after notice and hearing, for cause to be shown.

Signed this 20 day of Jan, 2021.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

/s/ *E.P. Bud Kirk*

E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com
Attorney for ALBERT FLORES

CARLOS A. MIRANDA, Esq.,
State Bar No. 14199582
5915 Silver Springs, Bldg. 7
El Paso, TX 79913
(915) 587-5000
(915) 587-5001 facsimile
cmiranda@eptxlawyers.com

Attorney for KEYVAN PARSA,
and MONTOYA PARK PLACE, INC.