**EXHIBIT "16"**

Institutional Class shares

# 100% Treasury Money Market Fund

All information is as of 12-31-20 unless otherwise indicated. Information is subject to change.



## Key facts

| | |
|---|---|
| S&P rating | AAAm |
| Moody's Rating | Aaa-mf |
| Share Class | Institutional |
| Investment Minimum | $10 million |
| Ticker | WOTXX |
| CUSIP | 94988A759 |
| Gross Expense Ratio | 0.23% |
| Net Expense Ratio | 0.20% |
| Total fund assets | $18.9 billion |
| Fund Manager | Laurie R. White, Jeffrey L. Weaver, CFA, Michael C. Bird, CFA |
| Fund Inception Date | 12-03-90 |
| Class Inception Date | 10-31-14 |
| Trading deadline | 1 p.m. Eastern Time |

## Principal investment strategies

Seeks current income exempt from most state and local individual income taxes, while preserving capital and liquidity. Invests in high-quality, short-term money market instruments that consist of U.S. Treasury obligations.

## Portfolio composition

% of portfolio
- Treasury debt: (100)



Total: 100%

## Performance

Current yield as of 12-31-20

| | 7-day SEC yield (%) |
|---|---|
| | 0.01 |
| Month | 30-day current yield (%) |
| December 2019 | 1.46 |
| January 2020 | 1.42 |
| February 2020 | 1.41 |
| March 2020 | 0.91 |
| April 2020 | 0.25 |
| May 2020 | 0.09 |
| June 2020 | 0.05 |
| July 2020 | 0.05 |
| August 2020 | 0.01 |
| September 2020 | 0.01 |
| October 2020 | 0.01 |
| November 2020 | 0.01 |
| December 2020 | 0.01 |

## Portfolio maturity schedule (%)



| Range | WAL | WAM |
|---|---|---|
| 1-7 days | 5 | 21 |
| 8-29 days | 23 | 23 |
| 30-89 days | 42 | 40 |
| 90-179 days | 15 | 13 |
| 180-269 days | 2 | 1 |
| 270+ days | 13 | 2 |

## Money market fund statistics

Weighted average maturity: 53 days
Weighted average life: 110 days

Daily liquid assets: 100%
Weekly liquid assets: 100%

Average annual total returns (%) as of 12-31-20

| 1 year | 3 year | 5 year | 10 year | Since Inception |
|---|---|---|---|---|
| 0.36 | 1.35 | 0.98 | 0.49 | 2.30 |

The Manager has contractually committed through May 31, 2021, to waive fees and/or reimburse expenses to the extent necessary to cap the fund's total annual fund operating expenses after fee waivers at the amounts shown above. Brokerage commissions, stamp duty fees, interest, taxes, acquired fund fees and expenses (if any), and extraordinary expenses are excluded from the expense cap. The Manager may also voluntarily waive or reimburse additional fees and expenses, and such voluntary waivers may be discontinued or modified at any time without notice. Without these reductions, the fund's seven-day current yield would have been -0.09%. Prior to or after the commitment expiration date, the cap may be increased or the commitment to maintain the cap may be terminated only with the approval of the Board of Trustees. The expense ratio paid by an investor is the net expense ratio (the total annual fund operating expenses after fee waivers) as stated in the prospectus.

**Figures quoted represent past performance, which is no guarantee of future results and do not reflect taxes that a shareholder may pay on an investment in a fund.** Investment returns will fluctuate. The fund's yield figures more closely reflect the current earnings of the fund than the total return figures. Current performance may be lower or higher than the performance data quoted and assumes the reinvestment of dividends and capital gains. Current month-end performance is available at the fund's website, wfam.com.

Money market funds are sold without a front-end sales charge or contingent deferred sales charge. Other fees and expenses apply to an investment in the fund and are described in the fund's current prospectus.

(Continued on next page.)

 Advisors

Wells Fargo Advisors
MAC H0005-035
One North Jefferson Avenue
St. Louis, MO 63103

January 14, 2021

Westmount Group, Inc.
7604 Plaza Redonda Drive
El Paso, TX 79912-8402

**RE: Verification of Assets for Account xxxx-7582**

Dear Westmount Group, Inc.:

This letter confirms that:

(i) You maintain a brokerage account with Wells Fargo Clearing Services, LLC ("Wells Fargo Advisors"), numbered xxxx-7582 ("Account"), established on 07/20/2020;

(ii) As of 01/13/2021, the Account maintains a total account value in excess of $338,000.00.

This letter is provided for informational purposes and does not represent future Account value, if your Account will remain with Wells Fargo Advisors in the future, any purposes not mentioned in this letter, or the creditworthiness of the person(s) referenced within. Wells Fargo Advisors will have no liability with any party's reliance on this letter or the information within.

Sincerely,

*Denise Gilles*

Denise Gilles
Securities Operations Services Specialist 3
Client Mailings – Verifications & Inquiries

Investment and Insurance Products are:
• Not Insured by the FDIC or Any Federal Government Agency
• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested



© 2019 Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company