IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| WESTMOUNT GROUP, INC. | § | No. 21-30633-HCM-11 |
| | § | |
| Debtor. | § | |

### ORDER ON MOTION TO DISMISS CASE
### AS A BAD FAITH FILING

On this day the Court has considered the creditor ALBERT FLORES' Motion to Dismiss Case this Case as a Bad Faith Filing against the Debtor WESTMOUNT GROUP, INC. in the above captioned Chapter 11 proceedings. Having considered the Motion, the evidence adduced, the arguments of counsel, and the points of law raised, the Court finds that the Motion to Dismiss should be, and it hereby is, GRANTED.

###

Respectfully submitted:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile

Attorney for Debtor