UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: Westmount Group, Inc.

CASE NO. 21-30633-HCM
CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON 9/30/21, AT 10:00 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): YES

2. Debtor(s) appeared: YES

3. Counsel for debtor(s) appeared: YES

4. Meeting adjourned to _____ , at _____ a.m.

   OR

   Meeting concluded: YES

5. Notes of Presiding Officer:

   1. Debtor needs to amend Schedules and SOFA as requested at the meeting.
   2. Debtor needs to provide copy of liability policy to UST.

DATE PETITION FILED: 8/23/21
BAR DATE: 11/01/21
PLUS DAYS:

CREDITORS' COMMITTEE FORMED: NO    NOTICE OF APPOINTMENT FILED:

/s/ James W. Rose, Jr.
Presiding Officer

REV 7/1/2003