THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **WESTMOUNT GROUP, LLC** | § § | **Case No. 21-30633-hcm** |
| **Debtor.** | § § § § | **Chapter 11** |

**MOTION FOR CONTINUANCE OF HEARINGS ON MOTION TO DISMISS CHAPTER 11 CASE AS BAD FAITH FILING AND APPLICATION TO EMPLOY BARRON & NEWBURGER, P.C.**

TO THE HONORABLE JUDGE OF SAID COURT:

Westmount Group, LLC (the "***Debtor***") hereby files this Motion for Continuance of Hearings on Motion to Dismiss Chapter 11 Case as Bad Faith Filing and Application to Employ Barron & Newburger, P.C.

1.      The Court has scheduled the Status Conference, Motion to Dismiss Chapter 11 Case as a Bad Faith Filing and Application to Employ Barron & Newburger, P.C. for hearing on October 20, 2021 at 1:30 p.m. MT.

2.      Debtor's principal counsel, Stephen Sather, was previously scheduled to fly to Florida to give a talk on SubChapterV to the Commercial Collection Agencies of America on October 20. He had planned to have an associate handle the status conference (and still plans to do so). However, the Motion to Dismiss and Application to Employ both involve substantive matters which should be handled by Mr. Sather personally. While his flight arrives several hours before the hearing, trying to conduct a hearing at the Ft. Lauderdale airport or in a rental car would be less than optimal.

3.      Certificate of Conference:  On October 4, 2021, I conferred with all of the attorneys who had entered appearances in this case. James Brewer (WestStar Title), Brad Odell (SubChapterV Trustee) and Jim Rose (U.S. Trustee) stated that they did not oppose the Motion. Don Stecker stated that he had withdrawn his client's claim in the case. Bud Kirk (Albert Flores) stated that he opposed the motion unless the hearings could be rescheduled in October. Mr. Sather is available on October 26, 27 and 29 for a continued hearing, as well as on multiple dates in November.

Dated: October 5, 2021                              Respectfully submitted,

                                                    BARRON & NEWBURGER, P.C.

                                                     /s/ Stephen W. Sather_____
                                                    Stephen W. Sather (SBN 17657520)
                                                    7320 N. Mopac Expy., Ste 400
                                                    Austin, Texas 78731
                                                    Tel (512) 476-9103
                                                    Fax (512) 279-0310
                                                    ssather@bn-lawyers.com
                                                    ***ATTORNEYS FOR DEBTOR***

**CERTIFICATE OF SERVICE**

        By my signature below, I certify that on October 5, 2021, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid to the parties-in-interest listed on the attached matrix, or electronically by the Court's ECF noticing system on those parties-in-interest registered to receive such service.

                                                    /s/ Stephen W. Sather
                                                    Stephen W. Sather

```
Label Matrix for local noticing        Westmount Group, Inc.              U.S. BANKRUPTCY COURT
0542-3                                  810 N. Kansas Street               511 E. San Antonio Ave., Rm. 444
Case 21-30633-hcm                       El Paso, TX 79902-5207             EL PASO, TX 79901-2417
Western District of Texas
El Paso
Fri Sep 17 15:25:08 CDT 2021

Albert Flores                           Albert Flores                     City of El Paso
c/o E.P. Bud Kirk                       c/o E.P. Bud Kirk                 c/o Don Stecker
600 Sunland Park Dr., Ste. 4-400        600 Sunland Park Drive             112 E. Pecan St. Suite 2200
El Paso, TX 79912-5134                  Bldg 4, Suite 400                  San Antonio, TX 78205-1588
                                        El Paso, TX 79912-5115

Fidelity National Title Insurance Co    Keyvan Parsa                      Manny Jemente
c/o Shakira Kelley                      7604 Plaza Redonda                 Acala Investments
6900 Dallas Parkway, Ste 610            El Paso TX 79912-8402             6044 Gateway Blvd East
Plano, TX 75024-7164                                                      El Paso TX 79905-2023


Shabnam Izadpanahi                      Ulrick Moise                      United States Trustee - EP12
36 Micmac Crescent                      Palacio de Paquim,                U.S. Trustee's Office
North York, ON M2H2K2                   C. Durango 2047                   615 E. Houston, Suite 533
                                        32575 Cd Juarez,                  P.O. Box 1539
                                        Chih. Mexico                      San Antonio, TX 78295-1539


Wells Fargo Business                    WestStar Title, LLC               Weststar Title, LLC
PO Box 6995                             c/o Kemp Smith LLP                c/o James W. Brewer
Portland OR 97228-6995                  Attn:  James W. Brewer            221 N. Kansas, Ste 1700
                                        221 N. Kansas, Ste. 1700          El Paso, TX 79901-1401
                                        El Paso, Texas 79901-1401


Brad W. Odell                           Stephen W. Sather                 End of Label Matrix
Mullin Hoard & Brown, LLP               Barron & Newburger, P.C.          Mailable recipients    16
1500 Broadway, Suite 700                7320 N MoPac Expy                 Bypassed recipients     0
Lubbock, TX 79401-3169                  Suite 400                         Total                  16
                                        Austin, TX 78731-2347
```