THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| WESTMOUNT GROUP, LLC | § § | Case No. 21-30633-hcm |
| Debtor. | § § § § | Chapter 11 |

**ORDER GRANTING**
**MOTION FOR CONTINUANCE OF HEARINGS ON MOTION TO DISMISS**
**CHAPTER 11 CASE AS BAD FAITH FILING AND APPLICATION TO EMPLOY**
**BARRON & NEWBURGER, P.C.**

CAME ON TO BE CONSIDERED the Motion for Continuance of Hearings on Motion to Dismiss Chapter 11 Case as Bad Faith Filing and Application to Employ Barron & Newburger, P.C. filed by Westmount Group, Inc. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the hearings on the Motion to Dismiss Chapter 11 Case as a Bad Faith Filing and Application to Employ Barron & Newburger, P.C. are hereby

continued until the date and time set forth above. Barron & Newburger, P.C. shall be responsible for notice.

### # # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731