**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| | § | **Case No. 21-30633-hcm** |
| **WESTMOUNT GROUP, LLC** | § | |
| | § | |
| **Debtor.** | § | **Chapter 11** |
| | § | |
| | § | |

**RESPONSE TO OBJECTION TO EMPLOYMENT**
**OF BARRON & NEWBURGER, P.C.**

TO THE HONORABLE JUDGE OF SAID COURT:

Westmount Group, LLC (the "*Debtor*") hereby files this Response to Objection to

Application to Employ Barron & Newburger, P.C.

**General Response**

The Objection does not address the requirements of 11 U.S.C. §327(a) that counsel for the

Debtor-in-Possession not hold or represent an interest adverse to the estate and be a disinterested

person. Instead, the application is an extended argument that the Debtor should not be a Debtor in

Possession and the proposed counsel either assisted him or failed to stop him from making various

transfers which occurred at or shortly after the time that counsel was employed to represent the

Debtor in a state court matter. These are not grounds for denying employment of counsel.

**Specific Responses**

1.      Debtor admits the allegations of para. 1.

2.      Debtor admits that para. 2 is generally accurate in describing the state court suit.

3.      Debtor admits the first sentence of para. 3. Debtor admits the allegations of para.

3(a)-(c) until the point that it states "at which PARSA contended the following." The remainder

of para. 3 is denied.

4.      Debtor denies the allegations of para. 4. Mr. Sather has never filed a Petition for Writ of Mandamus in his life, much less related to this case.

5.      Debtor admits the allegations of para. 5.

6.      Debtor admits the allegations of para. 6 in part. There has never been an order for Westmount Group to deposit funds nor a deadline for doing so.

7.      Debtor denies the first sentence of para. 7. The second sentence of para. 7 is rhetorical and does not require a response. Debtor admits the allegations of para. 7(a) and (b). Debtor denies the word "Surprise" in para. 7(c). Debtor admits that the schedules show a note to Montoya Park Place and that the security interest has not been perfected. Debtor is unable to admit or deny whether Parsa ever mentioned the Montoya Park Place note or whether there would have been cause to do so. Debtor denies the first sentence of para. 7(d). Debtor admits the remainder of para. 7(d). Debtor denies the allegations of para. 7(e). Debtor denies the allegations of para. 7(f). Debtor admits the allegations of para. 7(g).

8.      Debtor admits that Mr. Kirk wrote to Mr. Sather and received the attached reply.

9.      Debtor denies the allegations of para. 9.

10.     Debtor denies the allegations of para. 10.

11.     Debtor denies the allegations of para. 11.

Dated: October 5, 2021                          Respectfully submitted,

                                                BARRON & NEWBURGER, P.C.

                                                 /s/ Stephen W. Sather_____
                                                Stephen W. Sather (SBN 17657520)
                                                7320 N. Mopac Expy., Ste 400
                                                Austin, Texas 78731
                                                Tel (512) 476-9103
                                                Fax (512) 279-0310
                                                ssather@bn-lawyers.com
                                                *ATTORNEYS FOR DEBTOR*

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I certify that on October 5, 2021, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid to the parties-in-interest listed on the attached matrix, or electronically by the Court's ECF noticing system on those parties-in-interest registered to receive such service.

*/s/ Stephen W. Sather*
Stephen W. Sather

Label Matrix for local noticing
0542-3
Case 21-30633-hcm
Western District of Texas
El Paso
Fri Sep 17 15:25:08 CDT 2021

Westmount Group, Inc.
810 N. Kansas Street
El Paso, TX 79902-5207

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Albert Flores
c/o E.P. Bud Kirk
600 Sunland Park Dr., Ste. 4-400
El Paso, TX 79912-5134

Albert Flores
c/o E.P. Bud Kirk
600 Sunland Park Drive
Bldg 4, Suite 400
El Paso, TX 79912-5115

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205-1588

Fidelity National Title Insurance Co
c/o Shakira Kelley
6900 Dallas Parkway, Ste 610
Plano, TX 75024-7164

Keyvan Parsa
7604 Plaza Redonda
El Paso TX 79912-8402

Manny Jemente
Acala Investments
6044 Gateway Blvd East
El Paso TX 79905-2023

Shabnam Izadpanahi
36 Micmac Crescent
North York, ON M2H2K2

Ulrick Moise
Palacio de Paquim,
C. Durango 2047
32575 Cd Juarez,
Chih. Mexico

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Wells Fargo Business
PO Box 6995
Portland OR 97228-6995

WestStar Title, LLC
c/o Kemp Smith LLP
Attn:  James W. Brewer
221 N. Kansas, Ste. 1700
El Paso, Texas 79901-1401

Weststar Title, LLC
c/o James W. Brewer
221 N. Kansas, Ste 1700
El Paso, TX 79901-1401

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401-3169

Stephen W. Sather
Barron & Newburger, P.C.
7320 N MoPac Expy
Suite 400
Austin, TX 78731-2347

End of Label Matrix
Mailable recipients      16
Bypassed recipients       0
Total                    16