**Reset hearing shall be held on 10/26/2021 at 12:30 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed October 05, 2021.**

_H Mott_

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

## THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WESTMOUNT GROUP, LLC | § | **Case No. 21-30633-hcm** |
| | § | |
| Debtor. | § | **Chapter 11** |
| | § | |
| | § | |

### ORDER GRANTING
### MOTION FOR CONTINUANCE OF HEARINGS ON MOTION TO DISMISS
### CHAPTER 11 CASE AS BAD FAITH FILING AND APPLICATION TO EMPLOY
### BARRON & NEWBURGER, P.C.

CAME ON TO BE CONSIDERED the Motion for Continuance of Hearings on Motion to Dismiss Chapter 11 Case as Bad Faith Filing and Application to Employ Barron & Newburger, P.C. filed by Westmount Group, Inc. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the hearings on the Motion to Dismiss Chapter 11 Case as a Bad Faith Filing and Application to Employ Barron & Newburger, P.C. are hereby

continued until the date and time set forth above. Barron & Newburger, P.C. shall be responsible

for notice.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731