UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re:<br><br>**WESTMOUNT GROUP, INC.**<br><br>Debtor. | §§§§§§§ | Case No. 21-30633<br><br>Chapter 11 |

### NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Motion to Dismiss Chapter 11 Case as Bad Faith Filing and Application to Employ Barron & Newburger, P.C. has been continued to **October 26, 2021 at 12:30 PM MST via WebEx https://us-courts.webex.com/meet/Motts or Phone: (650) 479−3207; Code: 160 357 6609#.**

Dated: October 5, 2021

Respectfully submitted,

BARRON & NEWBURGER, P.C.

*/s/ Stephen W. Sather*
Stephen W. Sather (SBN 17657520)
7320 N. Mopac Expy., Ste 400
Austin, Texas 78731
Tel (512) 476-9103
Fax (512) 279-0310
ssather@bn-lawyers.com

*ATTORNEYS FOR DEBTOR*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Notice* has been forwarded by United States Mail, First Class, postage prepaid to the parties on the attached matrix and/or by the Court's ECF noticing system, on October 6, 2021.

*/s/Stephen W. Sather*
Stephen W. Sather