```
Label Matrix for local noticing          Westmount Group, Inc.              U.S. BANKRUPTCY COURT
0542-3                                   810 N. Kansas Street               511 E. San Antonio Ave., Rm. 444
Case 21-30633-hcm                        El Paso, TX 79902-5207             EL PASO, TX 79901-2417
Western District of Texas
El Paso
Fri Sep 17 15:25:08 CDT 2021

Albert Flores                            Albert Flores                      City of El Paso
c/o E.P. Bud Kirk                        c/o E.P. Bud Kirk                  c/o Don Stecker
600 Sunland Park Dr., Ste. 4-400         600 Sunland Park Drive             112 E. Pecan St. Suite 2200
El Paso, TX 79912-5134                   Bldg 4, Suite 400                  San Antonio, TX 78205-1588
                                         El Paso, TX 79912-5115

Fidelity National Title Insurance Co     Keyvan Parsa                       Manny Jemente
c/o Shakira Kelley                       7604 Plaza Redonda                 Acala Investments
6900 Dallas Parkway, Ste 610             El Paso TX 79912-8402              6044 Gateway Blvd East
Plano, TX 75024-7164                                                        El Paso TX 79905-2023


Shabnam Izadpanahi                       Ulrick Moise                       United States Trustee - EP12
36 Micmac Crescent                       Palacio de Paquim,                 U.S. Trustee's Office
North York, ON M2H2K2                    C. Durango 2047                    615 E. Houston, Suite 533
                                         32575 Cd Juarez,                   P.O. Box 1539
                                         Chih. Mexico                      San Antonio, TX 78295-1539


Wells Fargo Business                     WestStar Title, LLC                Weststar Title, LLC
PO Box 6995                              c/o Kemp Smith LLP                 c/o James W. Brewer
Portland OR 97228-6995                   Attn:  James W. Brewer             221 N. Kansas, Ste 1700
                                         221 N. Kansas, Ste. 1700           El Paso, TX 79901-1401
                                         El Paso, Texas 79901-1401


Brad W. Odell                            Stephen W. Sather                  End of Label Matrix
Mullin Hoard & Brown, LLP                Barron & Newburger, P.C.           Mailable recipients    16
1500 Broadway, Suite 700                 7320 N MoPac Expy                  Bypassed recipients     0
Lubbock, TX 79401-3169                   Suite 400                          Total                  16
                                         Austin, TX 78731-2347
```