# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | **Case No. 21-30633-hcm** | |
| **WESTMOUNT GROUP, INC.** § | | |
| § | **Chapter 11** | |
| **Debtor.** § | | |

## DEBTOR'S STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Westmount Group, Inc. (the "***Debtor***") hereby files this Status Report.

1. To date the following activities have occurred in the case:

    a. The Debtor has filed its Schedules and Statement of Financial Affairs.

    b. The first meeting of creditors has occurred.

2. As of the present date there are no proofs of claim on file.

3. The following motions are pending:

    a. Motion to Dismiss Case as a Bad Faith Filing

    b. Application to Employ Barron & Newburger, P.C.

4. Weststar Title has noticed a Rule 2004 examination for November 5, 2021.

5. The Debtor is presently engaged in the following tasks:

    a. Providing information requested at the 341 meeting;

    b. Amending Schedule G to list executory contracts; and

    c. Amending the Statement of Financial Affairs to correctly list eight loan transactions.

Page **1** of **2**

6. Debtor is exploring sources of funding for a plan. It is anticipated that the plan will be non-consensual and will be administered by Mr. Odell.

Dated: October 6, 2021

Respectfully submitted,

BARRON & NEWBURGER, P.C.

*/s/ Stephen W. Sather*
Stephen W. Sather (SBN 17657520)
7320 N. Mopac Expy., Ste 400
Austin, Texas 78731
Tel (512) 476-9103
Fax (512) 279-0310
ssather@bn-lawyers.com
***ATTORNEYS FOR DEBTOR***

## CERTIFICATE OF SERVICE

By my signature below, I certify that on October 6, 2021, a true and correct copy of the foregoing document was served by United States Mail, first class, postage prepaid to the parties-in-interest listed on the attached matrix, or electronically by the Court's ECF noticing system on those parties-in-interest registered to receive such service.

*/s/ Stephen W. Sather*
Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30633-hcm<br>Western District of Texas<br>El Paso<br>Fri Sep 17 15:25:08 CDT 2021 | Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912-5134 | Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg 4, Suite 400<br>El Paso, TX 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Fidelity National Title Insurance Co<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste 610<br>Plano, TX 75024-7164 | Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso TX 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd East<br>El Paso TX 79905-2023 |
| Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H2K2 | Ulrick Moise<br>Palacio de Paquim,<br>C. Durango 2047<br>32575 Cd Juarez,<br>Chih. Mexico | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Wells Fargo Business<br>PO Box 6995<br>Portland OR 97228-6995 | WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, Texas 79901-1401 | Weststar Title, LLC<br>c/o James W. Brewer<br>221 N. Kansas, Ste 1700<br>El Paso, TX 79901-1401 |
| Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3169 | Stephen W. Sather<br>Barron & Newburger, P.C.<br>7320 N MoPac Expy<br>Suite 400<br>Austin, TX 78731-2347 | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    0<br>Total                 16 |