# EXHIBIT "1"

Filed 4/26/2021 3:23 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV2997

CAUSE NO. 2020DCV2997

| | | |
|---|---|---|
| ALBERT FLORES | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| and | § | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY | § | |
| Intervenor-Plaintiff, | § | |
| v. | § | EL PASO COUNTY, TEXAS |
| KEYVAN PARSA, M.D, AND MONTOYA PARK PLACE, INC., | § | |
| Defendants. | § | |
| and | § | |
| KEYVAN PARSA, M.D., MONTOYA PARK PLACE, INC., ALBERT FLORES, and DEBORAH JORDAN, | § | |
| Intervenor-Defendants. | § | 327TH JUDICIAL DISTRICT |

## JOINT ORDER TO COMPEL INTERPLEADER AND HOLD FUNDS INTO REGISTRY OF COURT

On this day came to be heard the Joint Motion to Compel Interpleader and Hold Funds into Registry of Court of Intervenor-Plaintiffs, Fidelity National Title Insurance Company and WestStar Title, LLC. The Court having considered the Joint Motion, finds as follows:

IT IS ORDERED that Defendants, Keyvan Parsa, M.D. and Montoya Park Place, Inc., shall within ten (10) days from the day of this order, interplead into the El Paso Country Clerk

*Agreed Order to Interplead Funds*
R002498

Page 1 of 3

Registry the two (2) separate Treasury Money Market Funds with Wells Fargo Bank, N.A., in amounts of at least $338,000.00 and $700,000.00, respectively (the "Deposited Funds").

IT IS FURTHER ORDERED that all monies deposited by Defendants, Keyvan Parsa, M.D. and Montoya Park Place, Inc. into the Court's Registry and shall remain in the Court's Registry, and the Court shall not release the monies until a resolution is reached between the parties or thirty (30) days after a final, non-appealable Order has been entered in this suit.

IT IS FURTHER ORDERED that this Order is without prejudice to Plaintiff, Albert Flores, Intervenor-Plaintiff Fidelity National Title Insurance Company, Intervenor-Plaintiff WestStar Title, LLC and Defendants, Defendants, Keyvan Parsa, M.D. and Montoya Park Place, Inc., and Intervenor-Defendants, Keyvan Parsa, M.D. and Montoya Park Place, Inc. Albert Flores, and Deborah Jordan (collectively hereinafter referred to as the "Parties"), in recovering any and all funds deposited into the Court's Registry and any judgment against the Parties, claims and causes of action asserted or which could be asserted by the Parties in this suit.

IT IS FURTHER ORDERED that the Parties do not waive or release and are not estopped or otherwise prevented from recovering their claims and causes of action asserted or which could be asserted in this suit from all or any part of the funds held in the Court's Registry and any judgment.

SIGNED this 26 day of April, 2021.

_____
**PRESIDING JUDGE**

SUBMITTED BY AND AGREED AS TO FORM AND SUBSTANCE:

*/s// Michael J. Willey*
**MICHAEL J. WILLEY**
State Bar No. 24115952
willey.michael@fnf.com
**GREGORY T. BREWER**
State Bar No. 00792370
Gregory.brewer@fnf.com
**FIDELITY NATIONAL LAW GROUP**
41785 Preston Road, Suite 1150
Dallas, Texas 75254-8046
Tel.: 972-812-6478
Fax.: 972-812-9408
***ATTORNEYS FOR INTERVENOR-PLAITNIFF***
*Fidelity National Title Insurance Company*

~And~

*/s// James W. Brewer*
**JAMES W. BREWER**
State Bar No. 02965200
James.brewer@kempsmith.com
**KEMP SMITH, LLP**
221 North Kansas, Suite 1700
El Paso, Texas 79901-1401
Tel.: 915-553-4424
Fax.: 915-546-5360
***ATTORNEYS FOR INTERVENOR-PLAITNIFF***
*WestStar Title, LLC*