# EXHIBIT "9"

El Paso County - 327th District Court

Filed 1/4/2021 3:17 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV2997

IN THE 327TH JUDICIAL DISTRICT COURT
OF EL PASO COUNTY, TEXAS

| | |
|---|---|
| ALBERT FLORES, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CAUSE NO. 2020DCV2997 |
| § | |
| KEYVAN PARSA, M.D. and § | |
| MONTOYA PARK PLACE, INC. § | |
| § | |
| Defendants. § | |

## ORDER FOR SUBSTITUTION COUNSEL

BE IT REMEMBERED that on this day came on to be considered Defendant's Motion for Substitution of counsel in the above entitled and number cause; and the court after considering said Motion is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED that the Motion to Substitute Counsel, filed in the above entitled and number cause, be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that CARLOS MIRANDA be substituted as counsel of record for KEYVAN PARSA, M.D. and MONTOYA PARK PLACE, INC. and JEFF D. RAGO, be relieved of all further responsibility in connection with this case.

SIGNED AND ENTERED this _18_ of _Dec_____, 2020.

_____
JUDGE PRESIDING

APPROVED:

_____
JEFF D. RAGO
State Bar No. 00786182