**EXHIBIT "19"**

## CAUSE NO. 2020DCV2997

| | | |
|---|---|---|
| ALBERT FLORES | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| v. | § | |
| KEYVAN PARSA, M.D. and MONTOYA PARK PLACE, INC. | § | |
| Defendants, | § | |
| FIDELTIY NATIONAL TITLE INSURANCE COMPANY and WESTSTAR TITLE, INC. | § | EL PASO COUNTY, TEXAS |
| Intervenors/Third Party Plaintiffs, | § | |
| v. | § | |
| KEYVAN PARSA, M.D. and MONTOYA PARK PLACE, INC., ALBERT FLORES, and DEBORAH JORDAN | § | |
| Third Party Defendants, | § | 327TH JUDICIAL DISTRICT |
| and | § | |
| WESTMOUNT GROUP, INC. | § | |
| Intervenor-Third Party Defendant | § | |

## PLEA IN INTERVENTION OF WESTMOUNT GROUP, LLC

COMES NOW Westmount Group, Inc. Intervenor-Third Party Defendant, and files this Plea in Intervention and would shows as follows:

1. Intervenor Westmount Group, Inc. is a Texas corporation with its principal place of business in El Paso County, Texas.

2. Westmount Group, Inc. has a justiciable interest in this suit because it is the owner of funds which have been ordered to be tendered into the registry of the court.

3. Westmount Group, Inc. was incorporated on December 7, 2012. It has multiple shareholders. It is in the business of owning real estate and engaging in lending.

4. On July 17, 2020, Westmount Group, Inc. received two deposits of funds which it used to open brokerage accounts with Wells Fargo Bank in the amounts of approximately $700,000 and $338,000 as shown by Exhibit A.

5. On August 7, 2020, Westmount Group, Inc. signed a line of credit with Wells Fargo Bank, a true and correct copy of which is attached as Exhibit B.

6. On September 16, 2020, Plaintiff Albert Flores filed this action.

7. At a later date, Fidelity National Title Insurance Company and WestStar Title, LLC intervened in this action.

8. On or about April 21, 2021, Fidelity and WestStar filed a Joint Motion to Compel Interpleaders of Funds Into Registry of Court.

9. The Court granted the Motion without a hearing on April 26, 2021.

10. Although the funds sought to be interpleaded were the property of Westmount Group, Inc., Westmount was not made a party to the motion nor was it given notice.

11. Notwithstanding the filing of several motions for reconsideration, the Court has continued to order that the funds belonging to Westmount Group, Inc. be deposited into the registry of the Court.

12. Westmount Group, Inc. denies each and every, all and singular, of the allegations of Fidelity National Title Insurance and WestStar Title, Inc. and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Westmount Group, Inc. prays that it be granted leave to intervene in this action and for such other and further relief, at law and in equity to which it may be entitled.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/ Stephen W. Sather
Barbara M. Barron (SB No1817300)
Stephen Sather (SBN 7657520)
**ATTORNEY FOR INTERVENOR**

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure on the following on this the 16th day of July 2021.

All Counsel of record by electronic filing manager.

/s/Stephen W. Sather
Stephen W. Sather

Institutional Class shares


Asset Management

# 100% Treasury Money Market Fund

All information is as of 12-31-20 unless otherwise indicated. Information is subject to change.

### Key Facts

| | |
|---|---|
| S&P rating | AAAm |
| Moody's Rating | Aaa-mf |
| Share Class | Institutional |
| Investment Minimum | $10 million |
| Ticker | WOTXX |
| CUSIP | 94988A759 |
| Gross Expense Ratio | 0.23% |
| Net Expense Ratio | 0.20% |
| | |
| Total fund assets | $18.9 billion |
| Fund Manager | Laurie R. White, Jeffrey L. Weaver, CFA, Michael C. Bird, CFA |
| Fund Inception Date | 12-03-90 |
| Class Inception Date | 10-31-14 |
| Trading deadline | 1 p.m. Eastern Time |

### Principal Investment Strategies

Seeks current income exempt from most state and local individual income taxes, while preserving capital and liquidity. Invests in high-quality, short-term money market instruments that consist of U.S. Treasury obligations.

### Portfolio Composition

% of portfolio
- Treasury debt: (100)



Total: 100%

### Yields

Current yield as of 12-31-20

| | 7-day SEC yield (%) |
|---|---|
| | 0.01 |

| Month | 30-day current yield (%) |
|---|---|
| December 2019 | 1.46 |
| January 2020 | 1.42 |
| February 2020 | 1.41 |
| March 2020 | 0.91 |
| April 2020 | 0.25 |
| May 2020 | 0.09 |
| June 2020 | 0.05 |
| July 2020 | 0.05 |
| August 2020 | 0.01 |
| September 2020 | 0.01 |
| October 2020 | 0.01 |
| November 2020 | 0.01 |
| December 2020 | 0.01 |

### Portfolio Maturity Schedule (%)



| | WAL | WAM |
|---|---|---|
| 1-7 days | 5 | 21 |
| 8-29 days | 23 | 23 |
| 30-89 days | 42 | 40 |
| 90-179 days | 15 | 13 |
| 180-269 days | 2 | 1 |
| 270+ days | 13 | 2 |

Weighted average maturity: 53 days
Weighted average life: 110 days

Daily liquid assets: 100%
Weekly liquid assets: 100%

Average annual total returns (%) as of 12-31-20

| 1 year | 3 year | 5 year | 10 year | Since Inception |
|---|---|---|---|---|
| 0.36 | 1.35 | 0.98 | 0.49 | 2.30 |

*The Manager has contractually committed through May 31, 2021, to waive fees and/or reimburse expenses to the extent necessary to cap the fund's total annual fund operating expenses after fee waivers at the amounts shown above. Brokerage commissions, stamp duty fees, interest, taxes, acquired fund fees and expenses (if any), and extraordinary expenses are excluded from the expense cap. The Manager may also voluntarily waive or reimburse additional fees and expenses, and such voluntary waivers may be discontinued or modified at any time without notice. Without these reductions, the fund's seven-day current yield would have been -0.09%. Prior to or after the commitment expiration date, the cap may be increased or the commitment to maintain the cap may be terminated only with the approval of the Board of Trustees. The expense ratio paid by an investor is the net expense ratio (the total annual fund operating expenses after fee waivers) as stated in the prospectus.*

*Figures quoted represent past performance, which is no guarantee of future results and do not reflect taxes that a shareholder may pay on an investment in a fund. Investment returns will fluctuate. The fund's yield figures more closely reflect the current earnings of the fund than the total return figures. Current performance may be lower or higher than the performance data quoted and assumes the reinvestment of dividends and capital gains. Current month-end performance is available at the fund's website, wfam.com.*

*Money market funds are sold without a front-end sales charge or contingent deferred sales charge. Other fees and expenses apply to an investment in the fund and are described in the fund's current prospectus.*

(Continued on next page.)

 **Advisors**

Wells Fargo Advisors
MAC H0005-035
One North Jefferson Avenue
St. Louis, MO 63103

January 14, 2021

Westmount Group, Inc.
7604 Plaza Redonda Drive
El Paso, TX 79912-8402

**RE: Verification of Assets for Account**

Dear Westmount Group, Inc.:

This letter confirms that:

(i)  You maintain a brokerage account with Wells Fargo Clearing Services, LLC ("Wells Fargo Advisors"), numbered ▮▮▮▮▮ ("Account"), established on 07/20/2020;

(ii) As of 01/13/2021, the Account maintains a total account value in excess of $700,000.00.

This letter is provided for informational purposes and does not represent future Account value, if your Account will remain with Wells Fargo Advisors in the future, any purposes not mentioned in this letter, or the creditworthiness of the person(s) referenced within. Wells Fargo Advisors will have no liability with any party's reliance on this letter or the information within.

Sincerely,

*Denise Gilles*

Denise Gilles
Securities Operations Services Specialist 3
Client Mailings – Verifications & Inquiries

Investment and Insurance Products are:
• Not Insured by the FDIC or Any Federal Government Agency
• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested



© 2019 Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company

Institutional Class shares

# 100% Treasury Money Market Fund

All information is as of 12-31-20 unless otherwise indicated. Information is subject to change.

### Fund facts

| S&P rating | AAAm |
|---|---|
| Moody's Rating | Aaa-mf |
| Share Class | Institutional |
| Investment Minimum | $10 million |
| Ticker | WOTXX |
| CUSIP | 94988A759 |
| Gross Expense Ratio | 0.23% |
| Net Expense Ratio | 0.20% |
| Total Fund assets | $18.9 billion |
| Fund Manager | Laurie R. White, Jeffrey L Weaver, CFA, Michael C. Bird, CFA |
| Fund Inception Date | 12-03-90 |
| Class Inception Date | 10-31-14 |
| Trading deadline | 1 p.m. Eastern Time |

### Objective

Seeks current income exempt from most state and local individual income taxes, while preserving capital and liquidity. Invests in high-quality, short-term money market instruments that consist of U.S. Treasury obligations.

### Portfolio composition

| | % of portfolio |
|---|---|
| Treasury debt (100) | 100 |

Total: 100%

### Current yield as of 12-31-20

| 7-day SEC yield (%) | |
|---|---|
| | 0.01 |

| Month | 30-day current yield (%) |
|---|---|
| December 2019 | 1.46 |
| January 2020 | 1.42 |
| February 2020 | 1.41 |
| March 2020 | 0.91 |
| April 2020 | 0.25 |
| May 2020 | 0.09 |
| June 2020 | 0.05 |
| July 2020 | 0.05 |
| August 2020 | 0.01 |
| September 2020 | 0.01 |
| October 2020 | 0.01 |
| November 2020 | 0.01 |
| December 2020 | 0.01 |

### Average annual total returns (%) as of 12-31-20

| 1 year | 3 year | 5 year | 10 year | Since Inception |
|---|---|---|---|---|
| 0.36 | 1.35 | 0.98 | 0.49 | 2.30 |

The Manager has contractually committed through May 31, 2021, to waive fees and/or reimburse expenses to the extent necessary to cap the Fund's total annual fund operating expenses after fee waivers at the amounts shown above. Brokerage commissions, stamp duty fees, interest, taxes, acquired fund fees and expenses (if any), and extraordinary expenses are excluded from the expense cap. The Manager may also voluntarily waive or reimburse additional fees and expenses. Without these reductions, the fund's seven-day current yield would have been -0.09%. Prior to or after the commitment expiration date, the cap may be increased or the commitment to maintain the cap may be terminated only with the approval of the Board of Trustees. The expense ratio paid by an investor is the net expense ratio (the total annual fund operating expenses after fee waivers) as stated in the prospectus.

Figures quoted represent past performance, which is no guarantee of future results and do not reflect taxes and do not reflect that a shareholder may pay on an investment in a fund. Investment returns will fluctuate. The fund's yield figures more closely reflect the current earnings of the fund than the total return figures. Current performance may be lower or higher than the performance data quoted and assumes the reinvestment of dividends and capital gains. Current month-end performance is available at the fund's website, wfam.com.

Money market funds are sold without a front-end sales charge or contingent deferred sales charge. Other fees and expenses apply to an investment in the fund and are described in the Fund's current prospectus.

(Continued on next page.)

### Portfolio maturity schedule

Maturity (days) — WAL / WAM:

| Range | WAL | WAM |
|---|---|---|
| 1-7 days | 5 | 21 |
| 8-29 days | 23 | 23 |
| 30-89 days | 42 | 40 |
| 90-179 days | 15 | 13 |
| 180-269 days | 2 | 1 |
| 270+ days | 2 | |

### Fund profile

Weighted average maturity: 53 days
Weighted average life: 110 days
Daily liquid assets: 100%
Weekly liquid assets: 100%

WELLS FARGO
Asset Management

 **Advisors**

Wells Fargo Advisors
MAC H0005-035
One North Jefferson Avenue
St. Louis, MO 63103

January 14, 2021

Westmount Group, Inc.
7604 Plaza Redonda Drive
El Paso, TX 79912-8402

**RE: Verification of Assets for Account** ▇▇▇▇▇

Dear Westmount Group, Inc.:

This letter confirms that:

(i) You maintain a brokerage account with Wells Fargo Clearing Services, LLC ("Wells Fargo Advisors"), numbered ▇▇▇▇▇ ("Account"), established on 07/20/2020;

(ii) As of 01/13/2021, the Account maintains a total account value in excess of $338,000.00.

This letter is provided for informational purposes and does not represent future Account value, if your Account will remain with Wells Fargo Advisors in the future, any purposes not mentioned in this letter, or the creditworthiness of the person(s) referenced within. Wells Fargo Advisors will have no liability with any party's reliance on this letter or the information within.

Sincerely,

*Denise Gilles*

Denise Gilles
Securities Operations Services Specialist 3
Client Mailings – Verifications & Inquiries

Investment and Insurance Products are:
• Not Insured by the FDIC or Any Federal Government Agency
• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested



© 2019 Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company

# Signature Page

WESTMOUNT GROUP, LLC
PRIORITY CREDIT LINE
7604 PLAZA REDONDA DR
EL PASO TX 79912-8402

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 20 | TK | TK2Y | xxxx -0087 |

| Account Type |
|---|
| C-Corporation-privately owned |

BY SIGNING THIS PAGE, I/WE ("I") ACKNOWLEDGE THAT I HAVE RECEIVED AND REVIEWED A COPY OF MY/OUR INVESTMENT PROFILE(S) INCLUDED IN THIS PACKAGE AND I HAVE READ AND AGREE TO BE BOUND BY THE AGREEMENTS AND/OR DOCUMENTS LISTED BELOW AND ANY OTHER AGREEMENTS AND DOCUMENTS THAT ARE INCORPORATED BY REFERENCE INTO SUCH AGREEMENTS AND/OR DOCUMENTS.

020 - New Account Application, WBS - 1001
024 - Supplemental Account Owner Documentation *
131 - Trusted Contact Authorization, WFA - ICED

I UNDERSTAND AND ACKNOWLEDGE THAT INVESTMENTS AND INSURANCE PRODUCTS IN MY BROKERAGE ACCOUNT:
• ARE **NOT** INSURED BY THE FDIC OR ANY FEDERAL GOVERNMENT AGENCY
• ARE **NOT** A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, THE BANK OR BY ANY BANK AFFILIATE
• ARE SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED

I agree to promptly review and immediately advise Wells Fargo Advisors if any of the Owners and/or Account Profile information is not accurate or becomes inaccurate. I understand that Wells Fargo Advisors will rely on this information and that it is my responsibility to provide accurate and timely updates. My failure to do so may affect recommendations that are given to me related to my Priority Credit Line Account. If I decide to close or make changes to my Priority Credit Line Account, I will provide notification to Wells Fargo Advisors.

BY SIGNING THIS SIGNATURE PAGE, I/WE AUTHORIZE, ACKNOWLEDGE, AND AGREE TO THE TERMS AND CONDITIONS OF THE PRIORITY CREDIT LINE AGREEMENT AND TO THE FOLLOWING:

• **Stock Lending:** My securities may be loaned to Wells Fargo Clearing Services, LLC or to others.
• **Communications Consent:** My Financial Advisor may contact me/us as described in the Communications, Recording and Monitoring, Statements and Confirmations section of the Priority Credit Line Agreement.
• **PCL Account Holders:** In connection with my Priority Credit Line Account, Wells Fargo Bank, N.A. may establish a Bank Account in my/our name(s) and provide the banking-related services as set forth in the Priority Credit Line Account Agreement and may make any inquiry considered appropriate, including credit or other reports, to determine if the Bank Account should be opened. I/We also agree to the terms of the dispute resolution program described in the Priority Credit Line Account Agreement relating to disputes specifically involving the Bank Account.

**W-9:** (Not Applicable to W-8 Clients)
Payer's Request for Taxpayer Identification Number

Is this your correct Social Security/Tax ID?
If not, please enter the correct number in the appropriate boxes.

☐ Social Security
☒ Tax ID    xxxx 3727

or Corrected
Social Security/
Tax ID
(Please omit dashes)

Under penalties of perjury, I certify that:
1) The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); and
2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3) I am a U.S. citizen or other U.S. person; and
4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (NOTE: The FATCA code is not applicable for accounts maintained in the United States.)

☐ Check here if you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return.

THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

THIS PRIORITY CREDIT LINE AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE LOCATED ON PAGE 4, PARAGRAPH G. BY EXECUTING THIS DOCUMENT CLIENT IS AGREEING TO BE BOUND BY THE PRE-DISPUTE ARBITRATION CLAUSE. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE PRIORITY CREDIT LINE AGREEMENT.

— MUST SIGN AND DATE —

I agree to the terms and conditions of this agreement and attest that the certification made of the W-9 above is true. (Not Applicable to W-8 Clients)

| Signature of KEYVAN PARSA X [signed] | (Primary Owner) Use BLACK ink only. | Title if Applicable Pres, Lt | Date (Required) 08-07-20 |
|---|---|---|---|

I agree to the terms and conditions of this agreement.

| Signature of X | | Title if Applicable | Date (Required) |
|---|---|---|---|
| Signature of X | | Title if Applicable | Date (Required) |
| Signature of X | | Title if Applicable | Date (Required) |
| Signature of X | | Title if Applicable | Date (Required) |

* Total Supplemental Form(s) - 1, 1086

**Investment and Insurance Products:**

| Not Insured by FDIC or any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or any Bank Affiliate |
|---|---|---|

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

591213 (Rev 11 - 11/20)

75530087        WFGESGN        0080811608001

# EXHIBIT A