# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on  **10/26/21  at  12:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 32 Amended Motion to Dismiss Case filed by E. P. Bud Kirk for Creditor Albert Flores (Kirk, E. P.) (Related Document(s): 17 Motion to Dismiss Case (21 Day Objection Language) filed by E. P. Bud Kirk for Creditor Albert Flores (Kirk, E. P.), 33 Amended First Amended Supplement to Albert Flores' Motion to Dismiss Chapter 11 Case as a Bad Faith Filing filed by E. P. Bud Kirk for Creditor Albert Flores. (Kirk, E. P.) (Related Document(s): 19 Supplement of Albert Flores to His Motion to Dismiss Chapter 11 Case as a Bad−Faith Filing filed by E. P. Bud Kirk for Creditor Albert Flores. (Kirk, E. P.) Hearing Scheduled For 10/26/2021 at 12:30 PM (MT), 01:30 PM (CT) at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda)

Dated:  10/18/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]