# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WESTMOUNT GROUP, INC. | § § § | CASE NO. 21-30633-hcm |
| | § § § § § | CHAPTER 11 |

## WITNESS AND EXHIBIT LIST

| Hearing Information ||
|---|---|
| Judge: | Hon. H. Christopher Mott |
| Hearing Date: | October 26, 2021 |
| Hearing Time: | 12:30 p.m. (MT) |
| Party's Name: | Westmount Group, Inc. |
| Attorney's Name: | Stephen W. Sather |
| Attorney's Phone: | (512) 476-9103 |
| Nature of Proceeding: | Application to Employ Barron & Newburger, P.C. [ECF No. 15] Motion to Dismiss as Bad Faith Filing [ECF No. 17] |
| **Witnesses** ||
| 1. Keyvan Parsa;<br>2. Stephen W. Sather;<br>3. Any witness called or designated by other party; and<br>4. Any witness necessary to rebut the testimony of any witness called or designated by any other party. ||

| Exhibits ||||||
|---|---|---|---|---|---|
| *Ex.* | *Description* | *Offered* | *Objection* | *Admitted* | *Disposition* |
| 1 | Third Amended Original Petition of Albert Flores without exhibits | | | | |
| 2 | Plea in Intervention of Westmount Group, Inc. | | | | |
| 3 | Motion to Vacate | | | | |

1

| Ex. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 4 | Schedules | | | | |
| 5 | Statement of Financial Affairs | | | | |
| 6 | Amended Schedules and Statement of Financial Affairs | | | | |
| 7 | Email from Stephen W. Sather to Bud Kirk dated September 21, 2021 | | | | |
| 8 | Promissory Note from Debtor to Montoya Park Place, Inc. | | | | |
| 9 | Verification of Funds for Account 7852 | | | | |
| 10 | Verification of Funds for Account 7582 | | | | |
| 11 | 538 East Road Closing Documents | | | | |
| 12 | 3320 Montana Closing Documents | | | | |
| 13 | 4325 Leeds Closing Documents | | | | |
| 14 | 4500 Frankfort Closing Documents | | | | |
| 15 | 4537 Skylark Closing Documents | | | | |
| 16 | 9532 Charleston Closing Documents | | | | |
| 17 | Loan to 71 Camille, Inc. | | | | |
| 18 | Consulting Agreement Techrover, Inc. | | | | |
| 19 | Consulting Agreement Westmount Assets, Inc. | | | | |
| 20 | Final statement on Wells Fargo line of credit | | | | |
| 21 | Techrover Bank Statement dated 7-8-2021 | | | | |

| *Ex.* | *Description* | *Offered* | *Objection* | *Admitted* | *Disposition* |
|---|---|---|---|---|---|
| 22 | Westmount Group, Inc. bank statement dated 7-31-2021 | | | | |
| 23 | Westmount Group, Inc. bank Statement dated 8-31-2021 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Debtor reserves the right to supplement, amend, or delete any witness and exhibit prior to the hearing. Debtor also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Finally, Debtor reserves the right to introduce exhibits previously admitted.

Dated: October 20, 2021

Respectfully submitted,

BARRON & NEWBURGER, P.C.

*/s/ Stephen W. Sather*
Stephen W. Sather (SBN 17657520)
7320 N. MoPac Expy, Suite 400
Austin, TX 78731
Telephone: (512) 476-9103
Facsimile: (512) 279-0310
Email: ssather@bn-lawyers.com
*Attorneys for the Debtor-in-Possession*

3