<table>
| Fill in this information to identify the case: | |
| --- | --- |
| Debtor Name | Westmount Group, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number: | 21-30633 |
</table>

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __September 2021__

Date report filed: __10/23/2021__
MM / DD / YYYY

Line of business: __Lending__

NAISC code: __5223__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Keyvan Parsa__

Original signature of responsible party: *keyvanparsa*

Printed name of responsible party: __Keyvan Parsa__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
| --- | --- | --- | --- | --- |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Westmount Group, Inc. | Case number | 21-30633 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 3,950.99

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 4,469.79

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 990.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 3,479.79

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 7,430.78

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

*(Exhibit E)*

| | |
|---|---|
| Debtor Name  Westmount Group, Inc. | Case number  21-30633 |

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                         _____ 0

27. What is the number of employees as of the date of this monthly report?            _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____ 0.00

30. How much have you paid this month in other professional fees?                                               $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                             $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                              $ _____ 2,155.01

36. Total projected cash disbursements for the next month:                       − $ _____ 0.00

37. Total projected net cash flow for the next month:                            = $ _____ 9,585.79

Debtor Name  Westmount Group, Inc.

Case number  21-30633

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Westmount Group, Inc. Transactions
Aug. 23-Sept. 30, 2021

Deposits

| | | | |
|---|---|---|---:|
| 8/26/2021 | 4325 Leeds | $ | 209.84 |
| 8/26/2021 | 3320 Montana | $ | 209.84 |
| 8/26/2021 | 4500 Frankfort | $ | 299.78 |
| 8/31/2021 | Transfer from 7582 | $ | 67.38 |
| 9/7/2021 | Transfer from 7582 | $ | 37.94 |
| 9/10/2021 | Reverse Cash Deposit Processing | $ | 990.00 |
| 9/10/2021 | Etransfer | $ | 500.00 |
| 9/15/2021 | Texastar Escrow | $ | 996.80 |
| 9/23/2021 | 4325 Leeds | $ | 209.84 |
| 9/23/2021 | 3320 Montana | $ | 209.84 |
| 9/23/2021 | 4500 Frankfort | $ | 299.78 |
| 9/24/2021 | Texastar Escrow | $ | 438.75 |

Total                                        $ 4,469.79

Withdrawals

| | | | |
|---|---|---|---:|
| 8/31/2021 | Cash deposit processing fee | $ | 990.00 |

Total                                        $   990.00

# Initiate Business Checking<sup>SM</sup>

August 31, 2021 ■ Page 1 of 4

**WELLS FARGO**

WESTMOUNT GROUP, LLC
PO BOX 13607
EL PASO TX 79913-3607

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (433)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $96,958.21 |
| Deposits/Credits | 1,008,344.75 |
| Withdrawals/Debits | - 1,004,596.92 |
| **Ending balance on 8/31** | **$3,747.83** |

Account number: ████2218

**WESTMOUNT GROUP, LLC**

*El Paso account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  112000066

For Wire Transfers use
Routing Number (RTN):  121000248

August 31, 2021 ■ Page 2 of 4



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/11 | | Texstar Escrow L ACH Paymen 379 Westmount Group, Inc | 439.87 | | |
| 8/11 | | Bill Pay Robert Moutz on-Line No Account Number on 08-11 | | 1,388.92 | 96,009.16 |
| 8/20 | | Transfer From Brk ****7582 Ref# 373108968 | 1,003,699.15 | | |
| 8/20 | | Wire Trans Svc Charge - Sequence: 210820204575 Srf# 0000729232018967 Trn#210820204575 Rfb# | | 30.00 | |
| 8/20 | | WT Fed#09831 Horizon Bank (TX) /Ftr/Bnf=Barron and Newburger PC Srf# 0000729232018967 Trn#210820204575 Rfb# | | 16,738.00 | 1,082,940.31 |
| 8/23 | | Edeposit IN Branch/Store 08/23/21 10:05:30 Am 665 E Redd Rd El Paso TX | 2,408.21 | | |
| 8/23 | | Withdrawal Made In A Branch/Store | | 985,000.00 | |
| 8/23 | | Withdrawal Made In A Branch/Store | | 450.00 | |
| | | Texstar Escrow L ACH Paymen 379 Westmount Group, Inc | 1,010.68 | | 3,950.99 |
| 8/26 | | Recurring Transfer From Westmount Assets, Inc Ref #Op0C8Fmk8G Business Checking 4325 Leeds | 209.84 | | |
| 8/26 | | Recurring Transfer From Westmount Assets, Inc Ref #Op0C8Fmkxf Business Checking 3320 Montana | 209.84 | | |
| 8/26 | | Recurring Transfer From Westmount Assets, Inc Ref #Op0C8Fmlkh Business Checking 4500 Frankfort | 299.78 | | |
| 8/26 | | Transfer From Brk ****7582 Ref# 373705132 | 67.38 | | 4,737.83 |
| 8/31 | | Cash Deposit Processing Fee | | 990.00 | 3,747.83 |
| **Ending balance on 8/31** | | | | | **3,747.83** |
| **Totals** | | | **$1,008,344.75** | **$1,004,596.92** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2021 - 08/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $38,431.52 ☑ |
| · Minimum daily balance | $500.00 | $2,940.31 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 335,000 | 5,000 | 330,000 | 0.0030 | 990.00 |
| Transactions | 4 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$990.00** |



**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

# IMPORTANT ACCOUNT INFORMATION



We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.

- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.

- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

August 31, 2021  ■  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |      |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

September 30, 2021  ■  Page 1 of 4



WESTMOUNT GROUP, INC.
PO BOX 13607
EL PASO TX 79913-3607

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (433)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

#  IMPORTANT ACCOUNT INFORMATION

---

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online<sup>®</sup> for quicker access to your account information.

---

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

September 30, 2021  ■  Page 2 of 4



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $3,747.83 |
| Deposits/Credits | 1,027.94 |
| Withdrawals/Debits | - 4,775.77 |
| **Closing balance on 9/10** | **$0.00** |

Account number:  ████ 2218

**WESTMOUNT GROUP, INC.**

*El Paso account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  112000066

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/7 | | Transfer From Brk ****7582 Ref# 374800362 | 37.94 | | 3,785.77 |
| 9/8 | | Cash Deposit Processing Fee Reversal | 990.00 | | 4,775.77 |
| 9/10 | | Account Close Cashier's Check | | 4,775.77 | 0.00 |
| **Ending balance on 9/30** | | | | | **0.00** |
| **Totals** | | | **$1,027.94** | **$4,775.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

#  IMPORTANT ACCOUNT INFORMATION

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**         (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll



or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

_____

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

September 30, 2021  ■  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                   $ _____
register or transfers into                            $ _____
your account which are not                            $ _____
shown on your statement.                           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Initiate Business Checking<sup>SM</sup>

September 30, 2021  ■  Page 1 of 4



WESTMOUNT GROUP, INC.
DEBTOR IN POSSESSION
CH 11 CASE #21-30633(WTX)
810 N KANSAS ST
EL PASO TX 79902-5207

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (433)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☑
Online Statements ☑
Business Bill Pay ☐
Business Spending Report ☑
Overdraft Protection ☐



# ✔ IMPORTANT ACCOUNT INFORMATION

———————————

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

———————————

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

September 30, 2021  ■ Page 2 of 4



---

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/10 | $0.00 |
| Deposits/Credits | 2,655.01 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 9/30** | **$2,655.01** |

Account number: ████ 1557

**WESTMOUNT GROUP, INC.**
**DEBTOR IN POSSESSION**
**CH 11 CASE #21-30633(WTX)**

*El Paso account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  112000066

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/10 | | Etransfer IN Branch/Store - From Checking 665 E Redd Rd El Paso TX 4997 | 500.00 | | 500.00 |
| 9/15 | | Textstar Escrow L ACH Paymen 379 Westmount Group, Inc | 996.80 | | 1,496.80 |
| 9/23 | | Online Transfer From Westmount Assets, Inc Ref #Ib0Cgn76Vb Business Checking Leeds Payment | 209.84 | | |
| 9/23 | | Online Transfer From Westmount Assets, Inc Ref #Ib0Cgn77Nt Business Checking Montana Ave | 209.84 | | |
| 9/23 | | Online Transfer From Westmount Assets, Inc Ref #Ib0Cgn7889 Business Checking Frankfort Ave | 299.78 | | 2,216.26 |
| 9/24 | | Textstar Escrow L ACH Paymen 379 Westmount Group, Inc | 438.75 | | 2,655.01 |
| **Ending balance on 9/30** | | | | | **2,655.01** |
| **Totals** | | | **$2,655.01** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/10/2021 - 09/30/2021 | | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $1,680.00 ☑ |
| · Minimum daily balance | $500.00 | $500.00 ☑ |

C1/C1

September 30, 2021 ■ Page 3 of 4



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

---

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

September 30, 2021  ■  Page 4 of 4



---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801