**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **In re:** § § | | |
| **WESTMOUNT GROUP, INC.** § § | **Case No. 21-30633** | |
| **Debtor.** § § § | **Chapter 11** | |

**ORDER GRANTING**
**OBJECTION TO PROOF OF CLAIM NO. 2-1 FILED BY ALBERT FLORES**
**WITH NOTICE THEREOF**

CAME ON TO BE CONSIDERED Debtor's Objection to Proof of Claim No. 2-1 filed by Albert Flores. The Court finds that such Objection should be GRANTED.

IT IS THEREFORE ORDERED that Claim No. 2-1 filed by Albert Flores is hereby DENIED.

IT IS FURTHER ORDERED that a copy of this order will be served by the Clerk's office upon claimant at:

Albert Flores
c/o Bud Kirk
600 Sunland Park Dr., Suite 4-400
El Paso, TX 79912

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731