# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **WESTMOUNT GROUP, INC.** § § | | **Case No. 21-30633** |
| **Debtor.** § § § | | **Chapter 11** |

## AMENDED CERTIFICATE OF SERVICE

By my signature below, I certify that on October 25, 2021, a true and correct copy of the Objection to Proof of Claim 2-1 Filed by Albert Flores was served by United States Mail, first class, postage prepaid to the parties-in-interest listed on the attached matrix, or electronically by the Court's ECF noticing system on those parties-in-interest registered to receive such service.

*/s/ Stephen W. Sather*
Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30633-hcm<br>Western District of Texas<br>El Paso<br>Fri Sep 17 15:25:08 CDT 2021 | Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912-5134 | Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg 4, Suite 400<br>El Paso, TX 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Fidelity National Title Insurance Co<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste 610<br>Plano, TX 75024-7164 | Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso TX 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd East<br>El Paso TX 79905-2023 |
| Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H2K2 | Ulrick Moise<br>Palacio de Paquim,<br>C. Durango 2047<br>32575 Cd Juarez,<br>Chih. Mexico | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Wells Fargo Business<br>PO Box 6995<br>Portland OR 97228-6995 | WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn:  James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, Texas 79901-1401 | Weststar Title, LLC<br>c/o James W. Brewer<br>221 N. Kansas, Ste 1700<br>El Paso, TX 79901-1401 |
| Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3169 | Stephen W. Sather<br>Barron & Newburger, P.C.<br>7320 N MoPac Expy<br>Suite 400<br>Austin, TX 78731-2347 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                 16 |