**TRIAL/HEARING ON:**

**1-1)** **15** Application to Employ Barron & Newburger, P.C. as Bankruptcy Counsel filed by Stephen W. Sather for Debtor Westmount Group, Inc.

**1-3)** **32** Amended Motion to Dismiss Case filed by E. P. Bud Kirk for Creditor Albert Flores (Related Document(s): 17 Motion to Dismiss Case filed by E. P. Bud Kirk for Creditor Albert Flores

**1-4)** **33** Amended First Amended Supplement to Albert Flores' Motion to Dismiss Chapter 11 Case as a Bad Faith Filing filed by E. P. Bud Kirk for Creditor Albert Flores. (Related Document(s): 19 Supplement of Albert Flores to His Motion to Dismiss Chapter 11 Case as a Bad-Faith Filing filed by E. P. Bud Kirk for Creditor Albert Flores. (Related Document(s): 17 Motion to Dismiss Case filed by E. P. Bud Kirk for Creditor Albert Flores

**EXHIBIT INDEX AND WITNESS LIST**

| DEBTOR'S /Movants ATTORNEY(s): Stephen Sather | Respondent/Movants ATTORNEY(s): Bud Kirk, Jim Brewer and Brad Odell (SubV TR) | Case Number: 21-30633-hcm |
|---|---|---|
| | | Hearing/Trial Date(s): 10/26/2021 |
| **PRESIDING JUDGE** Judge H. Christopher Mott | **COURT REPORTER** Bobby Yarbrough | **COURTROOM DEPUTY** Ronda Farrar |

| PLA/Mov NO. | DEF/Resp NO. | DATE OFFERRED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
| DB-1 | | 10/26/2021 | | 10/26/2021 | **Third Amended Original Petition of Albert Flores without exhibits** |
| DB-2 | | 10/26/2021 | | 10/26/2021 | **Plea in Intervention of Westmount Group, Inc.** |
| DB-3 | | 10/26/2021 | | 10/26/2021 | **Motion to Vacate** |
| DB-4 | | 10/26/2021 | | 10/26/2021 | **Schedules** |
| DB-5 | | 10/26/2021 | | 10/26/2021 | **Statement of Financial Affairs** |
| DB-6 | | 10/26/2021 | | 10/26/2021 | **Amended Schedules and Statement of Financial Affairs** |

| | | | | | |
|---|---|---|---|---|---|
| DB-7 | | 10/26/2021 | | 10/26/2021 | Email from Stephen W. Sather to Bud Kirk dated September 21, 2021 |
| DB-8 | | 10/26/2021 | | 10/26/2021 | Promissory Note from Debtor to Montoya Park Place, Inc. |
| DB-9 | | 10/26/2021 | | 10/26/2021 | Verification of Funds for Account 7852 |
| DB-10 | | 10/26/2021 | | 10/26/2021 | Verification of Funds for Account 7582 |
| DB-11 | | 10/26/2021 | | 10/26/2021 | 538 East Road Closing Documents |
| DB-12 | | 10/26/2021 | | 10/26/2021 | 3320 Montana Closing Documents |
| DB-13 | | 10/26/2021 | | 10/26/2021 | 4325 Leeds Closing Documents |
| DB-14 | | 10/26/2021 | | 10/26/2021 | 4500 Frankfort Closing Documents |
| DB-15 | | 10/26/2021 | | 10/26/2021 | 4537 Skylark Closing Documents |
| DB-16 | | 10/26/2021 | | 10/26/2021 | 9532 Charleston Closing Documents |
| DB-17 | | 10/26/2021 | | 10/26/2021 | Loan to 71 Camille, Inc. |
| DB-18 | | 10/26/2021 | | 10/26/2021 | Consulting Agreement Techrover, Inc. |
| DB-19 | | 10/26/2021 | | 10/26/2021 | Consulting Agreement Westmount Assets, Inc. |
| DB-20 | | 10/26/2021 | | 10/26/2021 | Final statement on Wells Fargo line of credit |
| DB-21 | | 10/26/2021 | | 10/26/2021 | Techrover Bank Statement dated 7-8-2021 |
| DB-22 | | 10/26/2021 | | 10/26/2021 | Westmount Group, Inc. bank statement dated 7-31-2021 |
| DB-23 | | 10/26/2021 | | 10/26/2021 | Westmount Group, Inc. bank Statement dated 8-31-2021 |
| | | | | | |
| | | | | | **Exhibits on the Amended Motion to Dismiss** |
| | AF-1 | 10/26/2021 | | 10/26/2021 | Exhibit "1" Joint Order to Compel Interpleader and Hold Funds into Registry of Court. |
| | AF-2 | 10/26/2021 | | 10/26/2021 | Exhibit "2" Third Amended Petition (Suit for Rescission of Contract, For Fraud in a Stock Transaction, for Unjust Enrichment, for Common Law Fraud, for Injunction Relief, and to Appoint a Receiver) with Exhibits A-M<br>Exhibit "A" Texas Secretary of State Certificate of Incorporation.<br>Exhibit "B" Warranty Deed. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Exhibit "C" Trustee's Deed.<br>Exhibit "D" Agreement of Subordination and Opportunity to Cure.<br>Exhibit "E" Cashier's check for $280,000.00.<br>Exhibit "F" Stock Purchase Agreement.<br>Exhibit "G" Document stating that FLORES was not entitled personally to "any portion of the disputed amount of $700,000, due to [sic] the sale of real estate known as TRACT 3, Johannsen Subdivision "5980 Johannsen Road" claimed by Right Immix Capital.<br>Exhibit "H" RIGHT IMMIX CAPITAL, LLC demand, dated July 17, 2020.<br>Exhibit "I" RIGHT IMMIX CAPITAL, LLC demand, dated July 24, 2020.<br>Exhibit "J" Demand for the money to pay RIGHT IMMIX CAPITAL, LLC from WESTSTAR TITLE, dated July 23, 2020.<br>Exhibit "K" Demand for the money to pay RIGHT IMMIX CAPITAL, LLC from FIDELITY NATIONAL TITLE INSURANCE, dated August 20, 2020.<br>Exhibit "L" Title Policy.<br>Exhibit "M" Affidavit of ALBERT FLORES. |
| | AF-3 | 10/26/2021 | | 10/26/2021 | **Certificate of Formation** |
| | AF-9 | 10/26/2021 | | 10/26/2021 | **Order for Substitution of Counsel** |
| | AF-10 | 10/26/2021 | | 10/26/2021 | **Agreed Temporary Restraining Order** |
| | AF-11 | 10/26/2021 | | 10/26/2021 | **Agreed Temporary Injunction** |
| | AF-12 | 10/26/2021 | | 10/26/2021 | **May 18, 2020 Hearing Transcript** |
| | AF-13 | 10/26/2021 | | 10/26/2021 | **Fidelity National Title Insurance Company's Amended Petition in Intervention without its Exhibits** |
| | AF-14 | 10/26/2021 | | 10/26/2021 | **First Amended Petition in Intervention of Weststar Title, LLC** |
| | AF-15 | 10/26/2021 | | 10/26/2021 | **Letter from Wells Fargo** |
| | AF-16 | 10/26/2021 | | 10/26/2021 | **Letter from Wells Fargo** |
| | AF-17 | 10/26/2021 | | 10/26/2021 | **June 8, 2021 Hearing Transcript** |

| | | | | |
|---|---|---|---|---|
| **AF-18** | **10/26/2021** | | **10/26/2021** | **July 14, 2021 Hearing Transcript** |
| **AF-19** | **10/26/2021** | | **10/26/2021** | **Plea in Intervention of Westmount Group, LLC** |
| **AF-19a** | **10/26/2021** | | **10/26/2021** | **Motion to Vacate Orders** |
| | | | | **Exhibits on First Amended Supplement** |
| **AF-A** | **10/26/2021** | | **10/26/2021** | **Texas Secretary of State Business Organization Inquiry-Westmount Assets, Inc.** |
| **AF-B** | **10/26/2021** | | **10/26/2021** | **Texas Secretary of State Business Organization Inquiry-71 Camille, Inc.** |
| **AF-C** | **10/26/2021** | | **10/26/2021** | **Texas Secretary of State Business Organization lnquiry-538 East, Inc.** |
| **AF-D** | **10/26/2021** | | **10/26/2021** | **Texas Secretary of State Business Organization Inquiry-TRR 4133, Inc.** |
| **AF-F** | **10/26/2021** | | **10/26/2021** | **Texas Franchise Tax Public Information Report** |
| | | | | **Exhibits on Amended Objection to Application to Employ** |
| **AF-A** | **10/26/2021** | | **10/26/2021** | **Plea in Intervention of Westmount Group, Inc.** |
| **AF-B** | **10/26/2021** | | **10/26/2021** | **Money Market Certificate in the amount of $700,000.00** |
| **AF-C** | **10/26/2021** | | **10/26/2021** | **Money Markey Certificate in the amount of $338,000.00** |
| **AF-D** | **10/26/2021** | | **10/26/2021** | **May 18, 2020 Hearing Transcript** |
| **AF-E** | **10/26/2021** | | **10/26/2021** | **June 8, 2021 Hearing Transcript** |
| **AF-H** | **10/26/2021** | | **10/26/2021** | **Motion to Vacate Orders** |
| **AF-I** | **10/26/2021** | | **10/26/2021** | **September 21, 2021 email from Steve Sather** |
| | | | | |
| | | | | ==Witness 1:  Albert Flores== |
| | | | | ==Witness 2:  Keyvan Parsa== |
| | | | | ==Witness 3:  Stephen Wayne Sather== |
| | | | | |