**The relief described hereinbelow is SO ORDERED.**

**Signed October 27, 2021.**

                                                          **H. CHRISTOPHER MOTT**
                                                          **UNITED STATES BANKRUPTCY JUDGE**

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
|     Debtor. | § | (Chapter 11) |

**ORDER CONVERTING CASE TO CHAPTER 7**

On October 26, 2021, the Court conducted a hearing on the First Amended Motion to Dismiss Case ("Motion")(dkt# 32) with First Amended Supplement ("Supplement")(dkt# 33) filed by Albert Flores ("Flores"). Westmount Group, Inc., as debtor and debtor-in-possession ("Debtor") filed a Response (dkt# 23), Westar Title, LLC ("Westar") filed a Response (dkt# 42), and the Subchapter V Trustee ("Sub V Trustee") filed a Response (dkt# 48). Appearing at the hearing were respective counsel for the Debtor, Flores, and Westar; the Sub V Trustee; Mr. Keyvan Parsa for the Debtor; and Mr. Albert Flores.

The Court has considered the Motion, the Supplement, the Responses, the evidence, and the statements and arguments of counsel and the parties. For the reasons set forth by the Court in its oral ruling on the record on October 26, 2021, the Court finds that "cause" exists under 11 U.S.C. §1112(b) and that conversion of the Debtor's Chapter

1

11 case to a Chapter 7 case is in the best interests of creditors and the estate. The Court finds that the following Order should be entered on the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The First Amended Motion to Dismiss Case ("Motion")(dkt# 32) is granted to the extent set forth below.

2. This Chapter 11 case of the Debtor is hereby converted to a case under Chapter 7.

3. Within 14 days after entry of this Order, the Debtor shall file amended schedules indicating any change to the creditors list, schedules, and statement of financial affairs as may be applicable, or amend such items to reflect any changes, including but not limited to the inclusion of any property acquired or disposed of since the entry of the order for relief under Chapter 11, in accordance with Local Bankruptcy Rule 1019. If no amendments are necessary, the Debtor shall file a certificate to that effect within such 14-day period.

4. Within 14 days after entry of this Order, the Debtor shall file a schedule of unpaid debts incurred after commencement of the Chapter 11 case, in accordance with Rule 1019(5) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

5. Within 30 days after entry of this Order, the Debtor shall file and transmit to the U.S. Trustee a final report and account, in accordance with Bankruptcy Rule 1019(5).

###