**The relief described hereinbelow is SO ORDERED.**

**Signed October 27, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 11) |

**ORDER ON APPLICATION FOR AUTHORITY TO EMPLOY
BARRON & NEWBURGER, P.C. AS BANKRUPTCY COUNSEL FOR DEBTOR**

On October 26, 2021, the Court conducted a hearing on the Application for Authority to Employ Barron & Newburger P.C. as Bankruptcy Counsel ("Application") (dkt# 15) filed by Westmount Group, Inc., as debtor and debtor-in-possession ("Debtor"). An Objection and Amended Objection to the Application (dkt# 20, 35) was filed by Albert Flores ("Flores"), and a Response to the Objection (dkt# 26) was filed by the Debtor. Appearing at the hearing were Mr. Stephen Sather of Barron & Newburger P.C. ("B&N"); respective counsel for the Debtor, Flores, and Westar Title, LLC; and the Subchapter V Trustee.

The Court has considered the Application, the Objection and Amended Objection, the Response, the evidence, and the statements and arguments of counsel and the

1

parties. For the reasons set forth by the Court in its oral ruling on the record on October 26, 2021, the Court finds that the following Order should be entered on the Application.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Application for Authority to Employ Barron & Newburger P.C. as Bankruptcy Counsel Effective July 29, 2021 ("Application") (dkt# 15) filed by Westmount Group, Inc., as debtor and debtor-in-possession ("Debtor") is hereby granted to the extent set forth below.

2. The Debtor's retention of Barron & Newburger P.C. ("B&N") as counsel for the Debtor (as debtor-in-possession) from the Chapter 11 petition date of August 23, 2021 to the date of conversion of this Chapter 11 case to Chapter 7, is hereby approved under 11 U.S.C. § 327(a). The compensation and expenses of B&N for such time period will be subject to review by the Court under 11 U.S.C. § 330(a)(3) upon the filing of a fee application by B&N.

# # #