**Objection dismissed without prejudice given conversion of case to Chapter 7.**



**SO ORDERED.**

**SIGNED this 27th day of October, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | |
| **WESTMOUNT GROUP, INC.** | § § | **Case No. 21-30633** |
| **Debtor.** | § § § § | **Chapter 11** |

### ORDER GRANTING
### OBJECTION TO PROOF OF CLAIM NO. 2-1 FILED BY ALBERT FLORES
### WITH NOTICE THEREOF

CAME ON TO BE CONSIDERED Debtor's Objection to Proof of Claim No. 2-1 filed by Albert Flores. The Court finds that such Objection should be GRANTED.

IT IS THEREFORE ORDERED that Claim No. 2-1 filed by Albert Flores is hereby DENIED.

IT IS FURTHER ORDERED that a copy of this order will be served by the Clerk's office upon claimant at:

1

Albert Flores
c/o Bud Kirk
600 Sunland Park Dr., Suite 4-400
El Paso, TX 79912

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

