**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-30633-HCM |
| WESTMOUNT GROUP, INC. | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND FIXING OF BOND**

Pursuant to Title 11 U.S.C. § 701, **BRAD W. ODELL**, is appointed interim trustee in the above-referenced case and is hereby designated to preside at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a). Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice.

Pursuant to 11 U.S.C. § 322(a), Mr. Odell must qualify to be trustee. Pursuant to 11 U.S.C. § 322(b)(2), the United States Trustee has determined Mr. Odell must obtain a bond in favor of the United States conditioned on the faithful performance of his duties in the amount of $50,000.00 from a surety acceptable to the United States Trustee. Mr. Odell shall file the bond with the Court before November 5, 2021, which is seven days after his selection as trustee.

Mr. Odell is not qualified to act as Chapter 7 Trustee and begin official duties until he files the bond. 11 U.S.C. § 322(a). The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee shall inform the Office of the United States Trustee when changes to the bond amount are required or made.

Dated: October 29, 2021            Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7
Southern and Western Districts of Texas

By: **/s/ JAMES W. ROSE, JR.**
JAMES W. ROSE, JR.
Trial Attorney
Texas Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
E-Mail: james.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on this the 29TH day of October, 2021.

By: **/s/ JAMES W. ROSE, JR.**
JAMES W. ROSE, JR.
Trial Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30633-hcm<br>Western District of Texas<br>El Paso<br>Fri Oct 29 06:28:06 CDT 2021 | Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912-5134 | Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg 4, Suite 400<br>El Paso, TX 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Fidelity National Title Insurance Co<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste 610<br>Plano, TX 75024-7164 | Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso TX 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd East<br>El Paso TX 79905-2023 |
| Montoya Park Place, Inc.<br>810 N. Kansas<br>El Paso, TX 79902-5207 | Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H2K2 | Techrover, Inc.<br>71 Camille<br>El Paso, TX 79912-4539 |
| Ulrick Moise<br>Palacio de Paquim,<br>C. Durango 2047<br>32575 Cd Juarez,<br>Chih. Mexico | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Wells Fargo Business<br>PO Box 6995<br>Portland OR 97228-6995 |
| WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, Texas 79901-1401 | Westmount Assets, Inc.<br>810 N. Kansas St.<br>El Paso, TX 79902-5207 | Weststar Title, LLC<br>c/o James W. Brewer<br>221 N. Kansas, Ste 1700<br>El Paso, TX 79901-1401 |
| Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3169 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |