UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| WESTMOUNT GROUP, INC. § | Case No. 21-30633-hcm | |
| § | (Chapter 7) | |
| Debtor § | | |
| § | | |
| § | | |

**FIRST AND FINAL APPLICATION OF BARRON & NEWBURGER, PC FOR COMPENSATION AS COUNSEL FOR DEBTOR WESTMOUNT GROUP, INC. FROM AUGUST 23, 2021 TO OCTOBER 26, 2021**

**If you object to the relief requested, you must respond in writing, specifically answering each paragraph of this pleading. Unless otherwise directed by the court, you must file your response with the clerk of the bankruptcy court within 21 days from the date you were served with this pleading. You must serve a copy of your response on the person who sent you the notice; otherwise, the court may treat the pleading as unopposed and grant the relief requested.**

TO THE HONORABLE JUDGE OF SAID COURT:

Barron & Newburger, P.C., counsel for Westmount Group, Inc. ("Debtor"), hereby files this *First and Final Application for Compensation as Counsel for Debtor from August 23, 2021 to October 26, 2021* and respectfully requests approval of the compensation described below, showing the Court as follows:

1. This case was filed under Chapter 11 of the United States Bankruptcy Code on June 3, 2021. Barron & Newburger, P.C. ("BNPC") was employed as Counsel for the Debtor by Order entered June 29, 2021. On October 26, 2021, the Court entered an Order converting the debtor's case to a Chapter 7.

2. Results of BNPC since August 23, 2021:

   a) Prepared initial debtor report and attended conference.
   b) Prepared and amended Schedules and Statement of Financial Affairs.
   c) Attended first meeting of the creditors and continued hearing.
   d) Attended status hearing.
   e) Engaged in communications with numerous parties.
   f) Responded to motion to dismiss and attended hearing.
   g) Worked on plan which was ultimately not filed.
   h) Objected to claim of Albert Flores.

3. A Fee Application Summary, which includes a summary description of the services rendered by category, reflecting the total cost of each category of services and summarizing the

nature and purpose of each category of services rendered, and the results obtained, is attached hereto as Exhibit "A".

4. A Compensation Support Exhibit, reflecting contemporaneous time records itemizing services rendered by category in a format which reflects a description of each service entry, the amount of time spent rendering that service, the date the service was performed, who performed that service, and the hourly rate of the person performing that service, is attached hereto as Exhibit "B".

5. BNPC seeks fees from August 24, 2021 through October 26, 2021 in the amount of $11,960.00 and expenses in the amount of $438.05. Counsel seeks authority to draw upon its retainer. The firm shall remit the unused portion of the retainer to the Chapter 7 trustee or as otherwise indicated.

WHEREFORE, Barron & Newburger, P.C., counsel for Debtor, requests compensation for its services from August 23, 2021 through October 26, 2021 in the amount of $11,960.00 and expenses in the amount of $438.05 for a total compensation of $12,398.05, and such further relief as is just.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/Stephen W. Sather
Stephen W. Sather
State Bar No. 17657520
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by first class mail, postage prepaid and properly addressed, on October 29, 2021 to all parties listed on the attached Service List and/or electronically by the Court's ECF system to all parties registered to receive such service.

/s/Stephen W. Sather
Stephen W. Sather

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In Re: § <br> § <br> **WESTMOUNT GROUP, INC.** § <br> § <br> Debtor § <br> § | Case No. 21-10458-hcm <br> **(Chapter 7)** |

# EXHIBIT "A"

**I.  CLIENT:** Debtor – Westmount Group, Inc.

**II. REQUESTING APPLICANT/FIRM:**

Stephen W. Sather
**Barron & Newburger, P.C.**
7320 N. MoPac Expy, Suite 400
Austin, TX 78731
(512) 476-9103

**III. TOTAL AMOUNT OF FEES REQUESTED:**
  a.  Fees:      $11,960.00
  b.  Expenses: $438.05
  c.  Time period covered: August 23, 2021 through October 26, 2021
  d.  Retainer:   $13,745.00

**IV. BREAKOUT OF CURRENT APPLICATION:**

| Name/Title | Graduation Date | Partnership Equivalency Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Stephen W. Sather/ Shareholder | 1986 | 2012 | 29.7 | $350.00 | $10,395.00 |
| Paul Hammer/Counsel | 2006 | N/A | .3 | $350.00 | $105.00 |
| Lacrista Bagley/ Sr. Legal Assistant | N/A | N/A | 14.6 <br> 1.4 | $100.00 <br> N/C | $1,460.00 <br> $0.00 |
| **Total Fees** | | | **46.0** | | **$13,675.00** |
| | | | | | |

MINIMUM FEE INCREMENTS:   $0.10
TOTAL EXPENSES:       $308.75

Notes on Rates:

    Mr. Sather and Mr. Hammer have charged a reduced rate of $350.00 per hour for this matter. In addition, BNPC has not charged for certain tasks.

    Effective Rate of all Professionals:        $316.67

    AMOUNT BILLED FOR PREPARATION OF THIS FEE APPLICATION:    $0.00

**V.**    **OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:**
NAME                              PARTY/PARTY REPRESENTED
Brad Odell                         SubChapterV Trustee

**VI.**    **RESULTS OBTAINED BY COUNSEL FOR DEBTOR FROM AUGUST 23, 2021 TO OCTOBER 26, 2021:**

    a) Prepared initial debtor report and attended conference.
    b) Prepared and amended Schedules and Statement of Financial Affairs.
    c) Attended first meeting of the creditors and continued hearing.
    d) Attended status hearing.
    e) Engaged in communications with numerous parties.
    f) Responded to motion to dismiss and attended hearing.
    g) Worked on plan which was ultimately not filed.
    h) Objected to claim of Albert Flores.

**BREAKDOWN OF FEES BY EVENTS**

| TASK | CODE | TOTAL HOURS | TOTAL FEE | % OF APP |
|---|---|---|---|---|
| Case Administration (including Motion to Dismiss) | B110 | 35.3 | $9,090.00 | 76% |
| Asset Analysis and Recovery | B120 | 1.1 | $185.00 | 2% |
| Meetings and Communications with Creditors | B150 | 2.2 | $770.00 | 7% |
| Fee/Employment Applications | B160 | 2.8 | $480.00 | 7% |
| Other Cont. Matt excl assum/rej mot | B190 | .3 | $105.00 | 1% |
| Business Operations | B210 | 1.0 | $350.00 | 1% |
| Claims Administration and Objections | B310 | 1.4 | $315.00 | 1% |
| Plan and Disclosure State inc Bus Plan | B320 | 1.9 | $665.00 | 5% |
| Total | | 46.0 | $13,675.00 | 100% |



**BARRON & NEWBURGER, P.C.**

7320 N. Mopac Expy Ste 400
Greystone II
Austin, TX 78731
512-476-9103
www.bn-lawyers.com
Tax Identification No. 74-2400211
BNPC Account #: 15452.1SS

**WestMount Group, Inc**
Keyvan Parsa

# Exhibit B

*Re: Invoice for Westmount Group, Inc - Chapter 11*

**Time**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| B110 - Case Administration | | | | |
| 8/24/2021 | SSATHER | Email to client re: Chapter 11 duties | 0.10 | $35.00 |
| 8/26/2021 | SSATHER | Send IDI to Keyvon; discuss progress with case | 0.20 | $70.00 |
| 8/30/2021 | SSATHER | Draft agenda for meeting with Keyvan and send to him | 0.40 | $140.00 |
| 8/31/2021 | SSATHER | Talk to Keyvan re: requirements to be in chapter 11 and business plan | 0.90 | $315.00 |
| 9/1/2021 | SSATHER | Talk to Doug Rutter re: Montoya Place note | 0.10 | $35.00 |
| 9/7/2021 | SSATHER | Talk to Keyvan re: required filings | 0.30 | $105.00 |
| 9/8/2021 | SSATHER | Send client draft of Initial Debtor Report | 0.30 | $105.00 |
| 9/9/2021 | SSATHER | Finalize Initial Debtor Report; send to Brian Henault | 0.30 | $105.00 |
| 9/9/2021 | SSATHER | Attend Initial Debtor Interview | 0.50 | $175.00 |
| 9/9/2021 | SSATHER | Talk to Keyvan regarding motion to sever and how that affects case | 0.30 | $105.00 |
| 9/13/2021 | LBAGLEY | File Section 1116 Notice. | 0.20 | $20.00 |
| 9/13/2021 | SSATHER | Draft notice regarding 1116 | 0.10 | $35.00 |
| 9/13/2021 | SSATHER | Email to Keyvan re: recommendation | 0.20 | $70.00 |
| 9/13/2021 | SSATHER | Review schedules and statements; send to Keyvan | 0.30 | $105.00 |
| 9/13/2021 | SSATHER | Discussion with Keyvan about what to do with case | 0.40 | $140.00 |
| 9/14/2021 | SSATHER | Send amended Exhibit B to IDR to Shane Tobin | 0.10 | $35.00 |
| 9/14/2021 | SSATHER | Update schedules; email to client | 0.40 | $140.00 |
| 9/15/2021 | SSATHER | Talk to Beto Feuille who consulted with Keyvan Parsa | 0.50 | $175.00 |
| 9/16/2021 | SSATHER | Email to Keyvan re: schedules and statements | 0.10 | $35.00 |
| 9/16/2021 | SSATHER | Respond to email from Keyvan on schedules | 0.10 | $35.00 |

| Date | User | Description | Hours | Amount |
|---|---|---|---|---|
| 9/17/2021 | LBAGLEY | File Schedules | 0.20 | No Charge |
| 9/17/2021 | LBAGLEY | File Statement of Financial Affairs | 0.20 | No Charge |
| 9/17/2021 | LBAGLEY | Prepare Declaration for Schedules and Statement of Financial Affairs for Client's Signature. | 0.20 | $20.00 |
| 9/17/2021 | LBAGLEY | Email Declaration for Schedules and Statement of Financial Affairs for Client's Signature. | 0.20 | $20.00 |
| 9/22/2021 | SSATHER | Talk to Keyvan re: options | 0.30 | $105.00 |
| 9/23/2021 | SSATHER | Review Motion to Dismiss and prepare draft response | 1.20 | $420.00 |
| 9/30/2021 | SSATHER | talk to Doug Rutter re: executory contracts | 0.20 | $70.00 |
| 10/1/2021 | SSATHER | Revise Response to Motion to Dismiss | 0.30 | $105.00 |
| 10/1/2021 | SSATHER | Email to Keyvan re:information requested | 0.10 | $35.00 |
| 10/3/2021 | SSATHER | Revise SOFA | 0.30 | $105.00 |
| 10/3/2021 | SSATHER | Email to Keyvan Parsa re: items needed | 0.20 | $70.00 |
| 10/4/2021 | LBAGLEY | File Response to Motion to Dismiss Case. | 0.30 | $30.00 |
| 10/4/2021 | LBAGLEY | Serve Response to Motion to Dismiss Case to Creditors | 0.50 | $50.00 |
| 10/4/2021 | SSATHER | Draft email to parties re: continuance; draft motion for continuance | 0.30 | $105.00 |
| 10/5/2021 | SSATHER | Draft Status Report and send to client | 0.30 | $105.00 |
| 10/5/2021 | SSATHER | Respond to email from Brad Odell | 0.10 | $35.00 |
| 10/5/2021 | LBAGLEY | File Motion to Continue Hearings on Flores' Motion to Dismiss and Objection to Application to Employ BNPC and Proposed Order; Upload Proposed Order. | 0.30 | $30.00 |
| 10/5/2021 | LBAGLEY | Serve Motion to Continue Hearings on Flores' Motion to Dismiss and Objection to Application to Employ BNPC and Proposed Order. | 0.50 | No Charge |
| 10/5/2021 | LBAGLEY | File Response to Objection to Employment of Barron & Newburger, P.C. | 0.20 | $20.00 |
| 10/5/2021 | LBAGLEY | Serve Response to Objection to Employment of Barron & Newburger, P.C. to Creditors | 0.50 | No Charge |
| 10/5/2021 | SSATHER | Email to Brad Odell and Jim Rose with requested documents | 0.10 | $35.00 |
| 10/5/2021 | SSATHER | Revise Schedule G and SOFA | 0.20 | $70.00 |
| 10/5/2021 | SSATHER | Review email from Keyvan with documents and review | 0.30 | $105.00 |
| 10/5/2021 | SSATHER | Review Keyvan's comments to status report and revise | 0.10 | $35.00 |
| 10/5/2021 | LBAGLEY | Draft Notice of Continued Hearing for S. Sather's approval. | 0.50 | $50.00 |
| 10/5/2021 | LBAGLEY | File Notice of Continued Hearing. | 0.50 | $50.00 |
| 10/6/2021 | LBAGLEY | Revise Schedules and SOFA per S. Sather's Instructions and email to Client for his signature. | 0.30 | $30.00 |
| 10/6/2021 | LBAGLEY | File Debtor's Status Report | 0.20 | $20.00 |

| Date | User | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2021 | LBAGLEY | Serve Debtor's Status Report to Creditors | 0.50 | $50.00 |
| 10/6/2021 | SSATHER | Talk to Doug and Keyvan re: amended schedules | 0.20 | $70.00 |
| 10/7/2021 | LBAGLEY | Review email from client with changes he would like made in the Schedules. Waiting on instructions from S. Sather. | 0.10 | $10.00 |
| 10/7/2021 | LBAGLEY | Review second email from client regarding changes he wants made in the amended schedules. | 0.10 | $10.00 |
| 10/13/2021 | SSATHER | Prepare draft MOR and send to client | 0.30 | $105.00 |
| 10/13/2021 | SSATHER | Email to client re: missing items needed | 0.10 | $35.00 |
| 10/13/2021 | SSATHER | Begin witness and exhibit list for hearings on 10 26 | 0.60 | $210.00 |
| 10/13/2021 | SSATHER | Talk to client re: MTD | 0.10 | $35.00 |
| 10/18/2021 | LBAGLEY | Print off Amended Motion to Dismiss for S. Sather | 0.20 | $20.00 |
| 10/18/2021 | LBAGLEY | Print off Amended Supplement of Albert Flores to his MTD for S. Sather | 0.20 | $20.00 |
| 10/18/2021 | Phammer | Call with client regarding case status. | 0.30 | $105.00 |
| 10/18/2021 | SSATHER | Talk to Keyvan Parsa and Doug Rutter re: plan, motion to dismiss | 0.30 | $105.00 |
| 10/19/2021 | LBAGLEY | Revise Schedules and Creditor Matrix per Client, Create Amended Schedules, Statement of Financial Affairs, Verification of Creditor Matrix, Matrix and Declaration of Electronic Filing and e-mail to client for signatures. | 0.40 | $40.00 |
| 10/19/2021 | SSATHER | Review amended pleadings from Bud Kirk | 0.20 | $70.00 |
| 10/19/2021 | SSATHER | Prepare exhibits for hearing | 0.60 | $210.00 |
| 10/19/2021 | SSATHER | Email Keyvan Parsa re: amended schedules | 0.10 | $35.00 |
| 10/20/2021 | LBAGLEY | Revise Amended Bankruptcy Schedules in preparation of filing per S. Sather's instructions. | 0.30 | $30.00 |
| 10/20/2021 | LBAGLEY | Download Bank Statements sent by Client | 0.40 | $40.00 |
| 10/20/2021 | LBAGLEY | Review Monthly Operating Report sent by Client and email regarding same. It wasn't able to be filed because he used a different form. | 0.30 | $30.00 |
| 10/20/2021 | LBAGLEY | File Amended Schedules, SOFA and Matrix. File Declarations regarding Electronic Filings. | 0.40 | $40.00 |
| 10/20/2021 | LBAGLEY | Create ShareFile folder for Hearing Exhibits, add all attending attorneys, client, and Judge's staff, then add File Stamped Witness & Exhibit List and 23 exhibits to folder. | 0.80 | $80.00 |
| 10/20/2021 | LBAGLEY | Create 3 binders for the October 26, 2021 hearing in preparation to send them to Judge Mott. | 1.30 | $130.00 |
| 10/20/2021 | SSATHER | Review new documents from Keyvan; revise exhibit list; discuss with Lacrista | 0.90 | $315.00 |
| 10/20/2021 | SSATHER | Attend status conference | 0.70 | $245.00 |
| 10/20/2021 | SSATHER | Email to Keyvan after status conference; follow up call with Keyvan | 0.20 | $70.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/2021 | SSATHER | Review amended schedules and revise | 0.20 | $70.00 |
| 10/20/2021 | SSATHER | Review multiple iterations of MOR and comment | 0.30 | $105.00 |
| 10/21/2021 | LBAGLEY | Schedule Courier Service to pick up Exhibit Binders for Delivery to Judge Mott | 0.20 | $20.00 |
| 10/21/2021 | SSATHER | Draft Declaration of Keyvan Parsa | 0.80 | $280.00 |
| 10/22/2021 | LBAGLEY | Print 10-26-21 Hearing Exhibits and Create Hearing Binder for Client (23 Exhibits; 318 pages). Print Amended Motion to Dismiss Chapter 11 Case and 22 Attachments, First Amended Supplement of Albert Flores and Amended Objection of Steven Sather to be Employed as Attorney for DIP to send to Client for the 10-26-21 hearing via FedEx (410 pages bound). | 1.50 | $150.00 |
| 10/23/2021 | SSATHER | Talk to Keyvan re: hearing | 0.10 | $35.00 |
| 10/24/2021 | SSATHER | Prepare MOR for Debtor's review | 0.50 | $175.00 |
| 10/24/2021 | SSATHER | Send Keyvan documents to review | 0.20 | $70.00 |
| 10/24/2021 | SSATHER | Review Weststar response and send to Keyvan | 0.30 | $105.00 |
| 10/25/2021 | LBAGLEY | Redact 2 September Bank Statements and 1 August Bank Statement for S. Sather and email same to him. | 0.30 | $30.00 |
| 10/25/2021 | LBAGLEY | File Objection to Proof of Claim filed by Albert Flores and Proposed Order; Upload Proposed Order. | 0.30 | $30.00 |
| 10/25/2021 | SSATHER | Complete and file Parsa declaration | 0.10 | $35.00 |
| 10/25/2021 | SSATHER | Complete and file September MOR | 0.10 | $35.00 |
| 10/25/2021 | SSATHER | Review Kirk exhibits and email Bud Kirk re: stipulations | 0.40 | $140.00 |
| 10/25/2021 | SSATHER | Follow up email with Keyvan | 0.10 | $35.00 |
| 10/25/2021 | SSATHER | Review Albert Flores bankruptcy filing | 0.20 | $70.00 |
| 10/25/2021 | SSATHER | Talk to Keyvan Parsa and Doug Rutter re: declaration; revise declaration | 0.30 | $105.00 |
| 10/26/2021 | LBAGLEY | Draft Amended Certificate of Service for the Objection to Flores Proof of Claim and Attach the Matrix for S. Sather's approval to file. | 0.40 | $40.00 |
| 10/26/2021 | SSATHER | Email Keyvan re: amended declaration; upload to court | 0.10 | $35.00 |
| 10/26/2021 | SSATHER | Review affidavit of Albert Flores | 0.40 | $140.00 |
| 10/26/2021 | SSATHER | Attend hearing on Motion to Dismiss | 4.50 | $1,575.00 |
| **TotalHours** | | | **35.30** | **$9,090.00** |

B120 - Asset Analysis and Recovery

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/5/2021 | LBAGLEY | Serach Texas Secretary of State Website for Entities | 0.80 | $80.00 |
| 10/19/2021 | SSATHER | Talk to Keyvan and Doug about transfers to and from Techrover | 0.30 | $105.00 |
| **TotalHours** | | | **1.10** | **$185.00** |

B150 - Meetings of and Comms with Creditors

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/30/2021 | SSATHER | Attend 341 meeting | 1.60 | $560.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9/30/2021 | SSATHER | Talk to Keyvan Parsa after 341 meeting | 0.20 | $70.00 |
| 9/30/2021 | SSATHER | Email to Keyvan Parsa re: 341 meeting | 0.40 | $140.00 |
| **TotalHours** | | | **2.20** | **$770.00** |

B160 - Fee | Employment Applications

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9/16/2021 | LBAGLEY | Draft Application to Employ BNPC as Counsel for Debtor and Proposed Order for S. Sather's review and Approval. | 1.20 | $120.00 |
| 9/16/2021 | SSATHER | Draft application to employ and send to client | 0.40 | $140.00 |
| 9/17/2021 | LBAGLEY | File Application to Employ BNPC as Bankruptcy Counsel and Proposed Order; Upload Proposed Order. | 0.30 | $30.00 |
| 9/17/2021 | LBAGLEY | Serve Application to Employ BNPC as Bankruptcy Counsel and Proposed Order to Creditors | 0.50 | $50.00 |
| 10/4/2021 | SSATHER | Draft response to objection to employment of attorneys | 0.40 | $140.00 |
| **TotalHours** | | | **2.80** | **$480.00** |

B190 - Other Cont. Matt excl assum | rej mot

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 9/24/2021 | SSATHER | Review request for Rule 2004 exam from Weststar Title; send to Keyvan Parsa | 0.20 | $70.00 |
| 9/29/2021 | SSATHER | Email to Jim Brewer re: 2004 exam | 0.10 | $35.00 |
| **TotalHours** | | | **0.30** | **$105.00** |

B210 - Business Operations

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 8/24/2021 | SSATHER | Attend hearing in state court | 0.40 | $140.00 |
| 9/9/2021 | SSATHER | Email to client re: Motion to Sever | 0.10 | $35.00 |
| 9/15/2021 | SSATHER | Attend state court hearing | 0.50 | $175.00 |
| **TotalHours** | | | **1.00** | **$350.00** |

B310 - Claims Administration and Objections

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 8/30/2021 | SSATHER | Review POC from El Paso County | 0.10 | $35.00 |
| 10/24/2021 | SSATHER | Draft Objection to Claim of Albert Flores | 0.60 | $210.00 |
| 10/25/2021 | LBAGLEY | Serve Objection to Flores Proof of Claim and Proposed Order to Matrix | 0.50 | $50.00 |
| 10/26/2021 | LBAGLEY | File Amended Certificate of Service and attach to Objection to Proof of Claim 2-1 Filed by Albert Flores | 0.20 | $20.00 |
| **TotalHours** | | | **1.40** | **$315.00** |

B320 - Plan and Disclosure State inc Bus Plan

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 10/5/2021 | SSATHER | Talk to Brad Odell re: plan | 0.40 | $140.00 |
| 10/13/2021 | SSATHER | Prepare plan pro forma and liquidation analysis; send to client | 0.90 | $315.00 |
| 10/15/2021 | SSATHER | Email to Keyvan re: plan | 0.10 | $35.00 |
| 10/19/2021 | SSATHER | Talk to Doug Rutter re: plan | 0.10 | $35.00 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/2021 | SSATHER | Talk to Doug Rutter re: Techrover transactions | | 0.30 | $105.00 |
| 10/25/2021 | SSATHER | Follow up email with Doug | | 0.10 | $35.00 |
| **TotalHours** | | | | **1.90** | **$665.00** |
| **Time SubTotal** | | | | **46.00** | **$11,960.00** |

**Additional Charges**

| Date | Description | Charges |
|---|---|---|
| 9/17/2021 | Copying - Application to Employ BNPC as Bankruptcy Counsel and Proposed Order | $7.50 |
| 9/17/2021 | Postage - Application to Employ BNPC as Bankruptcy Counsel and Proposed Order | $2.19 |
| 9/17/2021 | Postage International to Canada - Application to Employ BNPC as Counsel and Proposed Order. | $1.60 |
| 9/17/2021 | Postage International to Mexico - Application to Employ BNPC as Counsel and Proposed Order. | $2.31 |
| 10/4/2021 | Copying - Response to Motion to Dismiss Case to Creditors | $0.40 |
| 10/4/2021 | Postage - Response to Motion to Dismiss Case to Creditors | $4.24 |
| 10/5/2021 | Copying - Motion to Continue Hearings on Flores' Motion to Dismiss and Objection to Application to Employ BNPC and Proposed Order | $4.00 |
| 10/5/2021 | Postage - Motion to Continue Hearings on Flores' Motion to Dismiss and Objection to Application to Employ BNPC and Proposed Order | $4.24 |
| 10/5/2021 | Copying - Response to Objection to Employment of Barron & Newburger, P.C. | $3.20 |
| 10/5/2021 | Postage - Response to Objection to Employment of Barron & Newburger, P.C. | $4.24 |
| 10/5/2021 | Copying - Notice of Continued Hearing for S. Sather's approval | $0.80 |
| 10/5/2021 | Postage - Notice of Continued Hearing for S. Sather's approval | $4.24 |
| 10/5/2021 | TX SOS State online research. | $6.00 |
| 10/6/2021 | Copying - Debtor's Status Report | $2.40 |
| 10/6/2021 | Postage - Debtor's Status Report | $4.24 |
| 10/18/2021 | Copying - First Motion to Dismiss Ch. 11 as Bad Faith Filing | $2.20 |
| 10/18/2021 | Copying - First Suppelment of Albert Flores to his Motion to Dismiss Ch. 11 as Bad Faith Filing | $2.00 |
| 10/20/2021 | Court Fees - Filing Fee - Amended Matrix | $32.00 |
| 10/21/2021 | Courier Service to Deliver Exhibit Binders to Judge Mott for 10-26-21 Hearing | $142.00 |
| 10/22/2021 | Copying - 10-26-21 Hearing Exhibits 23 plus Witness & Exhibit List | $31.80 |
| 10/22/2021 | Copying - First Amended Motion to Dismiss Ch. 11 Case as Bad Faith and 22 Attachments, First Amended Supplement of Albert Flores to his Motion to Dismiss and Amended Objection to Employ Steven Sather as Attorney for Debtor in Possession | $41.00 |
| 10/22/2021 | FedEx to Keyvan Parsa | $129.30 |

| Date | Description | Amount |
|---|---|---|
| 10/25/2021 | Copying - Objection to Flores Proof of Claim and Proposed Order | $3.50 |
| 10/25/2021 | Postage - Objection to Flores Proof of Claim and Proposed Order | $2.65 |
| **Additional Charges Total** | | **$438.05** |

| | |
|---|---|
| Total New Charges | $12,398.05 |
| Previous Balance | $0.00 |
| **Balance Due** | **$12,398.05** |

**Phase Table**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B110 - Case Administration | 12.50 | $88.80 | $1,110.00 |
| B110 - Case Administration | 22.80 | $350.00 | $7,980.00 |
| B120 - Asset Analysis and Recovery | 0.80 | $100.00 | $80.00 |
| B120 - Asset Analysis and Recovery | 0.30 | $350.00 | $105.00 |
| B150 - Meetings of and Comms with Creditors | 2.20 | $350.00 | $770.00 |
| B160 - Fee | Employment Applications | 2.00 | $100.00 | $200.00 |
| B160 - Fee | Employment Applications | 0.80 | $350.00 | $280.00 |
| B190 - Other Cont. Matt excl assum | rej mot | 0.30 | $350.00 | $105.00 |
| B210 - Business Operations | 1.00 | $350.00 | $350.00 |
| B310 - Claims Administration and Objections | 0.70 | $100.00 | $70.00 |
| B310 - Claims Administration and Objections | 0.70 | $350.00 | $245.00 |
| B320 - Plan and Disclosure State inc Bus Plan | 1.90 | $350.00 | $665.00 |
| E101 | 988.00 | $0.10 | $98.80 |
| E106 | 1.00 | $6.00 | $6.00 |
| E108 | 45.00 | $0.53 | $23.85 |
| E108 | 3.00 | $0.73 | $2.19 |
| E108 | 1.00 | $1.60 | $1.60 |
| E108 | 1.00 | $2.31 | $2.31 |
| E108 | 1.00 | $129.30 | $129.30 |
| E112 | 1.00 | $32.00 | $32.00 |
| E123 | 1.00 | $142.00 | $142.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| LBAGLEY | 14.60 | $100.00 | $1,460.00 |
| LBAGLEY | 1.40 | No Charge | No Charge |
| Phammer | 0.30 | $350.00 | $105.00 |
| SSATHER | 29.70 | $350.00 | $10,395.00 |

```
Label Matrix for local noticing      Westmount Group, Inc             U.S. BANKRUPTCY COURT
0542-3                               810 N. Kansas Street             511 E. San Antonio Ave., Rm. 444
Case 21-30633-hcm                    El Paso, TX 79902-5207           EL PASO, TX 79901-2417
Western District of Texas
El Paso
Thu Oct 28 09:28:47 CDT 2021

Albert Flores                        Albert Flores                    City of El Paso
c/o E.P. Bud Kirk                    c/o E.P. Bud Kirk                c/o Don Stecker
600 Sunland Park Dr., Ste. 4-400     600 Sunland Park Drive           112 E. Pecan St. Suite 2200
El Paso, TX 79912-5134               Bldg 4, Suite 400                San Antonio, TX 78205-1588
                                     El Paso, TX 79912-5115

Fidelity National Title Insurance Co Keyvan Parsa                     Manny Jemente
c/o Shakira Kelley                   7604 Plaza Redonda               Acala Investments
6900 Dallas Parkway, Ste 610         El Paso TX 79912-8402            6044 Gateway Blvd East
Plano, TX 75024-7164                                                  El Paso TX 79905-2023


Montoya Park Place, Inc.             Shabnam Izadpanahi               Techrover, Inc.
810 N. Kansas                        36 Micmac Crescent               71 Camille
El Paso, TX 79902-5207               North York, ON M2H2K2            El Paso, TX 79912-4539



Ulrick Moise                         United States Trustee - EP12     Wells Fargo Business
Palacio de Paquim,                   U.S. Trustee's Office            PO Box 6995
C. Durango 2047                      615 E. Houston, Suite 533        Portland OR 97228-6995
32575 Cd Juarez,                     P.O. Box 1539
Chih. Mexico                         San Antonio, TX 78295-1539

WestStar Title, LLC                  Westmount Assets, Inc.           Weststar Title, LLC
c/o Kemp Smith LLP                   810 N. Kansas St.                c/o James W. Brewer
Attn:  James W. Brewer               El Paso, TX 79902-5207           221 N. Kansas, Ste 1700
221 N. Kansas, Ste. 1700                                              El Paso, TX 79901-1401
El Paso, Texas 79901-1401

Ronald E Ingalls                     Stephen W. Sather                End of Label Matrix
PO Box 2867                          Barron & Newburger, PC           Mailable recipients    19
Fredericksburg, TX 78624-1927        7320 N MoPac Expy, Suite 400     Bypassed recipients     0
                                     Austin, TX 78731-2347            Total                  19
```