**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § § § | |
| **WESTMOUNT GROUP, INC.** | § § § | Case No. 21-30633-hcm<br>**(Chapter 7)** |
| **Debtor** | § § § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF BARRON &
NEWBURGER, PC FOR COMPENSATION AS COUNSEL FOR DEBTOR
WESTMOUNT GROUP, INC. FROM AUGUST 23, 2021 TO OCTOBER 26, 2021**

CAME ON TO BE CONSIDERED the *First and Final Application of Barron & Newburger, P.C. for Compensation as Counsel for Debtor Westmount Group, Inc. from August 23, 2021 to October 26, 2021*. The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED that Barron & Newburger, P.C. is awarded fees in the amount of $11,960.00 and expenses in the amount of $438.05 for a total compensation of $12,398.05. The firm is authorized to apply its retainer to the approved fees and expenses. The firm shall submit the unused portion of the retainer to the Chapter 7 trustee or as otherwise directed.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731