## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| WESTMOUNT GROUP, INC. | § § | Case No. 21-30633-hcm |
| | § | (Chapter 7) |
| Debtor | § § § § | |

## MOTION TO DISMISS CHAPTER 7 CASE

**If you object to the relief requested, you must respond in writing, specifically answering each paragraph of this pleading. Unless otherwise directed by the court, you must file your response with the clerk of the bankruptcy court within 21 days from the date you were served with this pleading. You must serve a copy of your response on the person who sent you the notice; otherwise, the court may treat the pleading as unopposed and grant the relief requested.**

TO THE HONORABLE JUDGE OF SAID COURT:

WESTMOUNT GROUP, INC. ("Debtor") files this Motion to Dismiss Chapter 7 Case and would show as follows:

1. This Motion is filed under 11 U.S.C. Sec. 707(a) and Fed.R.Bankr.P. 9023.

2. This case was filed under Chapter 11 of the United States Bankruptcy Code on August 23, 2021.

3. On October 26, 2021, the Court entered an Order converting the debtor's case to a Chapter 7. In converting the case, the Court found that cause existed to grant relief under 11 U.S.C. Sec. 1112 and that conversion would be in the best interest of creditors.

4. Debtor requests that the Court reconsider the remedy of conversation and dismiss the case instead.

5. The Debtor filed this case to deal with claims arising from a State Court Action. The Debtor had hoped to submit a plan which would pay creditors more than they would receive in a Chapter 7 liquidation.

6. The claims in the State Court Action are disputed, especially the claim of Albert Flores.

7. The State Court Action had a tortured procedural history because relief was sought against assets of Westmount Group, Inc. although Westmount Group, Inc. was not a party to the litigation.

8. Because Westmount Group, Inc. voluntarily intervened in the State Court Action, the State Court would have jurisdiction to extend its orders to Westmount Group, Inc. and correct the jurisdictional defect which previously existed.

9. Debtor is willing to accept a bar on refiling or any other conditions the court might impose as a condition of dismissal.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/Stephen W. Sather
Stephen W. Sather
State Bar No. 17657520
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by first class mail, postage prepaid and properly addressed, on October 29, 2021 to all parties listed on the attached Service List and/or electronically by the Court's ECF system to all parties registered to receive such service.

/s/Stephen W. Sather
Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30633-hcm<br>Western District of Texas<br>El Paso<br>Thu Oct 28 09:28:47 CDT 2021 | Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912-5134 | Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg 4, Suite 400<br>El Paso, TX 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Fidelity National Title Insurance Co<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste 610<br>Plano, TX 75024-7164 | Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso TX 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd East<br>El Paso TX 79905-2023 |
| Montoya Park Place, Inc.<br>810 N. Kansas<br>El Paso, TX 79902-5207 | Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H2K2 | Techrover, Inc.<br>71 Camille<br>El Paso, TX 79912-4539 |
| Ulrick Moise<br>Palacio de Paquim,<br>C. Durango 2047<br>32575 Cd Juarez,<br>Chih. Mexico | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Wells Fargo Business<br>PO Box 6995<br>Portland OR 97228-6995 |
| WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, Texas 79901-1401 | Westmount Assets, Inc.<br>810 N. Kansas St.<br>El Paso, TX 79902-5207 | Weststar Title, LLC<br>c/o James W. Brewer<br>221 N. Kansas, Ste 1700<br>El Paso, TX 79901-1401 |
| Ronald E Ingalls<br>PO Box 2867<br>Fredericksburg, TX 78624-1927 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    0<br>Total                 19 |