**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| **WESTMOUNT GROUP, INC.** | § § | Case No. 21-30633-hcm |
| Debtor | § § § § | (Chapter 7) |

## ORDER GRANTING MOTION TO DISMISS CHAPTER 7 CASE

CAME ON TO BE CONSIDERED Debtor's Motion to Dismiss Chapter 7 Case. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice to refiling for a period of one year.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731