**The relief described hereinbelow is SO ORDERED.**

**Signed October 27, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 11) |

## ORDER CONVERTING CASE TO CHAPTER 7

On October 26, 2021, the Court conducted a hearing on the First Amended Motion to Dismiss Case ("Motion")(dkt# 32) with First Amended Supplement ("Supplement")(dkt# 33) filed by Albert Flores ("Flores"). Westmount Group, Inc., as debtor and debtor-in-possession ("Debtor") filed a Response (dkt# 23), Westar Title, LLC ("Westar") filed a Response (dkt# 42), and the Subchapter V Trustee ("Sub V Trustee") filed a Response (dkt# 48). Appearing at the hearing were respective counsel for the Debtor, Flores, and Westar; the Sub V Trustee; Mr. Keyvan Parsa for the Debtor; and Mr. Albert Flores.

The Court has considered the Motion, the Supplement, the Responses, the evidence, and the statements and arguments of counsel and the parties. For the reasons set forth by the Court in its oral ruling on the record on October 26, 2021, the Court finds that "cause" exists under 11 U.S.C. §1112(b) and that conversion of the Debtor's Chapter

1

11 case to a Chapter 7 case is in the best interests of creditors and the estate. The Court finds that the following Order should be entered on the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The First Amended Motion to Dismiss Case ("Motion")(dkt# 32) is granted to the extent set forth below.

2. This Chapter 11 case of the Debtor is hereby converted to a case under Chapter 7.

3. Within 14 days after entry of this Order, the Debtor shall file amended schedules indicating any change to the creditors list, schedules, and statement of financial affairs as may be applicable, or amend such items to reflect any changes, including but not limited to the inclusion of any property acquired or disposed of since the entry of the order for relief under Chapter 11, in accordance with Local Bankruptcy Rule 1019. If no amendments are necessary, the Debtor shall file a certificate to that effect within such 14-day period.

4. Within 14 days after entry of this Order, the Debtor shall file a schedule of unpaid debts incurred after commencement of the Chapter 11 case, in accordance with Rule 1019(5) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

5. Within 30 days after entry of this Order, the Debtor shall file and transmit to the U.S. Trustee a final report and account, in accordance with Bankruptcy Rule 1019(5).

### #

United States Bankruptcy Court
Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2021 | Form ID: pdfintp | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| tr | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 29, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Creditor Albert Flores budkirk@aol.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2021 | Form ID: pdfintp | Total Noticed: 5 |

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
    brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
    on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com,
    lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8