**The relief described hereinbelow is SO ORDERED.**

**Signed October 27, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 11) |

### ORDER ON APPLICATION FOR AUTHORITY TO EMPLOY
### BARRON & NEWBURGER, P.C. AS BANKRUPTCY COUNSEL FOR DEBTOR

On October 26, 2021, the Court conducted a hearing on the Application for Authority to Employ Barron & Newburger P.C. as Bankruptcy Counsel ("Application") (dkt# 15) filed by Westmount Group, Inc., as debtor and debtor-in-possession ("Debtor"). An Objection and Amended Objection to the Application (dkt# 20, 35) was filed by Albert Flores ("Flores"), and a Response to the Objection (dkt# 26) was filed by the Debtor. Appearing at the hearing were Mr. Stephen Sather of Barron & Newburger P.C. ("B&N"); respective counsel for the Debtor, Flores, and Westar Title, LLC; and the Subchapter V Trustee.

The Court has considered the Application, the Objection and Amended Objection, the Response, the evidence, and the statements and arguments of counsel and the

1

parties. For the reasons set forth by the Court in its oral ruling on the record on October 26, 2021, the Court finds that the following Order should be entered on the Application.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Application for Authority to Employ Barron & Newburger P.C. as Bankruptcy Counsel Effective July 29, 2021 ("Application") (dkt# 15) filed by Westmount Group, Inc., as debtor and debtor-in-possession ("Debtor") is hereby granted to the extent set forth below.

2. The Debtor's retention of Barron & Newburger P.C. ("B&N") as counsel for the Debtor (as debtor-in-possession) from the Chapter 11 petition date of August 23, 2021 to the date of conversion of this Chapter 11 case to Chapter 7, is hereby approved under 11 U.S.C. § 327(a). The compensation and expenses of B&N for such time period will be subject to review by the Court under 11 U.S.C. § 330(a)(3) upon the filing of a fee application by B&N.

# # #

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 21-30633-hcm

Westmount Group, Inc.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3     User: admin     Page 1 of 2
Date Rcvd: Oct 27, 2021     Form ID: pdfintp     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| tr | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Creditor Albert Flores budkirk@aol.com |
| James W. Brewer | on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2021 | Form ID: pdfintp | Total Noticed: 3 |

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
    brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
    on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com,
    lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8