| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Westmount Group, Inc. <br> Name | EIN: | 46–1508727 |
| United States Bankruptcy Court | Western District of Texas | Date case filed in chapter: | 11  8/23/21 |
| Case number: | 21–30633–hcm | Date case converted to chapter: | 7  10/27/21 |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Westmount Group, Inc. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 810 N. Kansas Street <br> El Paso, TX 79902 | |
| 4. **Debtor's attorney** <br> Name and address | Stephen W. Sather <br> Barron & Newburger, PC <br> 7320 N MoPac Expy, Suite 400 <br> Austin, TX 78731 | Contact phone (512) 476–9103 Ext. 220 <br><br> Email: ssather@bn-lawyers.com |
| 5. **Bankruptcy trustee** <br> Name and address | Brad W. Odell <br> Mullin Hoard & Brown, LLP <br> 1500 Broadway, Suite 700 <br> Lubbock, TX 79401 | Contact phone (806) 765–7491 <br><br> Email: bodell@mhba.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 511 E. San Antonio Ave., Rm. 444 <br> EL PASO, TX 79901 | Hours open Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (915) 779–7362 <br><br> Date: 10/29/21 |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 30, 2021 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Phone:(866)909–2905; Code: 5519921#** |
| 8. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 29, 2021 | Form ID: 309C | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Donald P. Stecker, Linebarger Goggan Blair & Sampson, Weston Centre, 112 E Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| aty | + | E. P. Bud Kirk, 600 Sunland Park Drive, Ste.4-400, El Paso, TX 79912-5134 |
| aty | | James W. Brewer, Kemp Smith LLP, P.O. Drawer 2800, El Paso, TX 79999-2800 |
| aty | + | Shane P. Tobin, 903 San Jacinto Blvd., Room 230, Austin, TX 78701-2450 |
| tr | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18217093 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| 18214453 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Drive, Bldg 4, Suite 400, El Paso, TX 79912-5115 |
| 18216508 | + | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18214454 | + | Fidelity National Title Insurance Co, c/o Shakira Kelley, 6900 Dallas Parkway, Ste 610, Plano, TX 75024-7164 |
| 18214455 | + | Keyvan Parsa, 7604 Plaza Redonda, El Paso TX 79912-8402 |
| 18214456 | + | Manny Jemente, Acala Investments, 6044 Gateway Blvd East, El Paso TX 79905-2023 |
| 18233313 | + | Montoya Park Place, Inc., 810 N. Kansas, El Paso, TX 79902-5207 |
| 18214457 | | Shabnam Izadpanahi, 36 Micmac Crescent, North York, ON M2H2K2 |
| 18233314 | + | Techrover, Inc., 71 Camille, El Paso, TX 79912-4539 |
| 18214458 | | Ulrick Moise, Palacio de Paquim,, C. Durango 2047, 32575 Cd Juarez,, Chih. Mexico |
| 18214528 | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, Texas 79901-1401 |
| 18233315 | + | Westmount Assets, Inc., 810 N. Kansas St., El Paso, TX 79902-5207 |
| 18214460 | + | Weststar Title, LLC, c/o James W. Brewer, 221 N. Kansas, Ste 1700, El Paso, TX 79901-1401 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ssather@bn-lawyers.com | Oct 29 2021 22:03:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731 |
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 29 2021 22:03:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18216508 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Oct 29 2021 22:03:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18214459 | | EDI: WFFC.COM | Oct 30 2021 02:03:00 | Wells Fargo Business, PO Box 6995, Portland OR 97228-6995 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | *+ | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |

21-30633-hcm Doc#67 Filed 10/31/21 Entered 10/31/21 23:26:15 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 309C | Total Noticed: 24 |

| | | |
|---|---|---|
| 18216509 | *+ | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Brad W. Odell
bodell@mhba.com memert@mhba.com;mreynolds@mhba.com

Donald P. Stecker
on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com,
lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 7