UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | § | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 21-30633** |
| **WESTMOUNT GROUP, INC.** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |
| | § | |

### NOTICE OF REVISED PROPOSED ORDER

Please take notice that Westmount Group, Inc. (the "*Debtor*") has uploaded a revised Proposed Order on its Motion to Dismiss Chapter 7 case.

Dated: November 2, 2021   Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

*/s/ Stephen W. Sather*
Stephen W. Sather (SBN 17657520)
7320 N. Mopac Expy., Ste 400
Austin, Texas 78731
Tel (512) 476-9103
Fax (512) 279-0310
ssather@bn-lawyers.com

*ATTORNEYS FOR DEBTOR*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by first class mail, postage prepaid and properly addressed, on November 2, 2021 to all parties listed on the attached Service List and/or electronically by the Court's ECF system to all parties registered to receive such service.

/s/Stephen W. Sather
Stephen W. Sather

Page **1** of **1**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30633-hcm<br>Western District of Texas<br>El Paso<br>Thu Oct 28 09:28:47 CDT 2021 | Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912-5134 | Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg 4, Suite 400<br>El Paso, TX 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Fidelity National Title Insurance Co<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste 610<br>Plano, TX 75024-7164 | Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso TX 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd East<br>El Paso TX 79905-2023 |
| Montoya Park Place, Inc.<br>810 N. Kansas<br>El Paso, TX 79902-5207 | Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H2K2 | Techrover, Inc.<br>71 Camille<br>El Paso, TX 79912-4539 |
| Ulrick Moise<br>Palacio de Paquim,<br>C. Durango 2047<br>32575 Cd Juarez,<br>Chih. Mexico | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Wells Fargo Business<br>PO Box 6995<br>Portland OR 97228-6995 |
| WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, Texas 79901-1401 | Westmount Assets, Inc.<br>810 N. Kansas St.<br>El Paso, TX 79902-5207 | Weststar Title, LLC<br>c/o James W. Brewer<br>221 N. Kansas, Ste 1700<br>El Paso, TX 79901-1401 |
| Ronald E Ingalls<br>PO Box 2867<br>Fredericksburg, TX 78624-1927 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| WESTMOUNT GROUP, INC. | § § § | Case No. 21-30633-hcm (Chapter 7) |
| Debtor | § § § | |

## ORDER GRANTING MOTION TO DISMISS CHAPTER 7 CASE

CAME ON TO BE CONSIDERED Debtor's Motion to Dismiss Chapter 7 Case. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice to refiling for a period of one year.

IT IS FURTHER ORDERED that Debtor shall deposit the following promissory notes into the registry of the 327th Judicial District Court of El Paso County pending further orders of such court:

Promissory Note dated 7/16/21 executed by 538 East, Inc. in the original principal amount of $76,500.26

Promissory Note dated 7/19/21 executed by Westmount Assets, Inc. in the original principal amount of $35,000.00.

Promissory Note dated 7/19/21 executed by Westmount Assets, Inc. in the original principal amount of $35,000.00.

Promissory Note dated 7/19/21 executed by Westmount Assets, Inc. in the original principal amount of $50,000.00.

Promissory Note dated 7/16/21 executed by TRR 4133, Inc., Inc. in the original principal amount of $93,895.83.

Promissory Note dated 7/16/21 executed by TRR 4133, Inc. in the original principal amount of $74,159.26

Promissory Note dated 8/23/21 executed by 71 Camille, Inc. in the original principal amount of $430,000.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731