# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on  **11/17/21 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 63 Motion to Dismiss Case (21 Day Objection Language) filed by Stephen W. Sather for Debtor Westmount Group, Inc. Hearing Scheduled For 11/17/2021 at 02:00 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda)

Dated: 11/8/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]