UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WESTMOUNT GROUP, INC. | § § § § § § § | CASE NO. 21-30633-hcm<br><br>CHAPTER 7 |

DECLARATION OF KEYVAN PARSA IN SUPPORT OF
MOTION TO DISMISS CHAPTER 7 CASE

1. My name is Keyvan Parsa. I am over the age of 18 years and am fully competent to give this declaration. I have personal knowledge of the facts stated herein and they are true and correct.

2. I am the President of Westmount Group, Inc.

3. Due to the fact of extreme stress, pressure, desperation, confusion and lack of adequate knowledge, guidance, or education about the whole concept of bankruptcy and its application and consequences, I failed to communicate in depth with my attorney and as a result my attorney did not apply the details otherwise, he would have advised me not to file for bankruptcy. My case is not adequate and incompatible with any sort of bankruptcy and fundamentally in conflict with and was filed by mistake. There is endless evidence to support my statement including ongoing TRO, fund transfer, undeveloped business purpose, no tax return, etc. A closer look shows my case has all the ingredients to purposely fail bankruptcy eligibility and it is absurd. I'm requesting the Court under the benefit of the doubt to give me a chance to correct the mistake.

4. I object to having the assets of Westmount Group, Inc. liquidated in Chapter 7 because I dispute the claims of the creditors who have filed Proofs of Claim so far. The grounds for my objection to the Claim of Albert Flores are stated at length in the Objection to Claim of Albert Flores on file in this case. I dispute that Weststar Title, Inc. has any claim against Westmount Group, Inc., I believe that the best place to resolve these claims is in the pending state court litigation.

5. If the Court grants my request to dismiss this case, I will abide by any conditions set by this Court including the depositing the promissory held by Westmount Group, Inc. into the registry of the State Court.

6. I declare the above and foregoing to be true and correct under penalty of perjury.

1

2

Dated: November 12, 2021

                                                                                                 */s/ Keyvan Parsa*
                                                                                                 **Keyvan Parsa**