# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−hcm

Chapter No.: 7

Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on   **12/16/21 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 71 Application to Employ Mullin Hoard & Brown, L.L.P. as Counsel for Chapter 7 Trustee filed by Brad W. Odell for Trustee Brad W. Odell Hearing Scheduled For 12/16/2021 at 10:00 AM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. ANY OBJECTION TO THE APPLICATION MUST BE FILED BY 12/8/21. (Farrar, Ronda)

Dated: 11/17/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]