**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC | § | Case No. 21-30633-hcm |
|     Debtor | § | (Chapter 7) |

## EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

TO THE HONORABLE JUDGE OF SAID COURT:

BARRON & NEWBURGER, P.C. hereby files this Emergency to Withdraw as Counsel for Debtor and would show as follows:

1. This case was filed under Chapter 11 on August 23, 2021.

2. The case was converted to Chapter 7 on October 26, 2021.

3. Debtor's principal has blamed counsel for the conversion of its case.

4. Debtor's principal has also testified in a deposition that a prior attorney for Westmount Group, Mr. Carlos Miranda, agreed to a temporary restraining order and temporary injunction because he was friends with James Brewer and was doing a favor for Mr. Brewer.

5. Since the case was converted, the Debtor has failed to review or execute conversion schedules sent to the Debtor.

6. Since the case was converted, the Debtor has failed to execute a new engagement agreement employing counsel for the Chapter 7 proceeding.

7. The Debtor also failed to produce any documents for a Rule 2004 examination.

8. The Debtor requested that counsel file a motion to dismiss the bankruptcy case. Counsel prepared the motion as requested and submitted a declaration drafted by Debtor's principal. The Court has now denied that motion.

9. Under the Legal Services Agreement between Attorney and Client executed in connection with the Chapter 11 case:

> Attorney may terminate this engagement under the following circumstances: . . . (b) in the event that Client refuses to honor its obligations under the United States Bankruptcy Code or other applicable law or under this Agreement; (c) in the event that Client refuses to cooperate with Attorney in pursuing the objectives of the representation; . . . (e) if Attorney is required to withdraw under the ethical rules applicable to attorneys; . . . provided, however, that Attorney may not withdraw from an active court proceeding without permission from the Court.

10. Cause exists to withdraw for the reason that:

    a. The attorney-client relationship has irreparably broken down;

    b. The client refuses to cooperate with its attorney; and

    c. The parties do not have a legal services agreement covering the Chapter 7 proceeding.

11. Counsel hereby gives notice to the Debtor that:

    (a) A first meeting of creditors is scheduled for November 30, 2021 at 11:00 a.m. via phone at (866) 909-2905; Code: 5519921#; and

WHEREFORE, PREMISES CONSIDERED, Barron & Newburger, P.C. prays that it be permitted to withdraw as counsel for Debtor.

        Respectfully submitted,
        BARRON & NEWBURGER, P.C.
        7320 N. MoPac Expy., Suite 400
        Austin, Texas 78731
        Tel: (512) 476-9103 / Fax: (512) 476-9253

By:   */s/ Stephen Sather*
       Stephen W. Sather, SBN 17657520

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by electronic mail transmission on November 17, 2021, to all parties listed on the Service List attached to the filed copy of this Pleading and electronically by the Court's ECF system to all parties registered to receive such service and to:

Keyvan Parsa at k1p000@gmail.com

                                           /s/Stephen W. Sather
                                           Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30633-hcm<br>Western District of Texas<br>El Paso<br>Tue Nov  2 14:27:34 CDT 2021 | Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Dr., Ste. 4-400<br>El Paso, TX 79912-5134 | Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg 4, Suite 400<br>El Paso, TX 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Fidelity National Title Insurance Co<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste 610<br>Plano, TX 75024-7164 | Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso TX 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd East<br>El Paso TX 79905-2023 |
| Montoya Park Place, Inc.<br>810 N. Kansas<br>El Paso, TX 79902-5207 | Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H2K2 | Techrover, Inc.<br>71 Camille<br>El Paso, TX 79912-4539 |
| Ulrick Moise<br>Palacio de Paquim,<br>C. Durango 2047<br>32575 Cd Juarez,<br>Chih. Mexico | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Wells Fargo Business<br>PO Box 6995<br>Portland OR 97228-6995 |
| WestStar Title, LLC<br>c/o Kemp Smith LLP<br>Attn:  James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, Texas 79901-1401 | Westmount Assets, Inc.<br>810 N. Kansas St.<br>El Paso, TX 79902-5207 | Weststar Title, LLC<br>c/o James W. Brewer<br>221 N. Kansas, Ste 1700<br>El Paso, TX 79901-1401 |
| Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3169 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |