**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC | § | Case No. 21-30633-hcm |
| Debtor | § | (Chapter 7) |

**ORDER GRANTING**
**EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

CAME ON TO BE CONSIDERED the Motion to Withdraw as Counsel for Debtor filed by Barron & Newburger, P.C. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that Barron & Newburger, P.C. is hereby granted leave to withdraw as counsel for the Debtor.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

Page 1