**The relief described hereinbelow is SO ORDERED.**

**Signed November 17, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

### ORDER DENYING MOTION TO DISMISS CHAPTER 7 CASE

On November 17, 2021, the Court conducted a hearing on the Motion to Dismiss Chapter 7 Case ("Motion")(dkt# 63) filed by Westmount Group, Inc., as Chapter 7 debtor ("Debtor"). Albert Flores ("Flores") filed Responses to the Motion (dkt# 70, 78), Westar Title, LLC ("Westar") filed a Response to the Motion (dkt# 74), and the Chapter 7 trustee for the Debtor's estate ("Trustee") filed a Response to the Motion (dkt# 76) (collectively "Responses"). Appearing at the hearing were counsel for the Debtor, counsel for Flores, counsel for Westar, the Trustee, counsel for the U.S. Trustee, and Mr. Keyvan Parsa for the Debtor.

The Court has considered the Motion, the Responses, the evidence, the record in this bankruptcy case, and the statements and arguments of counsel. For the reasons set forth by the Court in its oral ruling on the record on November 17, 2021, the Court finds

1

that cause does not exist to dismiss the Chapter 7 case of the Debtor under 11 U.S.C. §707(a) and that the Motion should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT** the Motion to Dismiss Chapter 7 Case ("Motion")(dkt# 63) filed by the Debtor is hereby DENIED.

# # #