# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on    **12/1/21 at 12:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 80 Emergency Motion to Withdraw Attorney filed by Stephen W. Sather for Debtor Westmount Group, Inc. Hearing Scheduled For 12/1/2021 at 12:30 PM (MT), 01:30 PM (CT) at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609# (Farrar, Ronda)

Dated: 11/18/21

                                                                   Barry D. Knight
                                                       Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]