# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−30633−hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on  **12/16/21  at  10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 71 Application to Employ Mullin Hoard & Brown, L.L.P. as Counsel for Chapter 7 Trustee filed by Brad W. Odell for Trustee Brad W. Odell Hearing Scheduled For 12/16/2021 at 10:00 AM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. ANY OBJECTION TO THE APPLICATION MUST BE FILED BY 12/8/21. (Farrar, Ronda)

Dated:  11/17/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[**Hearing Notice (BK)**] [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: 134 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |
| 18217093 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| 18214453 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Drive, Bldg 4, Suite 400, El Paso, TX 79912-5115 |
| 18216508 | + | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18214454 | + | Fidelity National Title Insurance Co, c/o Shakira Kelley, 6900 Dallas Parkway, Ste 610, Plano, TX 75024-7164 |
| 18214455 | + | Keyvan Parsa, 7604 Plaza Redonda, El Paso TX 79912-8402 |
| 18214456 | + | Manny Jemente, Acala Investments, 6044 Gateway Blvd East, El Paso TX 79905-2023 |
| 18233313 | + | Montoya Park Place, Inc., 810 N. Kansas, El Paso, TX 79902-5207 |
| 18214457 | | Shabnam Izadpanahi, 36 Micmac Crescent, North York, ON M2H2K2 |
| 18233314 | + | Techrover, Inc., 71 Camille, El Paso, TX 79912-4539 |
| 18214458 | | Ulrick Moise, Palacio de Paquim,, C. Durango 2047, 32575 Cd Juarez,, Chih. Mexico |
| 18214459 | | Wells Fargo Business, PO Box 6995, Portland OR 97228-6995 |
| 18214528 | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, Texas 79901-1401 |
| 18233315 | + | Westmount Assets, Inc., 810 N. Kansas St., El Paso, TX 79902-5207 |
| 18214460 | + | Weststar Title, LLC, c/o James W. Brewer, 221 N. Kansas, Ste 1700, El Paso, TX 79901-1401 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18216508 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 17 2021 21:57:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| 18216509 | *+ | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

21-30633-hcm Doc#83 Filed 11/19/21 Entered 11/19/21 23:21:27 Imaged Certificate of Notice Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: 134 | Total Noticed: 18 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2021　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Creditor Albert Flores budkirk@aol.com |
| James W. Brewer | on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Shane P. Tobin | on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov |
| Stephen W. Sather | on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 8