**The relief described hereinbelow is SO ORDERED.**

**Signed November 17, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

### ORDER DENYING MOTION TO DISMISS CHAPTER 7 CASE

On November 17, 2021, the Court conducted a hearing on the Motion to Dismiss Chapter 7 Case ("Motion")(dkt# 63) filed by Westmount Group, Inc., as Chapter 7 debtor ("Debtor"). Albert Flores ("Flores") filed Responses to the Motion (dkt# 70, 78), Westar Title, LLC ("Westar") filed a Response to the Motion (dkt# 74), and the Chapter 7 trustee for the Debtor's estate ("Trustee") filed a Response to the Motion (dkt# 76) (collectively "Responses").  Appearing at the hearing were counsel for the Debtor, counsel for Flores, counsel for Westar, the Trustee, counsel for the U.S. Trustee, and Mr. Keyvan Parsa for the Debtor.

The Court has considered the Motion, the Responses, the evidence, the record in this bankruptcy case, and the statements and arguments of counsel. For the reasons set forth by the Court in its oral ruling on the record on November 17, 2021, the Court finds

1

that cause does not exist to dismiss the Chapter 7 case of the Debtor under 11 U.S.C. §707(a) and that the Motion should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT** the Motion to Dismiss Chapter 7 Case ("Motion")(dkt# 63) filed by the Debtor is hereby DENIED.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdfintp | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Creditor Albert Flores budkirk@aol.com |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdfintp | Total Noticed: 5 |

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
    brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
    on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com,
    lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8