IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § § | |
| WESTMOUNT GROUP, INC. | § § | Case No. 21-30633-HCM-11 |
| Debtor. | § | |

THE DISTRICT COURT
OF EL PASO COUNTY, TEXAS
327TH JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| ALBERT FLORES, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2020DCV2997 |
| KEYVAN PARSA, and MONTOYA PARK PLACE, INC., | § § § | |
| Defendants, | § | |
| WESTSTAR TITLE, LLC, LLC, FIDELITY NATIONAL TITLE INSURANCE COMPANY, and | § § § § | |
| Intervenors/Third Party Plaintiffs, | § | |
| KEYVAN PARSA, MONTOYA PARK PLACE, INC., DEBORAH JORDAN, and ALBERT FLORES, | § § § § § | |
| Third Party Defendants, and | § | |
| WESTMOUNT GROUP, INC., | § § | |
| Intervenor-Third Party Defendant. | § | |

**<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE THOMAS SPIECZNY, JUDGE PRESIDING:

TAKE NOTICE, that the Plaintiff ALBERT FLORES has this day filed his Notice of Removal of this case, in this Court and in the United States Bankruptcy Court for the Western District of Texas, El Paso, Division. The removal is to the Bankruptcy Court.

1.

This Notice of Removal is brought under 28 U.S.C. § 1452(a) and F.R. Bankr. P. 9027 and Local Bankruptcy Rule 9027(b), which substitutes the Bankruptcy Court for the District Court as the federal Court in which the Notice is to be filed.

2.

The facts which entitle ALBERT FLORES ("FLORES") to remove this case are:

a) FLORES sued the Debtor WESTMOUNT GROUP, INC. in the 327th District Court for El Paso County Texas on July 27th, 2021.

b) WESTMOUNT GROUP, INC. filed for Chapter 11 protection on August 23, 2021. The bankruptcy case was converted to Chapter 7 on October 26, 2021.

c) FLORES has claims for fraudulent transfer against WESTMOUNT GROUP, INC. as the fraudulent transferee of another Defendant in this suit.

d) The claims against the fraudulent transferee WESTMOUNT GROUP, INC. sound under Texas Business and Commerce Code §§ 24.005 and 24.006. There are other claims for fraudulent and avoidable transfers which the Chapter 7 Trustee can assert against WESTMOUNT GROUP, INC. under 11 U.S.C. §§ 542, 544, 547, 548, 549, and 550.

e) After the automatic stay was imposed by WESTMOUNT GROUP, INC.'s bankruptcy filing, Intervenor WESTSTAR TITLE COMPANY severed the action against WESTMOUNT GROUP, INC. into Docket No. 2021DCV3555. No other action has transpired in Docket No. 2021DCV3555. The pleadings in Docket No. 2020DCV2997 still inform what issues are joined in Docket No. 2021DCV3553.

f) The removal of both actions (2020DCV2997 and 2021DCV3555) to the Bankruptcy Court will better assure that complete relief can be afforded, as the asserted fraudulent transfer and the asserted fraudulent transferee will both be amenable to suit upon common facts in the same forum, thereby eliminating duplication of resources and time.

3.

A copy of the docket sheet for the removed proceeding is hereto attached. Due to the bulk of the record, Mr. FLORES is separately requesting leave to gather the entire record within 15 days or such other time as the Bankruptcy Court will allow.

Respectively submitted this 22nd day of November, 2021.

/s/ *[signature]*
E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for ALBERT FLORES

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22 day of November, 2021, I did cause a copy of the foregoing Notice of Removal to <u>Westmount Group, Inc.</u>, c/o Keyvan Parsa, 810 N. Kansas Street, El Paso, TX 79902-5207; to <u>Keyvan Parsa</u>, 7604 Plaza Redonda, El Paso, TX 79912; to <u>Stephen W. Sather</u>, 7320 N MoPac Expy, Ste. 400, Austin, TX 78731; to <u>Montoya Park Place, Inc.</u>, Troy C. Brown, 1074 Country Club Rd., Ste. B4, El Paso, TX 79932; to <u>Weststar Title, LLC</u>, c/o James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401; to <u>Fidelity National Title Insurance Company</u>, c/o Shakira Kelley, 6900 Dallas Parkway, Suite 610, Plano, Texas 75024; and to <u>Deborah Jordan</u>, c/o Richard A. Roman, Esq., 1018 Brown Street, El Paso, Texas 79902.

/s/ *[signature]*
E.P. BUD KIRK

# REGISTER OF ACTIONS
## CASE No. 2020DCV2997

| | | |
|---|---|---|
| Albert Flores VS Keyvan Parsa, MD and Montoya Park Place, Inc. | § § § § § | Case Type: Other Contract<br>Date Filed: 09/16/2020<br>Location: 327th District Court |

### RELATED CASE INFORMATION

**Related Cases**
2021DCV3555 (Related Case)

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Counter Defendant | Fidelity National Title Insurance Company | Michael J. Willey<br>*Retained*<br>972-812-6478(W) |
| Counter Plaintiff | Flores, Albert | E.P. BUD KIRK<br>*Retained*<br>915-584-3773(W) |
| Defendant | Flores, Albert | E.P. BUD KIRK<br>*Retained*<br>915-584-3773(W) |
| Defendant | Jordan, Deborah | RICHARD ROMAN<br>*Retained*<br>915-351-2679(W) |
| Defendant | Montoya Park Place, Inc. | MANNIE KALMAN<br>*Retained*<br>915-542-1916(W) |
| Defendant | Parsa, Keyvan, MD | |
| Intervenor | Fidelity National Title Insurance Company | Michael J. Willey<br>*Retained*<br>972-812-6478(W) |
| Intervenor | WestStar Title, LLC | JAMES W BREWER<br>*Retained*<br>915-546-5236(W) |
| Plaintiff | Flores, Albert | E.P. BUD KIRK<br>*Retained*<br>915-584-3773(W) |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**
09/16/2021 | Order Granted (Judicial Officer: Spieczny, Tom)
Comment (ORDER GRANTING WESTSTAR TITLE, LLC MOTION TO SEVER / SIGNED 09.16.21 / KMM)

**OTHER EVENTS AND HEARINGS**
09/16/2020 | Original Petition (OCA)    Index # 1
09/16/2020 | E-File Event Original Filing
09/18/2020 | Request    Index # 2
09/22/2020 | Affidavit    Index # 3

| Date | Event |
|---|---|
| 09/24/2020 | Citation |
| |    Parsa, Keyvan, MD       Served     10/01/2020 |
| |                                     Response Received     10/01/2020 |
| |                                     Returned     10/06/2020 |
| 09/25/2020 | Motion for Appointment of Attorney Ad Litem    Index # 4 |
| 10/01/2020 | Answer    Index # 6 |
| 10/05/2020 | Motion to Dismiss    Index # 7 |
| 10/15/2020 | Amended Petition    Index # 8 |
| 10/16/2020 | Response    Index # 9 |
| 11/23/2020 | Amended Petition    Index # 10 |
| 11/25/2020 | Motion for Temporary Restraining Order    Index # 11 |
| 12/01/2020 | Notice of Hearing    Index # 12 |
| 12/02/2020 | Motion for Continuance    Index # 13 |
| 12/02/2020 | Motion to Withdraw    Index # 14 |
| 12/03/2020 | Temporary Restraining Order Hearing (3:30 PM) (Judicial Officer Chew, Linda) |
| 12/03/2020 | Order Setting Hearing    Index # 15 |
| 12/11/2020 | Motion for Temporary Restraining Order    Index # 16 |
| 12/14/2020 | Temporary Restraining Order Hearing (10:30 AM) (Judicial Officer Chew, Linda) |
| 12/15/2020 | Motion for Substitute Counsel    Index # 17 |
| 12/21/2020 | Entry of Appearance    Index # 18 |
| 12/22/2020 | Amended    Index # 19 |
| 01/04/2021 | Order for Substitute Service    Index # 20 |
| 01/04/2021 | Temporary Restraining Order    Index # 21 |
| 01/06/2021 | Notice of Hearing    Index # 22 |
| 01/06/2021 | Petition in Intervention    Index # 28 |
| 01/11/2021 | Order of Assignment |
| 01/14/2021 | Answer    Index # 23 |
| 01/14/2021 | Response    Index # 24 |
| 01/15/2021 | Temporary Restraining Order Hearing (10:00 AM) (Judicial Officer Chew, Linda) |
| 01/22/2021 | Petition in Intervention    Index # 25 |
| 01/27/2021 | Order for Temporary Injunction    Index # 27 |
| 01/29/2021 | Request    Index # 26 |
| 02/01/2021 | Citation |
| |    Jordan, Deborah        Served     02/03/2021 |
| |                                     Response Received     04/05/2021 |
| |                                     Returned     02/04/2021 |
| 02/03/2021 | Answer    Index # 29 |
| 02/04/2021 | Answer    Index # 31 |
| 02/08/2021 | Counter Petition    Index # 32 |
| 02/16/2021 | Answer    Index # 33 |
| 02/22/2021 | Letter    Index # 34 |
| 03/18/2021 | Notice of Hearing    Index # 35 |
| 04/05/2021 | Entry of Appearance    Index # 36 |
| 04/05/2021 | General Denial    Index # 37 |
| 04/12/2021 | Motion for Continuance    Index # 38 |
| 04/12/2021 | Objection    Index # 39 |
| 04/15/2021 | Order Setting Hearing    Index # 40 |
| 04/16/2021 | Status Hearing (2:00 PM) (Judicial Officer Chew, Linda) |
| |    *04/15/2021 Reset by Court to 04/16/2021* |
| 04/20/2021 | Motion to Quash    Index # 41 |
| 04/21/2021 | Motion to Compel    Index # 42 |
| 04/22/2021 | *CANCELED* Status Conference (1:30 PM) (Judicial Officer Chew, Linda) |
| |    *Court Coordinator Discretionary Cancellation* |
| 04/26/2021 | Order to Compel    Index # 44 |
| 04/26/2021 | Response    Index # 43 |
| 04/28/2021 | Motion to Reconsider    Index # 45 |
| 05/05/2021 | Notice of Hearing    Index # 47 |
| 05/10/2021 | Notice of Hearing    Index # 46 |
| 05/18/2021 | Status Hearing (11:00 AM) (Judicial Officer Chew, Linda) |
| 05/18/2021 | Motion to Reconsider Hearing (11:00 AM) (Judicial Officer Chew, Linda) |
| 05/18/2021 | Order Setting Non-Jury Trial    Index # 48 |
| 05/27/2021 | Entry of Appearance    Index # 49 |
| 05/27/2021 | Motion to Withdraw    Index # 50 |
| 05/28/2021 | Motion to Reconsider    Index # 51 |
| 06/03/2021 | Response    Index # 52 |
| 06/04/2021 | Notice of Appearance    Index # 53 |
| 06/07/2021 | Motion for Contempt    Index # 54 |
| 06/15/2021 | Objection    Index # 55 |
| 06/22/2021 | Order Permitting Withdrawl of Counsel    Index # 56 |
| 06/23/2021 | Notice of Hearing    Index # 57 |
| 06/23/2021 | Notice of Hearing    Index # 58 |
| 06/23/2021 | Order Granting    Index # 59 |
| 06/24/2021 | Amended Notice    Index # 60 |
| 06/28/2021 | Certificate of Written Discovery    Index # 61 |
| 07/05/2021 | Response    Index # 62 |
| 07/08/2021 | Motion Hearing (2:00 PM) (Judicial Officer Chew, Linda) |
| 07/08/2021 | Reply    Index # 63 |
| 07/08/2021 | Reply    Index # 64 |
| 07/13/2021 | Order Setting Hearing    Index # 65 |

https://casesearch.epcounty.com/PublicAccess/CaseDetail.aspx?Case...

| Date | Event |
|---|---|
| 07/14/2021 | Judge's Conference (3:30 PM) (Judicial Officer Chew, Linda) |
| 07/14/2021 | Notice of Filing   Index # 66 |
| 07/15/2021 | Order Setting Hearing   Index # 67 |
| 07/16/2021 | Intervention   Index # 68 |
| 07/16/2021 | Motion to Vacate   Index # 69 |
| 07/27/2021 | Amended Petition   Index # 70 |
| 07/28/2021 | Response   Index # 71 |
| 08/06/2021 | Amended Petition   Index # 72 |
| 08/06/2021 | Jury Demand   Index # 73 |
| 08/10/2021 | Motion to Compel   Index # 74 |
| 08/12/2021 | Amended Notice   Index # 75 |
| 08/19/2021 | Amended Petition   Index # 76 |
| 08/20/2021 | Response   Index # 77 |
| 08/23/2021 | Suggestion of Bankruptcy (OCA)   Index # 78 |
| 08/24/2021 | Pre-Trial Hearing (10:00 AM) (Judicial Officer Chew, Linda) |
|  | *09/21/2021 Reset by Court to 08/24/2021* |
| 08/24/2021 | Order Setting Hearing   Index # 79 |
| 09/01/2021 | Motion Hearing (4:00 PM) (Judicial Officer Chew, Linda) |
| 09/01/2021 | Order Setting Hearing   Index # 80 |
| 09/09/2021 | Motion for Severance   Index # 81 |
| 09/10/2021 | Motion for Protective Order   Index # 82 |
| 09/10/2021 | Notice of Hearing   Index # 83 |
| 09/10/2021 | Certificate of Written Discovery   Index # 84 |
| 09/13/2021 | Response   Index # 85 |
| 09/13/2021 | Motion for Severance   Index # 86 |
| 09/14/2021 | Statement   Index # 87 |
| 09/15/2021 | Motion Hearing (10:30 AM) (Judicial Officer Chew, Linda) |
| 09/16/2021 | Notice Lifting Stay   Index # 90 |
| 09/17/2021 | Motion for Contempt   Index # 89 |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Order Setting Hearing   Index # 91 |
| 09/20/2021 | Notice of Hearing   Index # 92 |
| 09/20/2021 | Objection   Index # 93 |
| 09/20/2021 | Notice of Hearing   Index # 94 |
| 09/22/2021 | Notice   Index # 95 |
| 09/22/2021 | Motion for Continuance   Index # 96 |
| 09/22/2021 | Motion to Withdraw   Index # 97 |
| 09/23/2021 | Contempt Hearing (1:30 PM) (Judicial Officer Chew, Linda) Result: Appeared |
| 09/23/2021 | Order Setting Hearing   Index # 98 |
| 09/24/2021 | Entry of Appearance   Index # 99 |
| 09/24/2021 | Returned Mail   Index # 103 |
| 09/27/2021 | Response   Index # 100 |
| 09/27/2021 | Response   Index # 101 |
| 09/28/2021 | Contempt Hearing (3:30 PM) (Judicial Officer Chew, Linda) |
| 09/28/2021 | Order Permitting Withdrawl of Counsel   Index # 102 |
| 10/13/2021 | Returned Mail   Index # 106 |
| 10/14/2021 | Order for Contempt   Index # 104 |
| 10/15/2021 | Motion to Withdraw   Index # 105 |
| 10/19/2021 | *CANCELED* Bench Trial (10:00 AM) (Judicial Officer Chew, Linda) *Court Coordinator Discretionary Cancellation* |
| 10/21/2021 | Motion to Withdraw Attorney (10:30 AM) (Judicial Officer Chew, Linda) |
| 10/26/2021 | Order Permitting Withdrawl of Counsel   Index # 107 |
| 10/26/2021 | Order Setting Hearing   Index # 108 |
| 11/01/2021 | Motion Hearing (11:00 AM) (Judicial Officer Chew, Linda) |