IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| WESTMOUNT GROUP, INC. | § | No. 21-30633-HCM-11 |
| | § | |
| | § | |
| Debtor. | § | |

## ORDER GRANTING ADDITIONAL TIME TO OBTAIN THE RECORD FOR TWO REMOVED CIVIL SUITS

On this day in these proceedings the Court has considered the Motion of ALBERT FLORES for additional time to obtain the record of pleadings in two removed civil suits, Nos. 2020DCV2997 and 2021DCV3555 in the 327th District Court, El Paso County, Texas.

For cause shown, additional time is GRANTED.

###

Respectfully submitted:

E.P. BUD KIRK
Attorney at Law
600 Sunland Park Dr.
Building Four, Suite 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile

Attorney for Debtor