**The relief described hereinbelow is SO ORDERED.**

**Signed November 23, 2021.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

**ORDER STRIKING NOTICES OF REMOVAL**

On November 22, 2021, counsel for Albert Flores ("Flores") filed Notices of Removal in this main bankruptcy case no. 21-30633 of Westmount Group, Inc. (dkt# 86, 87). The Notices purported to remove state court suits pending in the 327th District Court of El Paso County, Texas, cause no. 2020DCV2997 and cause no. 2021DCV3555, to this Court.

The Court finds that the Notices of Removal should be stricken. Under Rule 7001(10) of the Federal Rules of Bankruptcy Procedure, a claim or cause of action removed under 28 U.S.C. § 1452 must be removed as an adversary proceeding. Instead of filing the Notices of Removal as an adversary proceeding, Flores filed the Notices of Removal in the main bankruptcy case.

The Court finds that the following Order should be entered.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Notices of Removal (dkt# 86, 87) filed by Flores on November 22, 2021 are hereby stricken and are of no force and effect.

2. The Motion for Leave to Gather Removed Record Over Period of Time (dkt# 88) filed by Flores on November 22, 2021 is hereby dismissed as moot.

# # #