# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−hcm

Chapter No.: 7

Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

    on    **1/13/22  at  10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 56 Objection to Claim 2−1 Filed by Albert Flores with Notice thereof, (30 Day Objection Language) Filed by Stephen W. Sather for Debtor Westmount Group, Inc. Hearing Scheduled For 1/13/2022 at 10:00 AM at El Paso Courtroom..... Prior court approval through CM/ECF is required to appear by WebEx or phone for this hearing. (Farrar, Ronda)

Dated:  11/24/21

                                              Barry D. Knight
                                              Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]