**The relief described hereinbelow is SO ORDERED.**

**Signed November 23, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| WESTMOUNT GROUP, INC. § | CASE NO. 21-30633-hcm |
| Debtor. § | (Chapter 7) |

### ORDER STRIKING NOTICES OF REMOVAL

On November 22, 2021, counsel for Albert Flores ("Flores") filed Notices of Removal in this main bankruptcy case no. 21-30633 of Westmount Group, Inc. (dkt# 86, 87). The Notices purported to remove state court suits pending in the 327th District Court of El Paso County, Texas, cause no. 2020DCV2997 and cause no. 2021DCV3555, to this Court.

The Court finds that the Notices of Removal should be stricken. Under Rule 7001(10) of the Federal Rules of Bankruptcy Procedure, a claim or cause of action removed under 28 U.S.C. § 1452 must be removed as an adversary proceeding. Instead of filing the Notices of Removal as an adversary proceeding, Flores filed the Notices of Removal in the main bankruptcy case.

The Court finds that the following Order should be entered.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Notices of Removal (dkt# 86, 87) filed by Flores on November 22, 2021 are hereby stricken and are of no force and effect.

2. The Motion for Leave to Gather Removed Record Over Period of Time (dkt# 88) filed by Flores on November 22, 2021 is hereby dismissed as moot.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdfintp | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Creditor Albert Flores budkirk@aol.com |
| James W. Brewer | on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdfintp | Total Noticed: 3 |

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
    on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8