# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−30633−hcm

Chapter No.: 7

Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on  **1/13/22  at  10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 56 Objection to Claim 2−1 Filed by Albert Flores with Notice thereof, (30 Day Objection Language) Filed by Stephen W. Sather for Debtor Westmount Group, Inc. Hearing Scheduled For 1/13/2022 at 10:00 AM at El Paso Courtroom..... Prior court approval through CM/ECF is required to appear by WebEx or phone for this hearing. (Farrar, Ronda)

Dated:  11/24/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 24, 2021 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 26, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| E. P. Bud Kirk | on behalf of Creditor Albert Flores budkirk@aol.com |
| James W. Brewer | on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Shane P. Tobin | |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 132 | Total Noticed: 1 |

    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather

    on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12

    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8