| Fill in this information to identify the case | |
|---|---|
| Debtor name | **Westmount Group, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | 21-30633 |

☑ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**     **Current value of debtor's interest**

2. **Cash on hand**     _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo - Checking account | Checking account | 1 5 5 7 | $3,374.47 |
| 3.2. | Undeposited Cashiers check from the closing of Wells Fargo Acct #2218 | Checking account | _ _ _ _ | $4,775.77 |

4. **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5. **Total of Part 1**     **$8,150.24**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor **Westmount Group, Inc.**      Case number (if known) **21-30633**
     Name

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**      $0.00

   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ − _____ = ……….→ _____
                            face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: _____ − _____ = ……….→ _____
                            face amount        doubtful or uncollectible accounts

12. **Total of Part 3**      $0.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:       % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**      $0.00

    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor **Westmount Group, Inc.**     Case number (if known) **21-30633**
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | MM/DD/YYYY | | | |

19. Raw materials
20. Work in progress
21. Finished goods, including goods held for resale
22. Other inventory or supplies

23. **Total of Part 5**     **$0.00**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. Crops--either planted or harvested
29. Farm animals *Examples:* Livestock, poultry, farm-raised fish
30. Farm machinery and equipment (Other than titled motor vehicles)
31. Farm and fishing supplies, chemicals, and feed
32. Other farming and fishing-related property not already listed in Part 6

33. **Total of Part 6.**     **$0.00**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor **Westmount Group, Inc.** Case number (if known) **21-30633**
      Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.** $0.00
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Westmount Group, Inc.**  Case number (if known) **21-30633**
      Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**  $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66. Total of Part 10.**  $0.00
Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Westmount Group, Inc.**     Case number (if known) **21-30633**
    Name

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

                              **Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

| Description | Total face amount | − | doubtful or uncollectible amount | = → | Current value |
|---|---|---|---|---|---|
| **Promissory Note on 538 East Road, El Paso, TX owed by 538 East, Inc.** | $76,500.26 | − | $0.00 | = → | $76,500.26 |
| **Promissory Note on 3320 Montana Ave, El Paso TX owed by Westmount Assets, Inc.** | $35,000.00 | − | $0.00 | = → | $35,000.00 |
| **Promissory Note on 4325 Leeds Avenue, El Paso, TX owed by Westmount Assets, Inc.** | $35,000.00 | − | $0.00 | = → | $35,000.00 |
| **Promissory Note on 4500 Frankfort Avenue, El Paso Texas owed by Westmount Assets, Inc** | $50,000.00 | − | $0.00 | = → | $50,000.00 |
| **Promissory Note on 4537 Skylark Way, El Paso, TX owed by TRR 4133, Inc.** | $93,895.83 | − | $0.00 | = → | $93,895.83 |
| **Promissory Note on 9532 Charleston Street, El Paso, TX owed by TRR 4133, Inc.** | $74,159.26 | − | $0.00 | = → | $74,159.26 |
| **Promissory Note on 71 Camille by 71 Camille, Inc.** | $430,000.00 | − | $0.00 | = → | $430,000.00 |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.            **$794,555.35**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor **Westmount Group, Inc.**      Case number (if known) **21-30633**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,150.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $794,555.35 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $802,705.59 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. **$802,705.59**

**Fill in this information to identify the case:**

Debtor Name: **Westmount Group, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **21-30633**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................ **$802,705.59**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................. **$802,705.59**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................... **$1,461,586.09**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ **+ $1,223,000.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................ **$2,684,586.09**

**Fill in this information to identify the case and this filing:**

Debtor Name: **Westmount Group, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **21-30633**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- [ ] Amended Schedule
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2021**     X **/s/ Keyvan Parsa** *keyvanparsa*
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

**Keyvan Parsa**
Printed name

**President**
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Westmount Group, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-30633** |

☑ Check if this is an amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Business**<br>Creditor's name<br>**PO Box 6995**<br>Street<br><br>**Portland**  **OR**  **97228-6995**<br>City  State  ZIP Code | **August 31, 2021** | **$452,931.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Line of Credit** |

| Debtor | **Westmount Group, Inc.** | Case number (if known) | **21-30633** |
|---|---|---|---|
| | Name | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | **Insider's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.1. | **Techrover, Inc.**<br>Insider's name<br>**810 N. Kansas Street**<br>Street<br><br>**El Paso**  **TX**  **79902**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**Affiliate** | 6/8/2021 | $450,000.00 | **Loan to Techrover, repaid on 7/15/2021** |

| | **Insider's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.2. | **Keyvan Parsa**<br>Insider's name<br>**7604 Plaza Redonda**<br>Street<br><br>**El Paso**  **TX**  **79912**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**Affiliate** | **August 23, 2021** | $190,444.65 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor **Westmount Group, Inc.** Case number (if known) **21-30633**
Name

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Albert Flores v. Keyvan Parsa, et al** | **Suit for Rescission of Contract** | **District Court of El Paso County, Texas** (Name) **327th Judicial District** (Street) **El Paso**, **TX** (City, State, ZIP) | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **2020DCV2997** | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barron & Newburger, P.C.** | **Attorney Fees & Filing Fees** | **August 21, 2021** | **$16,738.00** |
| | Address **7320 N. MoPac Expressway, Suite 400** Street **Austin**, **TX**, **78731** City, State, ZIP | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor **Westmount Group, Inc.** Case number (if known) **21-30633**
      Name

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

### 13. Transfers not already listed on this statement

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **538 East, Inc.**<br>Address<br>**71 Camille Drive**<br>Street<br><br>**El Paso**   **TX**   **79912**<br>City   State   ZIP Code<br><br>Relationship to debtor | **Fund real estate lien note on 538 East Rd, El Paso TX** | **July 16, 2021** | **$76,500.00** |
| 13.2. | **Westmount Assets, Inc.**<br>Address<br>**810 N. Kansas Street**<br>Street<br><br>**El Paso**   **TX**   **79902**<br>City   State   ZIP Code<br><br>Relationship to debtor<br>**Affiliate** | **Fund real estate lien note on Sale of 3220 Montana Avenue, El Paso TX** | **July 19, 2021** | **$35,000.00** |
| 13.3. | **Westmount Assets, Inc**<br>Address<br>**810 N. Kansas Street**<br>Street<br><br>**El Paso**   **TX**   **79902**<br>City   State   ZIP Code<br><br>Relationship to debtor<br>**Affiliate** | **Fund real estate lien note on 4325 Leeds Avenue, El Paso TX** | **July 19, 2021** | **$35,000.00** |

Debtor __**Westmount Group, Inc.**_____ Case number (if known) **21-30633**_____
       Name

| | **Who received transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| 13.4. | **Westmount Assets, Inc** | **Fund real estate lien note on 4500 Frankfort Avenue, El Paso, TX** | **July 19, 2021** | **$35,000.00** |
| | Address | | | |
| | **810 N. Kansas Street** <br> Street | | | |
| | **El Paso**    **TX**    **79902** <br> City    State    ZIP Code | | | |
| | Relationship to debtor <br> **Affiliate** | | | |
| 13.5. | **TRR 4133, Inc.** | **Fund real estate lien note on 4537 Skylark Way, El Paso, TX** | **July 16, 2021** | **$93,892.83** |
| | Address | | | |
| | **71 Camille Drive, Ste R** <br> Street | | | |
| | **El Paso**    **TX**    **79912** <br> City    State    ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.6. | **TRR 4133, Inc.** | **Fund real estate lien note on 9532 Charleston Street, El Paso, TX** | **July 16, 2021** | **$74,159.26** |
| | Address | | | |
| | **71 Camille Drive, Ste R** <br> Street | | | |
| | **El Paso**    **TX**    **79912** <br> City    State    ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.7. | **71 Camille, Inc.** | **Fund real estate lien note on 71 Camille** | **8/23/21** | **$430,000.00** |
| | Address | | | |
| | **71 Camille** <br> Street | | | |
| | **El Paso**    **TX**    **79912** <br> City    State    ZIP Code | | | |
| | Relationship to debtor | | | |

| | | | |
|---|---|---|---|
| Debtor | **Westmount Group, Inc.** | Case number (if known) | **21-30633** |
| | Name | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Debtor | **Westmount Group, Inc.** | Case number (if known) | **21-30633** |
|---|---|---|---|
| | Name | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Debtor | Westmount Group, Inc. | Case number (if known) | 21-30633 |
|---|---|---|---|
| | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Taxmatter, Inc** — Name  **71 Camile Drive** — Street  **El Paso**  **TX**  **79912** — City / State / ZIP Code | From **2012** To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Keyvan Parsa** — Name  **810 N. Kansas Street** — Street  **El Paso**  **TX**  **79902** — City / State / ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Keyvan Parsa | 810 N. Kansas  El Paso, TX 79902 | President | |
| Shabnam Izadpanahi | Ontario, Cananda | Secretary/Treasurer | |

| Debtor | Westmount Group, Inc. | Case number (if known) | 21-30633 |
|---|---|---|---|
| | Name | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

### Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/04/2021**
MM / DD / YYYY

X /s/ Keyvan Parsa          Printed name **Keyvan Parsa**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes