IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WESTMOUNT GROUP, INC., | § § | Case No. 21-30633-HCM-7 |
| Debtor. | § | Chapter 7 |

### CHAPTER 7 TRUSTEE'S MOTION TO SET BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. Bankruptcy Judge:

NOW COMES, BRAD W. ODELL, the duly appointed Chapter 7 Trustee (the "Trustee"), in the above-referenced bankruptcy proceeding, and files his Motion to Set Bar Date for Filing Chapter 11 Administrative Claims ("Motion"), and would respectfully show the Court as follows:

1. On August 23, 2021 (the "Petition Date"), Westmount Group, Inc. (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code. The Debtor elected to proceed under Subchapter V of chapter 11. [Dkt. No. 1].

2. On August 28, 2021, the Office of the United States Trustee for Region 7 appointed Brad W. Odell as the Subchapter V Trustee. [Dkt. No. 5].

3. On October 26, 2021, the Court conducted a hearing on the First Amended Motion to Dismiss Case filed by Albert Flores. After considering the evidence and argument presented at the hearing, the Court granted the First Amended Motion to Dismiss Case and ordered that the Debtor's

bankruptcy case be converted from Chapter 11, Subchapter V to Chapter 7. The Court entered its Order Converting Case to Chapter 7 on October 27, 2021. [Dkt. No. 52].

4. On October 29, 2021, the Office of the United States Trustee for Region 7 appointed Brad W. Odell as the interim chapter 7 trustee in the Debtor's converted Chapter 7 bankruptcy case. [Dkt. No. 57].

5. The Trustee proposes to set January 17, 2022 as the last day for filing Chapter 11 administrative claims and that any administrative creditors filing claims after January 17, 2022 be barred.

Respectfully Submitted,

By: /s/Brad W. Odell
Brad W. Odell

Mullin Hoard & Brown, LLP
Brad W. Odell, SBN: #24065839
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
bodell@mhba.com
***Chapter 7 Trustee***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via ECF and/or regular U.S. Mail on this 1st day of December, 2021:

1. Westmount Group, Inc.
   810 N. Kansas Street
   El Paso, TX 79902-5207
   ***Debtor***

2. Stephen W. Sather
   Barron & Newburger, PC
   7320 N. MoPac Expy, Suite 400
   Austin, TX 78731-2347
   ***Attorneys for Debtor***

3.     James Rose, Jr.
Office of the U.S. Trustee
615 E. Houston St., Ste. 533
San Antonio, Texas 78205

4.     All parties receiving ECF Notice in this case as follows:

James W. Brewer on behalf of Creditor WestStar Title, LLC
jbrewer@kempsmith.com, tschoemer@kempsmith.com

E. P. Bud Kirk on behalf of Creditor Albert Flores
budkirk@aol.com

Stephen W. Sather on behalf of Debtor Westmount Group, Inc.
ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - EP12
shane.p.tobin@usdoj.gov,
brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

5.     All parties listed on the attached mailing matrix.

.

                                                /s/ Brad W. Odell
                                                Brad W. Odell

| | | |
|---|---|---|
| Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N. MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | James Rose, Jr.<br>Office of the U.S. Trustee<br>615 E. Houston St., Ste. 533<br>San Antonio, Texas 78205 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg. 4, Suite 400<br>El Paso, Tx. 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St., Suite 2200<br>San Antonio, Tx. 78205-1588 | Fidelity National Title Insurance Co.<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste. 610<br>Plano, Tx. 75024-7164 |
| Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso, Tx. 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd. East<br>El Paso, Tx. 79905-2023 | Montoya Park Place, Inc.<br>810 N. Kansas<br>El Paso, Tx. 79902-5207 |
| Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H 2K2<br>CANADA | Techrover, Inc.<br>71 Camille<br>El Paso, TX 79912-4539 | Ulrick Moise<br>Palacio De Paquim<br>C. Durango 2047<br>32575 Cd Juarez, Chih<br>MEXICO |
| Wells Fargo Business<br>P.O. Box 6995<br>Portland, OR 97228-6995 | WestStar Title, LLC<br>c/o James Brewer<br>Kemp Smith LLP<br>221 N. Kansas, Ste. 1700<br>El Paso, Tx. 79901-1401 | Westmount Assets, Inc.<br>810 N. Kansas St.<br>El Paso, Tx. 79902-5207 |