IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WESTMOUNT GROUP, INC., | § § | Case No. 21-30633-HCM-7 |
| Debtor. | § | Chapter 7 |

### CHAPTER 7 TRUSTEE'S MOTION TO FIX PROOF OF CLAIM BAR DATE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. Bankruptcy Judge:

NOW COMES, BRAD W. ODELL, the duly appointed Chapter 7 Trustee (the "Trustee"), in the above-referenced bankruptcy proceeding, and files his Motion to Fix Proof of Claim Bar Date ("Motion"), and would respectfully show the Court as follows:

1. On August 23, 2021 (the "Petition Date"), Westmount Group, Inc. (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code. The Debtor elected to proceed under Subchapter V of chapter 11. [Dkt. No. 1].

2. On August 28, 2021, the Office of the United States Trustee for Region 7 appointed Brad W. Odell as the Subchapter V Trustee. [Dkt. No. 5].

3. On October 26, 2021, the Court conducted a hearing on the First Amended Motion to Dismiss Case filed by Albert Flores. After considering the evidence and argument presented at the hearing, the Court granted the First Amended Motion to Dismiss Case and ordered that the Debtor's

bankruptcy case be converted from Chapter 11, Subchapter V to Chapter 7. The Court entered its Order Converting Case to Chapter 7 on October 27, 2021. [Dkt. No. 52].

4. On October 29, 2021, the Office of the United States Trustee for Region 7 appointed Brad W. Odell as the interim chapter 7 trustee in the Debtor's converted Chapter 7 bankruptcy case. [Dkt. No. 57].

5. On November 30, 2021, the Trustee commenced the meeting of creditors as required pursuant to 11 U.S.C. § 341 of the Bankruptcy Code. The Trustee has determined there are assets to administer in this case.

6. The Trustee proposes to set February 24, 2022, which is 120 days from the date of conversion, as the last day for filing proofs of claim by any creditor of the above referenced debtor, save and except for claims of governmental units. The Trustee proposes to set April 25, 2022, which is 180 days from the date of conversion, as the last day for any governmental unit that holds a claim against the above reference debtor as the last day for filing proofs of claim.

Respectfully Submitted,

By: /s/Brad W. Odell
Brad W. Odell

Mullin Hoard & Brown, LLP
Brad W. Odell, SBN: #24065839
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
bodell@mhba.com
***Chapter 7 Trustee***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via ECF and/or regular U.S. Mail on this 1st day of December, 2021:

1. Westmount Group, Inc.
   810 N. Kansas Street
   El Paso, TX 79902-5207
   ***Debtor***

2. Stephen W. Sather
   Barron & Newburger, PC
   7320 N. MoPac Expy, Suite 400
   Austin, TX 78731-2347
   ***Attorneys for Debtor***

3. James Rose, Jr.
   Office of the U.S. Trustee
   615 E. Houston St., Ste. 533
   San Antonio, Texas 78205

4. All parties receiving ECF Notice in this case as follows:

   James W. Brewer on behalf of Creditor WestStar Title, LLC
   jbrewer@kempsmith.com, tschoemer@kempsmith.com

   E. P. Bud Kirk on behalf of Creditor Albert Flores
   budkirk@aol.com

   Stephen W. Sather on behalf of Debtor Westmount Group, Inc.
   ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

   Donald P. Stecker on behalf of Creditor City Of El Paso
   don.stecker@lgbs.com

   Shane P. Tobin on behalf of U.S. Trustee United States Trustee - EP12
   shane.p.tobin@usdoj.gov,
   brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

   United States Trustee - EP12
   USTPRegion07.SN.ECF@usdoj.gov

5. All parties listed on the attached mailing matrix.

                                                              /s/ Brad W. Odell
                                                                Brad W. Odell

| | | |
|---|---|---|
| Westmount Group, Inc.<br>810 N. Kansas Street<br>El Paso, TX 79902-5207 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N. MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | James Rose, Jr.<br>Office of the U.S. Trustee<br>615 E. Houston St., Ste. 533<br>San Antonio, Texas 78205 |
| Albert Flores<br>c/o E.P. Bud Kirk<br>600 Sunland Park Drive<br>Bldg. 4, Suite 400<br>El Paso, Tx. 79912-5115 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St., Suite 2200<br>San Antonio, Tx. 78205-1588 | Fidelity National Title Insurance Co.<br>c/o Shakira Kelley<br>6900 Dallas Parkway, Ste. 610<br>Plano, Tx. 75024-7164 |
| Keyvan Parsa<br>7604 Plaza Redonda<br>El Paso, Tx. 79912-8402 | Manny Jemente<br>Acala Investments<br>6044 Gateway Blvd. East<br>El Paso, Tx. 79905-2023 | Montoya Park Place, Inc.<br>810 N. Kansas<br>El Paso, Tx. 79902-5207 |
| Shabnam Izadpanahi<br>36 Micmac Crescent<br>North York, ON M2H 2K2<br>CANADA | Techrover, Inc.<br>71 Camille<br>El Paso, TX 79912-4539 | Ulrick Moise<br>Palacio De Paquim<br>C. Durango 2047<br>32575 Cd Juarez, Chih<br>MEXICO |
| Wells Fargo Business<br>P.O. Box 6995<br>Portland, OR 97228-6995 | WestStar Title, LLC<br>c/o James Brewer<br>Kemp Smith LLP<br>221 N. Kansas, Ste. 1700<br>El Paso, Tx. 79901-1401 | Westmount Assets, Inc.<br>810 N. Kansas St.<br>El Paso, Tx. 79902-5207 |