**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |

### ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

On this day came to be considered by the United States Bankruptcy Judge the Chapter 7 Trustee's Motion to Fix Proof of Claim Bar Date (the "Motion"). The Court, having considered the Motion, finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that February 24, 2022 is fixed as the last day for filing of proofs of claim by any creditor of the above-named debtor who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. It is further

ORDERED, ADJUDGED and DECREED that a proof of claim filed by a governmental unit is timely filed if it is filed on or before April 25, 2022, which is 180 days from the date of conversion in this case.

ORDERED, ADJUDGED and DECREED that creditors and governmental units must file a claim, whether or not they are included in the list of creditors provided by the Debtor, no later than the dates above fixed or their claim will not be allowed, except as otherwise provided by law. It is further,

ORDERED, ADJUDGED and DECREED that within seven (7) days of the entry of this Order, the Trustee shall serve upon all creditors listed on the creditor's matrix filed with the Court a copy of this Order containing the notice provisions below.

NOTICE IS HEREBY GIVEN THAT claims may be filed using the court's Online Claim Filing System without having to complete a paper proof of claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov. Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:

| MAIL ORIGINAL PROOF OF CLAIM TO: | MAIL COPY OF PROOF OF CLAIM TO: |
|---|---|
| U.S. BANKRUPTCY COURT<br>R.E. THOMASON FEDERAL BUILDING AND UNITED STATES COURTHOUSE<br>511 E. SAN ANTONIO AVE., ROOM 444<br>EL PASO, TEXAS 79901 | BRAD W. ODELL<br>MULLIN HOARD & BROWN, L.L.P.<br>P.O. BOX 2585<br>LUBBOCK, TEXAS 79408 |

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQURIED TO RE-FILE SAME AND MAY DISREGARD THE NOTICES SET FORTH IN THIS ORDER*

# # #

**APPROVED AND ENTRY REQUESTED BY**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: bodell@mhba.com

　/s/Brad W. Odell
Brad W. Odell: SBN: 24065839
*Chapter 7 Trustee*