**The relief described hereinbelow is SO ORDERED.**

**Signed December 01, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

On December 1, 2021, the Court conducted a hearing on the Emergency Motion to Withdraw as Counsel for the Debtor ("Motion")(dkt# 80) filed by Barron & Newburger, P.C. ("B&N"). Appearing at the hearing were Mr. Stephen Sather of B&N; Mr. Keyvan Parsa, President of Westmount Group, Inc. ("Debtor"); the Chapter 7 trustee; counsel for Albert Flores; and counsel for Westar Title, LLC.

The Court has considered the Motion, the record in this bankruptcy case, and the statements and arguments of the parties. The Court finds that good cause exists to grant the Motion, and the following Order should be entered.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Emergency Motion to Withdraw as Counsel for the Debtor ("Motion")(dkt# 80) filed by Barron & Newburger, P.C. is hereby GRANTED.

2. Barron & Newburger P.C. is hereby withdrawn as counsel for Westmount Group, Inc. ("Debtor").

3. All future pleadings, notices, and orders in this bankruptcy case directed to the Debtor shall be served on the Debtor at 810 N. Kansas Street, El Paso, Texas 79902, unless and until the Debtor obtains substitute counsel that files a notice of appearance for the Debtor in this bankruptcy case.

4. The Clerk of the Court shall mail a copy of this Order to the Debtor at 810 N. Kansas Street, El Paso, Texas 79902.

### #