**The relief described hereinbelow is SO ORDERED.**

**Signed December 02, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WESTMOUNT GROUP, INC. | § | Case No. 21-30633-hcm |
| | § | (Chapter 7) |
| Debtor | § | |

### ORDER GRANTING AMENDED FIRST AND FINAL APPLICATION OF BARRON & NEWBURGER, PC FOR COMPENSATION AS COUNSEL FOR DEBTOR WESTMOUNT GROUP, INC. FROM AUGUST 23, 2021 TO OCTOBER 26, 2021

CAME ON TO BE CONSIDERED the *First and Final Application of Barron & Newburger, P.C. for Compensation as Counsel for Debtor Westmount Group, Inc. from August 23, 2021 to October 26, 2021*. The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED that Barron & Newburger, P.C. is awarded fees in the amount of $11,960.00 and expenses in the amount of $438.05 for a total compensation of $12,398.05. The firm is authorized to apply its retainer to the approved fees and expenses. The firm shall submit the unused portion of the retainer to the Chapter 7 trustee or as otherwise directed.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731