**The relief described hereinbelow is SO ORDERED.**

**Signed December 02, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

**ORDER SETTING STATUS HEARING ON**
**DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**
**OF ALBERT FLORES AND NOTICE OF REQUIREMENT**
**FOR DEBTOR TO OBTAIN SUBSTITUTE COUNSEL TO PURSUE OBJECTION**

On October 28, 2021, an Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) was filed by Westmount Group, Inc., the Chapter 7 debtor in this case ("Debtor"). On November 23, 2021, a Response to the Objection was filed by Albert Flores ("Flores"). After hearing conducted on December 1, 2021, the Court authorized Barron & Newburger, P.C. to withdraw as counsel for the Debtor.

The Objection was filed by the Debtor, which is a corporate entity and not an individual. It is well established that a corporation may appear in federal court (such as this Court) only through licensed counsel. *See e.g.*, 28 U.S.C. §1654; *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Donovan v. Road Rangers Country*

1

*Junction, Inc.,* 736 F.2d 1004, 1005 (5th Cir. 1984); *K.M.A., Inc. v. General Motors Acceptance Corp.,* 652 F.2d 398, 399 (5th Cir. 1982). Accordingly, the Debtor is hereby warned that it must retain a substitute licensed counsel to represent the Debtor with respect to the Objection, or the Court may dismiss the Objection without prejudice.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS**:

1. On <u>January 13, 2022, at 10:00 a.m (MT),</u> in the U.S. Bankruptcy Court, 511 E. San Antonio Ave., El Paso, Texas, the Court will conduct a status hearing on the Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) filed by the Debtor ("Status Hearing"). The hearing on the merits of the Objection previously set for January 13, 2022 is cancelled and instead the Court will conduct the Status Hearing on the Objection on January 13, 2022.

2. Westmount Group, Inc. ("Debtor") is hereby notified that the Debtor must retain licensed counsel to represent the Debtor with respect to the Objection, if the Debtor desires to pursue the Objection. If a notice of appearance of licensed counsel for the Debtor is not filed in this bankruptcy case with respect to the Objection by January 12, 2022, notice is further given to the Debtor that the Court may dismiss the Objection filed by the Debtor without prejudice.

3. The Clerk of the Court shall mail a copy of this Order to the Debtor at 810 N. Kansas Street, El Paso, Texas 79902.

###