# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−30633−hcm

Chapter No.: 7

Judge: H. Christopher Mott

IN RE: **Westmount Group, Inc.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

3/10/22 is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT

511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901

MAIL COPY OF PROOF OF CLAIM TO:

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 12/1/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 01, 2021 | Form ID: 148 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| 18214453 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Drive, Bldg 4, Suite 400, El Paso, TX 79912-5115 |
| 18217093 | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| 18214454 | + | Fidelity National Title Insurance Co, c/o Shakira Kelley, 6900 Dallas Parkway, Ste 610, Plano, TX 75024-7164 |
| 18214455 | + | Keyvan Parsa, 7604 Plaza Redonda, El Paso TX 79912-8402 |
| 18214456 | + | Manny Jemente, Acala Investments, 6044 Gateway Blvd East, El Paso TX 79905-2023 |
| 18233313 | + | Montoya Park Place, Inc., 810 N. Kansas, El Paso, TX 79902-5207 |
| 18214457 |   | Shabnam Izadpanahi, 36 Micmac Crescent, North York, ON M2H2K2 |
| 18233314 | + | Techrover, Inc., 71 Camille, El Paso, TX 79912-4539 |
| 18214458 |   | Ulrick Moise, Palacio de Paquim,, C. Durango 2047, 32575 Cd Juarez,, Chih. Mexico |
| 18214528 | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, Texas 79901-1401 |
| 18233315 | + | Westmount Assets, Inc., 810 N. Kansas St., El Paso, TX 79902-5207 |
| 18214460 | + | Weststar Title, LLC, c/o James W. Brewer, 221 N. Kansas, Ste 1700, El Paso, TX 79901-1401 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 01 2021 22:08:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| 18216508 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Dec 01 2021 22:08:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18214459 | | EDI: WFFC.COM | Dec 02 2021 03:08:00 | Wells Fargo Business, PO Box 6995, Portland OR 97228-6995 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18216509 | *+ | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: 148 | Total Noticed: 17 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Brad W. Odell
  on behalf of Trustee Brad W. Odell bodell@mhba.com
  memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Brad W. Odell
  bodell@mhba.com memert@mhba.com;mreynolds@mhba.com

Donald P. Stecker
  on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
  on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
  on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
  on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
  brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
  on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com,
  lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
  USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8