**The relief described hereinbelow is SO ORDERED.**

**Signed December 01, 2021.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

On December 1, 2021, the Court conducted a hearing on the Emergency Motion to Withdraw as Counsel for the Debtor ("Motion")(dkt# 80) filed by Barron & Newburger, P.C. ("B&N"). Appearing at the hearing were Mr. Stephen Sather of B&N; Mr. Keyvan Parsa, President of Westmount Group, Inc. ("Debtor"); the Chapter 7 trustee; counsel for Albert Flores; and counsel for Westar Title, LLC.

The Court has considered the Motion, the record in this bankruptcy case, and the statements and arguments of the parties. The Court finds that good cause exists to grant the Motion, and the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Emergency Motion to Withdraw as Counsel for the Debtor ("Motion")(dkt# 80) filed by Barron & Newburger, P.C. is hereby GRANTED.

2. Barron & Newburger P.C. is hereby withdrawn as counsel for Westmount Group, Inc. ("Debtor").

3. All future pleadings, notices, and orders in this bankruptcy case directed to the Debtor shall be served on the Debtor at 810 N. Kansas Street, El Paso, Texas 79902, unless and until the Debtor obtains substitute counsel that files a notice of appearance for the Debtor in this bankruptcy case.

4. The Clerk of the Court shall mail a copy of this Order to the Debtor at 810 N. Kansas Street, El Paso, Texas 79902.

# # #

United States Bankruptcy Court

Western District of Texas

| In re: | Case No. 21-30633-hcm |
|---|---|
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: pdfintp | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ssather@bn-lawyers.com | Dec 01 2021 22:08:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | |
| | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: pdfintp | Total Noticed: 6 |

       on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Donald P. Stecker
       on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
       on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
       on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
       on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

Stephen W. Sather
       on behalf of Debtor Westmount Group Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com;gfriedman@bn-lawyers.com;ejimenez@bn-lawyers.com;phammer@bn-lawyers.com

United States Trustee - EP12
       USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8