**The relief described hereinbelow is SO ORDERED.**

**Signed December 02, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| In Re: § | |
| § | |
| WESTMOUNT GROUP, INC. § | Case No. 21-30633-hcm |
| § | (Chapter 7) |
| Debtor § | |

**ORDER GRANTING AMENDED FIRST AND FINAL APPLICATION OF BARRON & NEWBURGER, PC FOR COMPENSATION AS COUNSEL FOR DEBTOR WESTMOUNT GROUP, INC. FROM AUGUST 23, 2021 TO OCTOBER 26, 2021**

CAME ON TO BE CONSIDERED the *First and Final Application of Barron & Newburger, P.C. for Compensation as Counsel for Debtor Westmount Group, Inc. from August 23, 2021 to October 26, 2021*. The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED that Barron & Newburger, P.C. is awarded fees in the amount of $11,960.00 and expenses in the amount of $438.05 for a total compensation of $12,398.05. The firm is authorized to apply its retainer to the approved fees and expenses. The firm shall submit the unused portion of the retainer to the Chapter 7 trustee or as otherwise directed.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ssather@bn-lawyers.com | Dec 02 2021 21:59:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdfintp | Total Noticed: 2 |

E. P. Bud Kirk
    on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
    brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 7