**The relief described hereinbelow is SO ORDERED.**

**Signed December 02, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

**ORDER SETTING STATUS HEARING ON**
**DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1**
**OF ALBERT FLORES AND NOTICE OF REQUIREMENT**
**FOR DEBTOR TO OBTAIN SUBSTITUTE COUNSEL TO PURSUE OBJECTION**

On October 28, 2021, an Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) was filed by Westmount Group, Inc., the Chapter 7 debtor in this case ("Debtor"). On November 23, 2021, a Response to the Objection was filed by Albert Flores ("Flores"). After hearing conducted on December 1, 2021, the Court authorized Barron & Newburger, P.C. to withdraw as counsel for the Debtor.

The Objection was filed by the Debtor, which is a corporate entity and not an individual. It is well established that a corporation may appear in federal court (such as this Court) only through licensed counsel. *See e.g.*, 28 U.S.C. §1654; *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Donovan v. Road Rangers Country*

1

*Junction, Inc.,* 736 F.2d 1004, 1005 (5th Cir. 1984); *K.M.A., Inc. v. General Motors Acceptance Corp.,* 652 F.2d 398, 399 (5th Cir. 1982).  Accordingly, the Debtor is hereby warned that it must retain a substitute licensed counsel to represent the Debtor with respect to the Objection, or the Court may dismiss the Objection without prejudice.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS**:

1. On <u>January 13, 2022, at 10:00 a.m (MT),</u> in the U.S. Bankruptcy Court, 511 E. San Antonio Ave., El Paso, Texas, the Court will conduct a status hearing on the Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) filed by the Debtor ("Status Hearing"). The hearing on the merits of the Objection previously set for January 13, 2022 is cancelled and instead the Court will conduct the Status Hearing on the Objection on January 13, 2022.

2. Westmount Group, Inc. ("Debtor") is hereby notified that the Debtor must retain licensed counsel to represent the Debtor with respect to the Objection, if the Debtor desires to pursue the Objection. If a notice of appearance of licensed counsel for the Debtor is not filed in this bankruptcy case with respect to the Objection by January 12, 2022, notice is further given to the Debtor that the Court may dismiss the Objection filed by the Debtor without prejudice.

3. The Clerk of the Court shall mail a copy of this Order to the Debtor at 810 N. Kansas Street, El Paso, Texas 79902.


# # #


2

United States Bankruptcy Court

Western District of Texas

In re:                                                                                    Case No. 21-30633-hcm

Westmount Group, Inc.                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: pdfintp | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ssather@bn-lawyers.com | Dec 02 2021 21:59:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | |
| | bodell@mhba.com  memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | |
| | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Donald P. Stecker | |

District/off: 0542-3                     User: admin                          Page 2 of 2

Date Rcvd: Dec 02, 2021                 Form ID: pdfintp                    Total Noticed: 3

on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk

on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer

on behalf of Creditor WestStar Title  LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin

on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3
@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

United States Trustee - EP12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 7