**Relief sought in Motion has become moot as Clerk has issued notice of claims date (dkt# 98) based on Motion under Bankruptcy Rule 3002(c)(5).**



**SO ORDERED.**

**SIGNED this 03rd day of December, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:                                    §
                                          §
WESTMOUNT GROUP, INC.,                    §    Case No. 21-30633-HCM-7
                                          §
Debtor.                                   §    Chapter 7

### ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

On this day came to be considered by the United States Bankruptcy Judge the Chapter 7 Trustee's Motion to Fix Proof of Claim Bar Date (the "Motion"). The Court, having considered the Motion, finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that February 24, 2022 is fixed as the last day for filing of proofs of claim by any creditor of the above-named debtor who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. It is further

ORDERED, ADJUDGED and DECREED that a proof of claim filed by a governmental unit is timely filed if it is filed on or before April 25, 2022, which is 180 days from the date of conversion in this case.

ORDERED, ADJUDGED and DECREED that creditors and governmental units must file a claim, whether or not they are included in the list of creditors provided by the Debtor, no later than the dates above fixed or their claim will not be allowed, except as otherwise provided by law. It is further,

ORDERED, ADJUDGED and DECREED that within seven (7) days of the entry of this Order, the Trustee shall serve upon all creditors listed on the creditor's matrix filed with the Court a copy of this Order containing the notice provisions below.

NOTICE IS HEREBY GIVEN THAT claims may be filed using the court's Online Claim Filing System without having to complete a paper proof of claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov. Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:

| MAIL ORIGINAL PROOF OF CLAIM TO: | MAIL COPY OF PROOF OF CLAIM TO: |
|---|---|
| U.S. BANKRUPTCY COURT<br>R.E. THOMASON FEDERAL BUILDING AND UNITED STATES COURTHOUSE<br>511 E. SAN ANTONIO AVE., ROOM 444<br>EL PASO, TEXAS 79901 | BRAD W. ODELL<br>MULLIN HOARD & BROWN, L.L.P.<br>P.O. BOX 2585<br>LUBBOCK, TEXAS 79408 |

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQURIED TO RE-FILE SAME AND MAY DISREGARD THE NOTICES SET FORTH IN THIS ORDER

# # #

Order Fixing Proof of Claim Bar Date, Combined with Notice Thereof
Page 2

**APPROVED AND ENTRY REQUESTED BY**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: bodell@mhba.com

  /s/Brad W. Odell
Brad W. Odell: SBN: 24065839
*Chapter 7 Trustee*



Order Fixing Proof of Claim Bar Date, Combined with Notice Thereof
Page 3

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdfintp | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ssather@bn-lawyers.com | Dec 03 2021 22:13:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdfintp | Total Noticed: 6 |

    on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Donald P. Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
    on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 7