**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case Number: 21-30633-hcm** |
| | § | |
| **WESTMOUNT GROUP, INC.** | § | |
| | § | |
| **Debtor.** | § | |
| | § | **Chapter 7** |
| | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF APPERANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, AND PLEADINGS**

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that Jonathan Cunningham, and S. Shakira Ali Kelley, of **Fidelity National Law Group**, hereby enter an appearance in this Chapter 7 case as the attorneys for **Fidelity National Title Insurance Company ("FNTIC")**. FNTIC requests that copies of all notices, filings and papers filed or served in this case be given to and served upon:

FIDELITY NATIONAL LAW GROUP
**Jonathan Cunningham**
Texas Bar No.: 00793574
jonathan.cunningham@fnf.com
**S. Shakira Ali Kelley**
Texas Bar No.: 24107557
shakira.kelley@fnf.com
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Tel.: 972-812-6407
Fax.: 972-812-9408

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the Bankruptcy Rules; including without limitation. Notices and copies of any orders, motions, demands, complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telecopiers, telegraph, telex or otherwise, which affects or seeks to affect the above-captioned case.

Respectfully submitted,

**FIDELITY NATIONAL LAW GROUP**

*//s// Jonathan J. Cunningham_____*
**JONATHAN CUNNINGHAM**
State Bar No. 00793574
jonathan.cunnningham@fnf.com
**S. SHAKIRA ALI KELLEY**
State Bar No. 24107557
shakira.kelley@fnf.com
**FIDELITY NATIONAL LAW GROUP**
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Tel.: 972-812-6407
Fax.: 972-812-9408
**ATTORNEYS FOR FIDELITY NATIONAL TITLE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

 In addition to those listed below served via ECF filing system, I hereby certify that a true

and correct copy of this Notice was delivered by first class U.S. mail to the parties on the attached

list.

*Via ECF*
*Via First Class Mail*
**Westmount Group, Inc.**
*Debtor – pro se*
c/o  Mr. Keyvan Parsa
President of Westmount Group, Inc.
810 N. Kansas Street
El Paso, Texas 79902

*Via ECF*
**Brad W. Odell**
MULLIN HOARD & BROWN, LLP
1500 Broadway, Suite 700
Lubbock, Texas 79401
(806) 765-7491
(806) 765-0553 fax
bodell@mhba.com
Trustee

*Via ECF*
**James W. Brewer**
State Bar No. 02965200
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 fax
james.brewer@kempsmith.com
Counsel for WestStar Title, LLC

*Via ECF*
**Don Stecker**
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
112 E. Pecan Street, Suite 2200
San Antonio, Texas 78205
(210) 225-6763
(210) 225-6410 fax

sanantonio.bankruptcy@lgbs.com
Counsel for City of El Paso

*Via ECF*
**E.P. Bud Kirk**
State Bar No. 11508650
600 Sunland Park Drive, Bldg. Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 fax
budkirk@aol.com
Counsel for Albert Flores

*Via ECF*
**James Rose, Jr.**
615 E. Houston Street, Suite 533
San Antonio, Texas 78205
Office of the U.S. Trustee

*//s// Jonathan J. Cunningham*
**JONATHAN CUNNINGHAM**

Label Matrix for local noticing
0542-3
Case 21-30633-hcm
Western District of Texas
El Paso
Fri Sep 17 15:25:08 CDT 2021

Westmount Group, Inc.
810 N. Kansas Street
El Paso, TX 79902-5207

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Albert Flores
c/o E.P. Bud Kirk
600 Sunland Park Dr., Ste. 4-400
El Paso, TX 79912-5134

Albert Flores
c/o E.P. Bud Kirk
600 Sunland Park Drive
Bldg 4, Suite 400
El Paso, TX 79912-5115

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205-1588

Fidelity National Title Insurance Co
c/o Shakira Kelley
6900 Dallas Parkway, Ste 610
Plano, TX 75024-7164

Keyvan Parsa
7604 Plaza Redonda
El Paso, TX 79912-8402

Manny Jemente
Acala Investments
6044 Gateway Blvd East
El Paso TX 79905-2023

Shabnam Izadpanahi
36 Micmac Crescent
North York, ON M2H2K2

Ulrick Moise
Palacio de Paquim,
C. Durango 2047
32575 Cd Juarez,
Chih. Mexico

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Wells Fargo Business
PO Box 6995
Portland OR 97228-6995

WestStar Title, LLC
c/o Kemp Smith LLP
Attn: James W. Brewer
221 N. Kansas, Ste. 1700
El Paso, Texas 79901-1401

Weststar Title, LLC
c/o James W. Brewer
221 N. Kansas, Ste 1700
El Paso, TX 79901-1401

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401-3169

Stephen W. Sather
Barron & Newburger, P.C.
7320 N MoPac Expy
Suite 400
Austin, TX 78731-2347