# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
## El Paso DIVISION

IN RE:

WESTMOUNT GROUP, INC.,

Debtor.

Case No: 21-30633-hcm

Chapter 7 (converted)

## ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by S. Shakira Ali Kelley ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Fidelity National Title Insurance Co. in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###