

**Hearing held on 12/16/21.**

**The relief described hereinbelow is SO ORDERED.**

**Signed December 16, 2021.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |

**ORDER GRANTING APPLICATION OF CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING EMPLOYMENT OF MULLIN HOARD & BROWN, L.L.P. AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

On this date came on for consideration the Application of Chapter 7 Trustee for an Order Authorizing Employment of MULLIN HOARD & BROWN, L.L.P., as Counsel For the Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327, and all exhibits and attachments to the Application, including the *Declaration of Brad W. Odell in Support of Application of Chapter 7 Trustee for Order Authorizing Employment of Mullin Hoard & Brown, L.L.P. as Special Counsel for Chapter 7 Trustee* (the "Declaration");

Upon consideration of the Court's finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Application and the

Declaration are in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules; (v) MHB does not represent an interest adverse to the Debtor's estate with respect to the matters upon which they are engaged and are "disinterested persons" within the meaning of that term under § 101(14) of the Bankruptcy Code; (vi) MHB is qualified to represent the Trustee under § 327 of the Bankruptcy Code; (vii) the terms of MHB's employment have been disclosed and are reasonable under the circumstances; (viii) proper and adequate notice of the Application, the deadline to file any objections to the Application, and the hearing thereon was given, and no other or further notice is necessary; (ix) the legal and factual bases set forth in the Application establish just cause for the relief granted herein; (x) the relief sought in the Application is in the best interests of the Debtor's bankruptcy estate and creditors; and (xi) any timely objection to the Application having been withdrawn or overruled for the reasons stated on the record at the hearing; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1. In accordance with §§ 327 and 330 of the Bankruptcy Code, the Trustee is authorized to employ and retain MHB as of October 29, 2021, as counsel, under the terms and conditions set forth in the Application.

2. MHB is authorized to perform any and all legal services for the Trustee that are necessary or appropriate in connection with this bankruptcy case (the "Case").

3. MHB will be compensated for its services and reimbursed for related expenses in accordance with the terms and conditions of the Engagement Agreement, as set forth in the Application and the procedures provided in §§ 330 and 331 of the Bankruptcy Code, and in accordance with applicable Bankruptcy Rules, Local Rules, and any other applicable Orders of this Court.

4. All compensation for services rendered and reimbursement for expenses incurred during the Case shall be paid after further application to and order of this Court, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable orders of this Court.

5. This Order shall be immediately effective and enforceable upon entry.

6. This Order, and all acts taken in furtherance thereof or reliance thereon, shall be effective notwithstanding any objection until further order of this Court.

7. The Trustee and MHB are authorized to take all actions necessary to effectuate the relief granted pursuant to the order in accordance with the Application.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

9. Any settlement funds received shall not be disbursed without prior Court approval.

# # #

**APPROVED AND ENTRY REQUESTED BY**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: bodell@mhba.com

  /s/Brad W. Odell
Brad W. Odell: SBN: 24065839
*Chapter 7 Trustee*