**Trustee shall serve notice of administrative claims bar date on possible claimants, and file a certificate of service.**



**The relief described hereinbelow is SO ORDERED.**

**Signed December 28, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |

### ORDER SETTING JANUARY 17, 2022 AS THE BAR DATE FOR FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

On this day came to be considered by the United States Bankruptcy Judge the Chapter 7 Trustee's Motion to Set Bar Date for Filing Chapter 11 Administrative Claims. The Court, having considered the Motion, finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that January 17, 2022 is fixed as the last day for filing Chapter 11 Administrative Claims. It is further

ORDERED, ADJUDGED and DECREED that any Chapter 11 Administrative Claims not filed on or before January 17, 2022 are barred; It is further

ORDERED, ADJUDGED and DECREED that notwithstanding anything herein, a governmental unit may file its claim 180 days from the date of conversion, or April 25, 2022.

# # #

**APPROVED AND ENTRY REQUESTED BY**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: bodell@mhba.com

/s/Brad W. Odell
Brad W. Odell: SBN: 24065839
***Chapter 7 Trustee***