**Trustee shall serve notice of administrative claims bar date on possible claimants, and file a certificate of service.**



**The relief described hereinbelow is SO ORDERED.**

**Signed December 28, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM-7 |
| | § | |
| Debtor. | § | Chapter 7 |

### ORDER SETTING JANUARY 17, 2022 AS THE BAR DATE FOR
### FILING CHAPTER 11 ADMINISTRATIVE CLAIMS

On this day came to be considered by the United States Bankruptcy Judge the Chapter 7 Trustee's Motion to Set Bar Date for Filing Chapter 11 Administrative Claims. The Court, having considered the Motion, finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that January 17, 2022 is fixed as the last day for filing Chapter 11 Administrative Claims. It is further

ORDERED, ADJUDGED and DECREED that any Chapter 11 Administrative Claims not filed on or before January 17, 2022 are barred; It is further

ORDERED, ADJUDGED and DECREED that notwithstanding anything herein, a governmental unit may file its claim 180 days from the date of conversion, or April 25, 2022.

# # #

**APPROVED AND ENTRY REQUESTED BY**:

MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: bodell@mhba.com

 /s/Brad W. Odell
Brad W. Odell: SBN: 24065839
*Chapter 7 Trustee*

United States Bankruptcy Court

Western District of Texas

In re:                                                                                              Case No. 21-30633-hcm

Westmount Group, Inc.                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: pdfintp | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| aty | + | S.Shakira Ali Kelley, 6900 Dallas Parkway, Suite 610, Plano, TX 75024-7164 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ssather@bn-lawyers.com | Dec 28 2021 21:43:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021           Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

Brad W. Odell
> bodell@mhba.com  memert@mhba.com;mreynolds@mhba.com

Donald P. Stecker
> on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
> on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
> on behalf of Creditor WestStar Title  LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jonathan J Cunningham
> on behalf of Creditor Fidelity National Title Insurance Company jonathan.cunningham@fnf.com  bayblaze@yahoo.com

Shane P. Tobin
> on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
> brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3
> @usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

United States Trustee - EP12
> USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8