**The relief described hereinbelow is SO ORDERED.**

**Signed January 13, 2022.**

                                                _____
                                                **H. CHRISTOPHER MOTT**
                                                **UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
|     Debtor. | § | (Chapter 7) |

## ORDER DISMISSING DEBTOR'S OBJECTION
## TO PROOF OF CLAIM NO. 2-1 OF ALBERT FLORES WITHOUT PREJUDICE

By order entered on December 2, 2021 ("Order"), the Court formally notified Westmount Group, Inc. ("Debtor") that it must retain a substitute licensed counsel to represent the Debtor with respect to the Debtor's Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) if the Debtor desired to pursue the Objection. The Order provided that if a notice of appearance of licensed counsel for the Debtor was not filed in this bankruptcy case by January 12, 2022, that the Court may dismiss the Objection without prejudice.

On January 13, 2022, the Court conducted a status hearing on the Objection. Appearing at the status hearing were counsel for Albert Flores, Mr. Keyvan Parsa on behalf of the Debtor, the Chapter 7 trustee, and counsel for other parties in interest. No

appearance has been filed or made by licensed counsel for the Debtor in this bankruptcy case by the deadline set by the Court in the Order. As a result, the Court finds that the Objection should be dismissed without prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) filed by the Debtor is hereby DISMISSED without prejudice.

2. The Clerk of the Court shall mail a copy of this Order to the Debtor at 810 N. Kansas Street, El Paso, Texas 79902.

# # #