**The relief described hereinbelow is SO ORDERED.**

**Signed January 13, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | CASE NO. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

### ORDER DISMISSING DEBTOR'S OBJECTION
### TO PROOF OF CLAIM NO. 2-1 OF ALBERT FLORES WITHOUT PREJUDICE

By order entered on December 2, 2021 ("Order"), the Court formally notified Westmount Group, Inc. ("Debtor") that it must retain a substitute licensed counsel to represent the Debtor with respect to the Debtor's Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) if the Debtor desired to pursue the Objection. The Order provided that if a notice of appearance of licensed counsel for the Debtor was not filed in this bankruptcy case by January 12, 2022, that the Court may dismiss the Objection without prejudice.

On January 13, 2022, the Court conducted a status hearing on the Objection. Appearing at the status hearing were counsel for Albert Flores, Mr. Keyvan Parsa on behalf of the Debtor, the Chapter 7 trustee, and counsel for other parties in interest. No

1

appearance has been filed or made by licensed counsel for the Debtor in this bankruptcy case by the deadline set by the Court in the Order. As a result, the Court finds that the Objection should be dismissed without prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Objection to Proof of Claim No. 2-1 filed by Albert Flores ("Objection")(dkt# 56) filed by the Debtor is hereby DISMISSED without prejudice.

2. The Clerk of the Court shall mail a copy of this Order to the Debtor at 810 N. Kansas Street, El Paso, Texas 79902.

# # #

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol****Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ssather@bn-lawyers.com | Jan 13 2022 22:16:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022               Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: pdfintp | Total Noticed: 4 |

Donald P. Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
    on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jonathan J Cunningham
    on behalf of Creditor Fidelity National Title Insurance Company jonathan.cunningham@fnf.com bayblaze@yahoo.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
    brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8