**The relief described hereinbelow is SO ORDERED.**

**Signed February 08, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-HCM |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF BRAD W. ODELL AS SUBCHAPTER V TRUSTEE**

On this date, came on to be considered the First and Final Application for Compensation and Reimbursement of Expenses of Brad W. Odell as Subchapter V Trustee (the "Application"), and the Court finds that: (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157; (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or, to the extent objections were filed, such objections have been withdrawn, resolved, or overruled by this Order; (e) the Trustee's services were substantial, necessary and beneficial to the chapter 11 estate; and (f) the

legal and factual basis set forth in the Application establish just cause to grant the relief requested in the Application. Accordingly,

IT IS HEREBY ORDERED that the First and Final Application for Compensation and Reimbursement of Expenses of Brad W. Odell as Subchapter V Trustee is approved.

IT IS FURTHER ORDERED that the Trustee is entitled to allowance on a final basis, of reasonable fees and expenses in the amount of $3,429.05 for services performed for the estate during the Compensation Period (as defined in the Application);

IT IS FURTHER ORDERED that the Trustee shall have an administrative expense claim against the Debtor's bankruptcy estate in the amount of $3,429.05 for his allowed fees and expenses which shall be paid in accordance with the Bankruptcy Code;

IT IS FURTHER ORDERED that these amounts are approved and allowed on a final basis and not subject to disgorgement;

IT IS FURTHER ORDERED that the fees awarded in this Order relate only to Mr. Odell's time and service as Subchapter V Trustee and does not prejudice or prevent Mr. Odell from seeking compensation in this Case for his service as Chapter 7 Trustee; and

All other relief not specifically requested is denied.

###END OF ORDER###

Prepared and Entry Requested By:

By: /s/ Brad W. Odell
Brad W. Odell
Texas Bar No. 24065839

MULLIN HOARD & BROWN, L.L.P.
1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
**Subchapter V Trustee**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdfintp | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| aty | + | Brad W. Odell, Mullin Hoard & Brown, LLP, 1500 Broadway, Suite 700, Lubbock, TX 79401-3169 |
| aty | + | S.Shakira Ali Kelley, 6900 Dallas Parkway, Suite 610, Plano, TX 75024-7164 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | WestStar Title, LLC, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700, El Paso, TX 79901-1401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ssather@bn-lawyers.com | Feb 08 2022 22:05:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdfintp | Total Noticed: 7 |

Brad W. Odell
  bodell@mhba.com memert@mhba.com;mreynolds@mhba.com

Donald P. Stecker
  on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
  on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
  on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jonathan J Cunningham
  on behalf of Creditor Fidelity National Title Insurance Company jonathan.cunningham@fnf.com bayblaze@yahoo.com

Shane P. Tobin
  on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov
  brian.r.henault@usdoj.gov;Carolyn.Feinstein@usdoj.gov;carey.a.tompkins@usdoj.gov;roxana.peterson@usdoj.gov;gary.wright3@usdoj.gov;deborah.a.bynum@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

United States Trustee - EP12
  USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 8