UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case Number 21-30633-hcm |
| WESTMOUNT GROUP, INC., | § | |
| | § | |
| | § | |
| Debtors. | § | Chapter 7 (converted) |
| | § | |

## NOTICE OF TRANSFER OF CLAIM OF
## FIDELITY NATIONAL TITLE INSURANCE COMPANY

TO THE CLERK OF THE COURT, THE DEBTOR,
THE CREDITORS, AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN pursuant to Bankruptcy Rule 3001 that the claim of **Fidelity National Title Insurance Company** in the amount of $722,949.42 and docketed as claim number 4-1, has been transferred and assigned to **WestStar Title, LLC**, 601 N. Mesa, Suite 1025, El Paso, Texas 79901. The address for Fidelity National Title Insurance Company is c/o Fidelity National Law Group, 6900 Dallas Parkway, Ste. 610, Plano, Texas 75024. Evidence of the Transfer is attached hereto as Exhibit "A".

**Any objection to the transfer described in this Notice must be filed within twenty-one (21) days of the date of mailing of this Notice.**

                Respectfully submitted,

                KEMP SMITH LLP
                P.O. Drawer 2800
                El Paso, Texas 79999-2800
                (915) 533-4424
                (915) 546-5360 (FAX)

By:_____
    James W. Brewer
    Texas State Bar Number 02965200
    Attorneys for WestStar Title, LLC

4262204

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2022 a true and correct copy of this Notice was mailed by first class, U.S. mail to the parties on the attached list.

_____
James W. Brewer

4262204

```
Label Matrix for local noticing        Westmount Group, Inc.              U.S. BANKRUPTCY COURT
0542-3                                  810 N. Kansas Street               511 E. San Antonio Ave., Rm. 444
Case 21-30633-hcm                       El Paso, TX 79902-5207             EL PASO, TX 79901-2417
Western District of Texas
El Paso
Fri Mar 11 10:01:55 CST 2022

Albert Flores                           Albert Flores                      City of El Paso
c/o E.P. Bud Kirk                       c/o E.P. Bud Kirk                  c/o Don Stecker
600 Sunland Park Dr., Ste. 4-400        600 Sunland Park Drive             112 E. Pecan St. Suite 2200
El Paso, TX 79912-5134                  Bldg 4, Suite 400                  San Antonio, TX 78205-1588
                                        El Paso, TX 79912-5115

Fidelity National Title Insurance Co    Keyvan Parsa                       Manny Jemente
c/o Shakira Kelley                      7604 Plaza Redonda                 Acala Investments
6900 Dallas Parkway, Ste 610            El Paso TX 79912-8402              6044 Gateway Blvd East
Plano, TX 75024-7164                                                       El Paso TX 79905-2023

Montoya Park Place, Inc.                Shabnam Izadpanahi                 Techrover, Inc.
810 N. Kansas                           36 Micmac Crescent                 71 Camille
El Paso, TX 79902-5207                  North York, ON M2H2K2              El Paso, TX 79912-4539

Ulrick Moise                            United States Trustee - EP12       Wells Fargo Business
Palacio de Paquim,                      U.S. Trustee's Office              PO Box 6995
C. Durango 2047                         615 E. Houston, Suite 533          Portland OR 97228-6995
32575 Cd Juarez,                        P.O. Box 1539
Chih. Mexico                            San Antonio, TX 78295-1539

WestStar Title, LLC                     Westmount Assets, Inc.             Weststar Title, LLC
c/o Kemp Smith LLP                      810 N. Kansas St.                  c/o James W. Brewer
Attn: James W. Brewer                   El Paso, TX 79902-5207             221 N. Kansas, Ste 1700
221 N. Kansas, Ste. 1700                                                   El Paso, TX 79901-1401
El Paso, Texas 79901-1401

Brad W. Odell
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401-3169
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Fidelity National Title Insurance Company    End of Label Matrix
                                                Mailable recipients    18
                                                Bypassed recipients     1
                                                Total                  19
```

4262204