B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re  WESTMOUNT GROUP, INC.  ,    Case No.  21-30633-HCM-7

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

WestStar Title, LLC
Name of Transferee

Fidelity National Title Ins. Co.
Name of Transferor

Name and Address where notices to transferee should be sent:

601 N. Mesa, Ste. 1025
El Paso, TX 79901

Court Claim # (if known):  4-1
Amount of Claim:  $722,949.42
Date Claim Filed:  01/13/2022

Phone:  915-779-0500
Last Four Digits of Acct #: _____

Phone:  972-812-6407
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Liliana Miranda    Date:  3/31/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


EXHIBIT A