B16A (Official Form 16A) (12/07)

FILED
MAY 31 2022
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

# United States Bankruptcy Court

## Western District Of Texas

### El Paso Division

In re Westmount Group, Inc.
           Debtor

Case No. 21-30633-hcm-7

Chapter  Chapter 7

Motion *I'm requesting a hearing "Urgent"*

I'm unable to retain a counsel for Westmount group Inc. I've contacted several attorneys however they have conflict of interest with the case or they already involved with the case.

The root of this matter is in trial at the state court 327# and the plaintiff motion for a summary judgment has been denied.

K1P@@@@gmail.com
915-224-0104

Keyvan Passa      05-31-22