**The relief described hereinbelow is SO ORDERED.**

**Signed June 01, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WESTMOUNT GROUP, INC. | § | Case No. 21-30633-hcm |
| Debtor. | § | (Chapter 7) |

**ORDER STRIKING HANDWRITTEN PLEADING TITLED "MOTION FOR HEARING"**

The Court has reviewed a handwritten pleading titled "Motion I'm requesting a hearing 'Urgent'" filed on May 31, 2022 in this bankruptcy case ("Pleading")(dkt# 127). The Pleading appears to be signed by Keyvan Parsa with an illegible date. The Court finds that the Pleading should be stricken and dismissed for the following reasons.

The Pleading is handwritten and only partly legible. The Pleading appears to state that "I'm unable to retain a counsel for Westmount Group Inc. I've contacted several attorneys … root of the matter is in trial in state court;" the rest of the Pleading is illegible and non-sensical.

1

Although the title of the Pleading is "Motion I'm requesting a hearing 'Urgent,'" the Pleading does not state what a hearing is requested on or what relief would be sought at any such hearing.

The Pleading also does not comply with Rule 9013 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as the Pleading does not set forth with particularity the grounds for the motion or the relief sought by the motion.

The Pleading does not include a certificate of service as required by Local Bankruptcy Rule 9013(c). No proposed form of order was submitted with the Pleading as required by Local Bankruptcy Rule 9013(b). The Pleading does not contain the mailing address of the signer as required by Bankruptcy Rule 9011(a) and Local Bankruptcy Rule 9004.

The Debtor in this Chapter 7 bankruptcy case is a corporate entity (Westmount Group, Inc.). As the Court has already explained to Mr. Parsa at hearings and in written orders, a corporation can appear in federal court only through a licensed attorney. *See e.g.*, 28 U.S.C. §1654; *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); Orders entered on December 2, 2021 (dkt# 102) and January 13, 2022 (dkt# 119). It appears that the Pleading was not signed by a licensed attorney.

Any pleading that does not comply with the requirements of the Bankruptcy Rules and Local Bankruptcy Rules may be dismissed by the Court on its own motion. *See* Local Bankruptcy Rule 9004(d).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The pleading titled "Motion I'm requesting a hearing 'Urgent'" filed in this bankruptcy case on May 31, 2022 ("Pleading")(dkt# 127) is hereby DISMISSED and STRICKEN.

2. Any future pleading filed by Keyvan Parsa in this bankruptcy case must comply with the terms of this Order, or the pleading may be stricken and dismissed by the Court without further notice.

3. The Clerk shall cause a copy of this Order to be sent to Keyvan Parsa, 810 N. Kansas Street, El Paso, Texas 79902.

###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-hcm |
| Westmount Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdfintp | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| | + | Keyvan Parsa, 810 N. Kansas Street, El Paso, TX 79902-5207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ssather@bn-lawyers.com | Jun 02 2022 22:14:00 | Stephen W. Sather, Barron & Newburger, PC, 7320 N MoPac Expy, Suite 400, Austin, TX 78731-2347 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 04, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com |
| Brad W. Odell | on behalf of Plaintiff Brad W. Odell Chapter 7 Trustee bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com |

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: pdfintp | Total Noticed: 3 |

memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Don Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
    on behalf of Creditor Albert Flores budkirk@aol.com

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jonathan J Cunningham
    on behalf of Creditor Fidelity National Title Insurance Company jonathan.cunningham@fnf.com bayblaze@yahoo.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 9