IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WESTMOUNT GROUP, INC., | § § | Case No. 21-30633-HCM-7 |
| Debtor. | § | Chapter 7 |

### ORDER GRANTING FIRST INTERIM APPLICATION
### FOR PAYMENT OF FEES AND EXPENSES OF MULLIN HOARD & BROWN, L.L.P., AS COUNSEL FOR THE TRUSTEE

On this date, came on to be considered the First Interim Application for Payment of Fees and Expenses of Mullin Hoard & Brown, L.L.P., as Counsel for the Trustee (the "**Application**"), and the Court finds that: (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157; (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or, to the extent objections

were filed, such objections have been withdrawn, resolved, or overruled by this Order; (e) the services of Mullin Hoard & Brown, L.L.P. ("**MHB**") were substantial, necessary and beneficial to the Trustee and the administration, to date, of the bankruptcy estate; and (f) the legal and factual basis set forth in the Application establish just cause to grant the relief requested in the Application. Accordingly,

IT IS HEREBY ORDERED that the First Interim Application for Payment of Fees and Expenses of Mullin Hoard & Brown, L.L.P., as Counsel for the Trustee is approved.

IT IS FURTHER ORDERED that MHB is entitled to allowance on an interim basis, of reasonable fees and expenses in the amount of $23,419.08 for services performed for the Trustee and the estate during the Compensation Period (as defined in the Application);

IT IS FURTHER ORDERED that the Trustee is authorized to pay to MHB the $23,419.08 in allowed fees and expenses from the Estate Account (as defined in the Application); and

IT IS FURTHER ORDERED that these amounts are approved and allowed on an interim basis and subject to final approval of the Court upon final application by MHB.

###

Prepared and Entry Requested By:

By: /s/ Brad W. Odell
Brad W. Odell
Texas Bar No. 24065839

MULLIN HOARD & BROWN, L.L.P.
1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
**Chapter 7 Trustee**