# IN THE UNITED STATES BANKRUCPTY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC. | § | Case No. 21-30633-HCM-7 |
| Debtor, | § | Chapter 7 |
| | § | |
| | § | Adv. Proc. No. 22-03004-hcm |
| | § | |
| BRAD W. ODELL, CHAPTER 7 TRUSTEE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| KEYVAN PARSA, MD and TECHROVER, INC., | § | |
| Defendants. | § | |

## ENTRY OF APPEARANCE AND DEFENDANTS' RESPONSE TO MOTION FOR DEFAULT JUDGMENT

Comes now, Gabriel S. Perez, and enters his appearance on behalf of Defendants Keyvan Parsa and Techrover, Inc. Defendants, Techrover, Inc. (Techrover) and Keyvan Parsa (Parsa) by and through undersigned counsel, hereby answers Plaintiff's Motion for Default Judgment in the captioned matter as follows:

### Procedural History

1. Defendant, Keyvan Parsa, is a member and officer of Techrover, Inc. Defendant Parsa is a Defendant in a parallel lawsuit in the 327th District Court still pending and set for trial that is comprised of the same factual allegations contained in the Plaintiff's Original Complaint made the basis of the Motion for Default. (see Exhibit A).

2. Defendant, Techrover, as listed is a duly formed Texas for Profit Corporation and is

- 2 -

required to be served independently from any shareholders and officers.

3. The allegations contained within the Motion for Default revolve around the identical nucleus of operative facts that will be contested in a jury trial this fall.

4. The Defendants will enter an answer to the Complaint once a copy is received from Counsel for Plaintiff.

### Argument and Authority

5. Defendants' response to the Motion for Default Judgment focuses on two legal principles, first, the lack of jurisdiction, and second, the general disdain for default judgments.

6. Generally, federal courts disfavor default judgment as a "harsh" sanction. Because the courts favor resolution of disputes based on the merits, default judgment ordinarily is available only where a party's failure to respond has thwarted the adversarial process. *See Smith v. Phamm*, 2008 U.S. Dist. LEXIS 47177, *5-6, 2008 WL 2474596.

7. In this matter, Defendants' failure to file an answer is not intentional, nor is it intended to prejudice the Plaintiff. Undersigned Counsel will file an Original Answer to the Complaint once a copy is received and then proceed to investigate and work with Counsel for Plaintiff to resolve any claims made.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that the Court deny the Motion for Default Judgment and allow Defendants to file an Answer to Plaintiff's Complaint.

Respectfully submitted,

Law Office of Gabriel S. Perez, PLLC
718 Myrtle Avenue
El Paso, Texas 79901
(915) 444-5351
(505) 671-3836

By: /s/ Gabriel S. Perez
    Gabriel S. Perez
    gabriel@gabrielsperezlaw.com
    NM State Bar No. 138288
    TX State Bar No. 24063580
    Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

    /s/ Gabriel S. Perez
    Gabriel S. Perez
    Attorney for Defendants

**EXHIBIT A**

**EXHIBIT A**

# REGISTER OF ACTIONS
### CASE NO. 2020DCV2997

**Albert Flores VS Keyvan Parsa, MD and Montoya Park Place, Inc.** § § § § §

Case Type: **Other Contract**
Date Filed: **09/16/2020**
Location: **327th District Court**

---

### RELATED CASE INFORMATION

**Related Cases**
2021DCV3555 (Related Case)

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Counter Defendant** | Fidelity National Title Insurance Company | | **Lead Attorneys**<br>J.Manuel Torre-Rodriguez<br>*Retained*<br>972-281-0422(W) |
| **Counter Plaintiff** | Flores, Albert | | E.P. BUD KIRK<br>*Retained*<br>915-584-3773(W) |
| **Defendant** | Flores, Albert | | E.P. BUD KIRK<br>*Retained*<br>915-584-3773(W) |
| **Defendant** | Jordan, Deborah | | RICHARD ROMAN<br>*Retained*<br>915-351-2679(W) |
| **Defendant** | Montoya Park Place, Inc. | | MANNIE KALMAN<br>*Retained*<br>915-542-1916(W) |
| **Defendant** | Parsa, Keyvan, MD | | |
| **Intervenor** | Fidelity National Title Insurance Company | | J.Manuel Torre-Rodriguez<br>*Retained*<br>972-281-0422(W) |
| **Plaintiff** | Flores, Albert | | E.P. BUD KIRK<br>*Retained*<br>915-584-3773(W) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**
09/16/2021 **Order Granted** (Judicial Officer: Spieczny, Tom)
   Comment (ORDER GRANTING WESTSTAR TITLE, LLC MOTION TO SEVER / SIGNED 09.16.21 / KMM)
11/22/2021 **Notice of Removal** (Judicial Officer: Spieczny, Tom)
   Comment (FEDERAL CASE #21-30633-HCM-11 / JA)
04/20/2022 **Order for Non-Suit** (Judicial Officer: Spieczny, Tom)
   Comment (CROSS-CLAIMS AGAINST WESTSTAR TITILE LLC WITH PREJUDICE/ SIGNED 04.20.22/ CR)

**OTHER EVENTS AND HEARINGS**
09/16/2020 **Original Petition (OCA)**     Index # 1
09/16/2020 **E-File Event Original Filing**
09/18/2020 **Request**     Index # 2
09/22/2020 **Affidavit**     Index # 3
09/24/2020 **Citation**
   Parsa, Keyvan, MD                              Served           10/01/2020

| Date | Event | | |
|---|---|---|---|
| | | Response Received | 10/01/2020 |
| | | Returned | 10/06/2020 |
| 09/25/2020 | Motion for Appointment of Attorney Ad Litem    Index # 4 | | |
| 10/01/2020 | Answer     Index # 6 | | |
| 10/05/2020 | Motion to Dismiss     Index # 7 | | |
| 10/15/2020 | Amended Petition     Index # 8 | | |
| 10/16/2020 | Response     Index # 9 | | |
| 11/23/2020 | Amended Petition     Index # 10 | | |
| 11/25/2020 | Motion for Temporary Restraining Order     Index # 11 | | |
| 12/01/2020 | Notice of Hearing     Index # 12 | | |
| 12/02/2020 | Motion for Continuance     Index # 13 | | |
| 12/02/2020 | Motion to Withdraw     Index # 14 | | |
| 12/03/2020 | Temporary Restraining Order Hearing  (3:30 PM) (Judicial Officer Chew, Linda) | | |
| 12/03/2020 | Order Setting Hearing     Index # 15 | | |
| 12/11/2020 | Motion for Temporary Restraining Order     Index # 16 | | |
| 12/14/2020 | Temporary Restraining Order Hearing  (10:30 AM) (Judicial Officer Chew, Linda) | | |
| 12/15/2020 | Motion for Substitute Counsel     Index # 17 | | |
| 12/21/2020 | Entry of Appearance     Index # 18 | | |
| 12/22/2020 | Amended     Index # 19 | | |
| 01/04/2021 | Order for Substitute Service     Index # 20 | | |
| 01/04/2021 | Temporary Restraining Order     Index # 21 | | |
| 01/06/2021 | Notice of Hearing     Index # 22 | | |
| 01/06/2021 | Petition in Intervention     Index # 28 | | |
| 01/11/2021 | Order of Assignment | | |
| 01/14/2021 | Answer     Index # 23 | | |
| 01/14/2021 | Response     Index # 24 | | |
| 01/15/2021 | Temporary Restraining Order Hearing  (10:00 AM) (Judicial Officer Chew, Linda) | | |
| 01/22/2021 | Petition in Intervention     Index # 25 | | |
| 01/27/2021 | Order for Temporary Injunction     Index # 27 | | |
| 01/29/2021 | Request     Index # 26 | | |
| 02/01/2021 | Citation | | |
| | Jordan, Deborah | Served | 02/03/2021 |
| | | Response Received | 04/05/2021 |
| | | Returned | 02/04/2021 |
| 02/03/2021 | Answer     Index # 29 | | |
| 02/04/2021 | Answer     Index # 31 | | |
| 02/08/2021 | Counter Petition     Index # 32 | | |
| 02/16/2021 | Answer     Index # 33 | | |
| 02/22/2021 | Letter     Index # 34 | | |
| 03/18/2021 | Notice of Hearing     Index # 35 | | |
| 04/05/2021 | Entry of Appearance     Index # 36 | | |
| 04/05/2021 | General Denial     Index # 37 | | |
| 04/12/2021 | Motion for Continuance     Index # 38 | | |
| 04/12/2021 | Objection     Index # 39 | | |
| 04/15/2021 | Order Setting Hearing     Index # 40 | | |
| 04/16/2021 | Status Hearing  (2:00 PM) (Judicial Officer Chew, Linda) | | |
| | *04/15/2021 Reset by Court to 04/16/2021* | | |
| 04/20/2021 | Motion to Quash     Index # 41 | | |
| 04/21/2021 | Motion to Compel     Index # 42 | | |
| 04/22/2021 | CANCELED  Status Conference  (1:30 PM) (Judicial Officer Chew, Linda) | | |
| | *Court Coordinator Discretionary Cancellation* | | |
| 04/26/2021 | Order to Compel     Index # 44 | | |
| 04/26/2021 | Response     Index # 43 | | |
| 04/28/2021 | Motion to Reconsider     Index # 45 | | |
| 05/05/2021 | Notice of Hearing     Index # 47 | | |
| 05/10/2021 | Notice of Hearing     Index # 46 | | |
| 05/18/2021 | Status Hearing  (11:00 AM) (Judicial Officer Chew, Linda) | | |
| 05/18/2021 | Motion to Reconsider Hearing  (11:00 AM) (Judicial Officer Chew, Linda) | | |
| 05/18/2021 | Order Setting Non-Jury Trial     Index # 48 | | |
| 05/27/2021 | Entry of Appearance     Index # 49 | | |
| 05/27/2021 | Motion to Withdraw     Index # 50 | | |
| 05/28/2021 | Motion to Reconsider     Index # 51 | | |
| 06/03/2021 | Response     Index # 52 | | |
| 06/04/2021 | Notice of Appearance     Index # 53 | | |
| 06/07/2021 | Motion for Contempt     Index # 54 | | |
| 06/15/2021 | Objection     Index # 55 | | |
| 06/22/2021 | Order Permitting Withdrawl of Counsel     Index # 56 | | |
| 06/23/2021 | Notice of Hearing     Index # 57 | | |
| 06/23/2021 | Notice of Hearing     Index # 58 | | |
| 06/23/2021 | Order Granting     Index # 59 | | |
| 06/24/2021 | Amended Notice     Index # 60 | | |
| 06/28/2021 | Certificate of Written Discovery     Index # 61 | | |
| 07/05/2021 | Response     Index # 62 | | |
| 07/08/2021 | Motion Hearing  (2:00 PM) (Judicial Officer Chew, Linda) | | |
| 07/08/2021 | Reply     Index # 63 | | |
| 07/08/2021 | Reply     Index # 64 | | |
| 07/13/2021 | Order Setting Hearing     Index # 65 | | |
| 07/14/2021 | Judge's Conference  (3:30 PM) (Judicial Officer Chew, Linda) | | |
| 07/14/2021 | Notice of Filing     Index # 66 | | |
| 07/15/2021 | Order Setting Hearing     Index # 67 | | |
| 07/16/2021 | Intervention     Index # 68 | | |
| 07/16/2021 | Motion to Vacate     Index # 69 | | |
| 07/27/2021 | Amended Petition     Index # 70 | | |

| Date | Event |
|---|---|
| 07/28/2021 | Response      Index # 71 |
| 08/06/2021 | Amended Petition      Index # 72 |
| 08/06/2021 | Jury Demand      Index # 73 |
| 08/10/2021 | Motion to Compel      Index # 74 |
| 08/12/2021 | Amended Notice      Index # 75 |
| 08/19/2021 | Amended Petition      Index # 76 |
| 08/20/2021 | Response      Index # 77 |
| 08/23/2021 | Suggestion of Bankruptcy (OCA)      Index # 78 |
| 08/24/2021 | Pre-Trial Hearing (10:00 AM) (Judicial Officer Chew, Linda) |
| | *09/21/2021 Reset by Court to 08/24/2021* |
| 08/24/2021 | Order Setting Hearing      Index # 79 |
| 09/01/2021 | Motion Hearing (4:00 PM) (Judicial Officer Chew, Linda) |
| 09/01/2021 | Order Setting Hearing      Index # 80 |
| 09/09/2021 | Motion for Severance      Index # 81 |
| 09/10/2021 | Motion for Protective Order      Index # 82 |
| 09/10/2021 | Notice of Hearing      Index # 83 |
| 09/10/2021 | Certificate of Written Discovery      Index # 84 |
| 09/13/2021 | Response      Index # 85 |
| 09/13/2021 | Motion for Severance      Index # 86 |
| 09/14/2021 | Statement      Index # 87 |
| 09/15/2021 | Motion Hearing (10:30 AM) (Judicial Officer Chew, Linda) |
| 09/16/2021 | Notice Lifting Stay      Index # 90 |
| 09/17/2021 | Motion for Contempt      Index # 89 |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Notice of Judgment Sent |
| 09/20/2021 | Order Setting Hearing      Index # 91 |
| 09/20/2021 | Notice of Hearing      Index # 92 |
| 09/20/2021 | Objection      Index # 93 |
| 09/20/2021 | Notice of Hearing      Index # 94 |
| 09/22/2021 | Notice      Index # 95 |
| 09/22/2021 | Motion for Continuance      Index # 96 |
| 09/22/2021 | Motion to Withdraw      Index # 97 |
| 09/23/2021 | Contempt Hearing (1:30 PM) (Judicial Officer Chew, Linda) |
| | Result: Appeared |
| 09/23/2021 | Order Setting Hearing      Index # 98 |
| 09/24/2021 | Entry of Appearance      Index # 99 |
| 09/24/2021 | Returned Mail      Index # 103 |
| 09/27/2021 | Response      Index # 100 |
| 09/27/2021 | Response      Index # 101 |
| 09/28/2021 | Contempt Hearing (3:30 PM) (Judicial Officer Chew, Linda) |
| 09/28/2021 | Order Permitting Withdrawl of Counsel      Index # 102 |
| 10/13/2021 | Returned Mail      Index # 106 |
| 10/14/2021 | Order for Contempt      Index # 104 |
| 10/15/2021 | Motion to Withdraw      Index # 105 |
| 10/19/2021 | CANCELED Bench Trial (10:00 AM) (Judicial Officer Chew, Linda) |
| | *Court Coordinator Discretionary Cancellation* |
| 10/21/2021 | Motion to Withdraw Attorney (10:30 AM) (Judicial Officer Chew, Linda) |
| 10/26/2021 | Order Permitting Withdrawl of Counsel      Index # 107 |
| 10/26/2021 | Order Setting Hearing      Index # 108 |
| 11/01/2021 | Motion Hearing (11:00 AM) (Judicial Officer Chew, Linda) |
| 11/29/2021 | Suggestion      Index # 110 |
| 11/30/2021 | Order Remanding (OCA)      Index # 111 |
| 01/27/2022 | Answer      Index # 112 |
| 02/25/2022 | Motion for Summary Judgment      Index # 113 |
| 03/03/2022 | Notice of Hearing      Index # 114 |
| 03/04/2022 | Amended Petition      Index # 115 |
| 03/07/2022 | Answer      Index # 116 |
| 03/10/2022 | Motion for Contempt      Index # 117 |
| 03/11/2022 | Motion for Continuance      Index # 118 |
| 03/30/2022 | Notice of Appearance      Index # 119 |
| 03/30/2022 | Order Setting Hearing      Index # 120 |
| 04/05/2022 | CANCELED Motion for Summary Judgment (2:00 PM) (Judicial Officer Chew, Linda) |
| | *Cancelled Pending Reset* |
| 04/11/2022 | Motion for Non Suit      Index # 121 |
| 04/12/2022 | Notice of Assignment      Index # 122 |
| 04/29/2022 | Motion to Strike      Index # 123 |
| 05/09/2022 | Notice of Withdrawal      Index # 124 |
| 05/10/2022 | Notice of Hearing      Index # 125 |
| 05/10/2022 | Response to Summary Judgment      Index # 126 |
| 05/10/2022 | Response to Summary Judgment      Index # 127 |
| 05/17/2022 | Motion for Summary Judgment (3:30 PM) (Judicial Officer Chew, Linda) |
| 05/17/2022 | Motion Hearing (3:30 PM) (Judicial Officer Chew, Linda) |
| 05/17/2022 | Motion to Withdraw      Index # 128 |
| 05/17/2022 | Order Setting Hearing      Index # 129 |
| 05/23/2022 | Order Denying Summary Judgment      Index # 132 |
| 05/24/2022 | Status Hearing (11:00 AM) (Judicial Officer Chew, Linda) |
| 05/24/2022 | Motion to Withdraw Attorney (11:00 AM) (Judicial Officer Chew, Linda) |
| 05/24/2022 | Order Setting Hearing      Index # 130 |
| 05/24/2022 | Order Setting Jury Trial      Index # 131 |

| | | |
|---|---|---|
| 05/25/2022 | **Order Permitting Withdrawl of Counsel** | **Index # 133** |
| 05/31/2022 | **Motion to Strike** | **Index # 134** |
| 06/03/2022 | **Supplement** | **Index # 135** |
| 06/16/2022 | **Motion Hearing** (2:00 PM) (Judicial Officer Chew, Linda) | |
| 10/31/2022 | **Pre-Trial Hearing** (9:30 AM) (Judicial Officer Chew, Linda) | |
| 11/01/2022 | **Jury Trial** (9:00 AM) (Judicial Officer Chew, Linda) | |