## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case Number: 21-30633-hcm** |
| | § | |
| **WESTMOUNT GROUP, INC.** | § | |
| | § | |
| **Debtor.** | § | |
| | § | **Chapter 7 (converted)** |
| | § | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF FORMER CREDITOR FIDELITY NATIONAL TITLE INSURANCE COMPANY AND REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Withdrawal of Appearance of Former Creditor Fidelity National Title Insurance Company in the above-referenced captioned proceeding, and pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests removal of Fidelity National Law Group and attorneys Jonathan Cunningham and S. Shakira Ali Kelley from the ECF service list as attorneys for former creditor Fidelity National Financial Title Insurance Company.

Respectfully submitted,

**FIDELITY NATIONAL LAW GROUP**

Legacy Town Center II
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Phone: 972-812-6530

Fax:    972-812-9408

*/s/ Jonathan Cunningham*
Jonathan Cunningham
Texas Bar No. 00793574
jonathan.cunningham@fnf.com

**ATTORNEYS FOR FIDELITY
NATIONAL TITLE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document was forwarded to all counsel of record through the Court's ECF system on March 15, 2024.

*/s/ Jonathan Cunningham*
Jonathan Cunningham