# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−cgb
Chapter No.: 7
Judge: Christopher G Bradley

IN RE: **Westmount Group, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on   **4/16/24 at 11:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 209 First Amended Objection to Claim 5 with Notice thereof, Filed by E. P. Bud Kirk for Creditor Albert Flores (Kirk, E. P.)) Hearing Scheduled For 4/16/2024 at 11:00 AM at El Paso Courtroom...Prior court approval through CM/ECF is required to appear by WebEx or phone for this hearing. Any exhibits to be considered by the Court should be emailed to the law clerks and Courtroom Deputy 5 calendar days before the hearing by 4 p.m. (CT). Two hard copies of the exhibits should be presented at the hearing. (Farrar, Ronda)

Dated: 3/21/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]