# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30633−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **Westmount Group, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on  **4/16/24 at 11:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 209 First Amended Objection to Claim 5 with Notice thereof, Filed by E. P. Bud Kirk for Creditor Albert Flores (Kirk, E. P.)) Hearing Scheduled For 4/16/2024 at 11:00 AM at El Paso Courtroom...Prior court approval through CM/ECF is required to appear by WebEx or phone for this hearing. Any exhibits to be considered by the Court should be emailed to the law clerks and Courtroom Deputy 5 calendar days before the hearing by 4 p.m. (CT). Two hard copies of the exhibits should be presented at the hearing. (Farrar, Ronda)

Dated: 3/21/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30633-cgb |
| Westmount Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 21, 2024 | Form ID: 132 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Westmount Group, Inc., 810 N. Kansas Street, El Paso, TX 79902-5207 |
| cr | + | Albert Flores, c/o E.P. Bud Kirk, 600 Sunland Park Dr., Ste. 4-400, El Paso, TX 79912-5134 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 23, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;mjaramillo@mhba.com |
| Brad W. Odell | on behalf of Trustee Brad W. Odell bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Brad W. Odell | on behalf of Plaintiff Brad W. Odell Chapter 7 Trustee bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Carlos A. Miranda | on behalf of Creditor 71 Camille Inc. cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| Carlos A. Miranda | on behalf of Creditor TRR 4133 Inc. cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |

21-30633-cgb Doc#211 Filed 03/23/24 Entered 03/23/24 23:19:25 Imaged Certificate of Notice Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 21, 2024 | Form ID: 132 | Total Noticed: 2 |

Carlos A. Miranda
    on behalf of Creditor 538 East Inc. cmiranda@eptxlawyers.com, wendy@eptxlawyers.com

Don Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

E. P. Bud Kirk
    on behalf of Creditor Albert Flores budkirk@aol.com

Gabriel Steven Perez, I
    on behalf of Defendant Techrover Inc. gabriel@gabrielsperezlaw.com, gabriel@gabrielsperezlaw.com

Gabriel Steven Perez, I
    on behalf of Defendant Keyvan Parsa gabriel@gabrielsperezlaw.com gabriel@gabrielsperezlaw.com

James W. Brewer
    on behalf of Creditor WestStar Title LLC jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jonathan J Cunningham
    on behalf of Creditor Fidelity National Title Insurance Company jonathan.cunningham@fnf.com bayblaze@yahoo.com

Michael R. Nevarez
    on behalf of Defendant Techrover Inc. MNevarez@LawOfficesMRN.com, mrn4bankruptcy@gmail.com;nevarez.michaelb@notify.bestcase.com

Michael R. Nevarez
    on behalf of Defendant Keyvan Parsa MNevarez@LawOfficesMRN.com mrn4bankruptcy@gmail.com;nevarez.michaelb@notify.bestcase.com

Michael R. Nevarez
    on behalf of Creditor Montoya Park Place Inc. MNevarez@LawOfficesMRN.com, mrn4bankruptcy@gmail.com;nevarez.michaelb@notify.bestcase.com

Shane P. Tobin
    on behalf of U.S. Trustee United States Trustee - EP12 shane.p.tobin@usdoj.gov Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 17