IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMOUNT GROUP, INC., | § | Case No. 21-30633-CGB-7 |
| | § | |
| Debtor. | § | Chapter 7 |

### WITNESS AND EXHIBIT LIST OF BRAD W. ODELL, CHAPTER 7 TRUSTEE, FOR HEARINGS SCHEDULED FOR APRIL 16, 2024

TO THE HONORABLE CHRISTOPHER G. BRADLEY, U.S. BANKRUPTCY JUDGE:

NOW COMES, BRAD W. ODELL, Chapter 7 Trustee of the bankruptcy estate of Westmount Group, Inc. ("**Trustee**"), the Trustee in the above-referenced bankruptcy proceeding and files this Witness & Exhibit List for Hearings Scheduled for April 16, 2024.

### WITNESSES

Trustee discloses that he may call the following individuals to provide testimony:

1. Dr. Keyvan Parsa.

Trustee reserves the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. Trustee also reserves the right to call any witnesses designated or called by any other party to these proceedings.

### EXHIBITS

Trustee discloses that he may introduce the following exhibits:

| TAB | DESCRIPTION |
|---|---|
| 1. | Order Fixing Last Date For Filing Proofs of Claim, Combined With Notice Thereof [Dkt. #104] |
| 2. | Proof of Claim #5 of Montoya Park Place, Inc. |

The Trustee reserves the right to amend this Exhibit List in order to supplement the list of documents that may be introduced. Trustee also reserves the right to introduce other exhibits as may be necessary for impeachment purposes. Trustee also reserves the right to introduce exhibits designated by any other party to these proceedings.

Respectfully Submitted,

By: /s/Brad W. Odell
Brad W. Odell

Mullin Hoard & Brown, LLP
Brad W. Odell, SBN: #24065839
P.O. Box 2585
Lubbock, TX 79408
Tel: 806-765-7491
Fax: 806-765-0553
bodell@mhba.com
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the following parties in interest via ECF and/or regular U.S. Mail on this 10th day of April, 2024:

1. James Rose, Jr.
   Erin Coughlin
   Office of the U.S. Trustee
   615 E. Houston St., Ste. 533
   San Antonio, Texas 78205

2. Keyvan Parsa
   Montoya Park Place, Inc.
   810 N. Kansas
   El Paso, TX 79902
   *Via Email:* k1p000@gmail.com

3. E.P. Bud Kirk
   600 Sunland Park Drive
   Bldg. 4, Suite 400
   El Paso, TX 79912-5115
   budkirk@aol.com

4. James Brewer
   Kemp Smith, LLP
   221 N. Kansas, Ste. 1700
   El Paso, TX 79901
   james.brewer@kempsmith.com

/s/ Brad W. Odell_____
Brad W. Odell